*11/17/03:* Motion GRANTED. There is no just reason for delay.

*Gerard L. Goettel, USDJ*

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
New Haven, CONN.

| | |
|---|---|
| ELM HAVEN CONSTRUCTION LIMITED PARTNERSHIP<br>　　　　Plaintiff,<br><br>V.<br><br>NERI CONSTRUCTION LLC, ET AL.<br>　　　　Defendants. | : CIVIL ACTION NO:<br>: 3:01 CV 1307 (GLG)<br>:<br>:<br>:<br>: OCTOBER 7, 2003 |

### MOTION FOR CLARIFICATION AND/OR
### ENTRY OF JUDGMENT PURSUANT TO RULE 54(b)

To the extent that this Court has not done so already, Plaintiff Elm Haven Construction Limited Partnership ("Elm Haven") respectfully moves this Court – pursuant to Federal Rule of Civil Procedure 54(b) – to direct entry of a final judgment with respect to its decision granting summary judgment to Defendant United States Fidelity and Guaranty Company ("USF&G"). Said decision terminated all of Elm Haven's claims against USF&G in this multi-party litigation, and appears to have expressly directed the clerk to enter such judgment. (*See* Mem. Dec. at 19: "The clerk is directed to enter judgment in favor of USF&G.")

The decision, however, made no "express determination that there is no just reason for delay." *See* Fed. R. Civ. P. 54(b). Accordingly, Elm Haven seeks to clarify its right to appeal this Court's decision at this time by bringing this motion, and respectfully requesting

**ORAL ARGUMENT IS NOT REQUESTED**