**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ELM HAVEN CONSTRUCTION
LIMITED PARTNERSHIP

v.

NERI CONSTRUCTION LLC and
UNITED STATES FIDELITY &
GUARANTY CO.

v.

AMERICAN CASUALTY CO OF READING, PA

FILED
Nov 19  11 07 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Civil No. 3:01CV1307(GLG)

### PARTIAL JUDGMENT

This matter came on for consideration on the defendant United States Fidelity & Guaranty Co's motion for summary before the Honorable Gerard L. Goettel, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on August 25, 2003, entered a Memorandum Decision granting the relief. On November 18, 2003, an Endorsement Order entered granting plaintiff/counterclaim defendant, Elm Haven Construction Limited Partnership's motion for clarification and/or entry of judgment pursuant to Rule 54(b), and the court directed that judgment issue as there is no just reason for delay.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant United States Fidelity & Guaranty as to Elm Haven's claims only.

Dated at New Haven, Connecticut, this 19th of November, 2003.

KEVIN F. ROWE, CLERK
By _____
Lori Inferrera
Deputy-in-Charge

EOD: _____

1