



# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

Roseann B. MacKechnie
Clerk

General Information
(212) 857-8760

**COURT OF APPEALS DOCKET #** _03-7967_

Dear Deputy Appeals Clerk,

Just a reminder that we are involved in the project which permits the District Court to retain certain records even after an appeal has been taken to the Court of Appeals. This project is limited to records in counseled civil, US civil, and Bankruptcy cases. (Please note that records in all pro-se cases, and all counseled prisoner appeals with 2000 series docket numbers are required to be filed with this Court.)

Please have an index to this record prepared in accordance with your regular procedure. Send to the Court of Appeals three (3) copies of the Certified Index as you have been in the past. Please, DO NOT SEND THE RECORD ITSELF UNTIL IT IS SPECIFICALLY REQUESTED BY THIS OFFICE.

We also remind you that while the record is not needed right now, it may be necessary to call for it sometime in the future. You have agreed that when contacted you will forward the record to the Court of Appeals within 24 hours by the fastest method available.

This project will save us all enormous time and energy by not having to ship many unused records back and forth. We appreciate your efforts in making this project a success.

Yours truly,

Roseann B. MacKechnie
Clerk

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

Roseann B. MacKechnie
Clerk of the Court

Frank J. Scardilli
Senior Staff Counsel
(212) 857-8760



**Elm Haven Construction v. Neri Construction**
**03-7967**

## TELEPHONIC PRE-ARGUMENT CONFERENCE NOTICE AND ORDER

For the convenience of out-of-town counsel, a telephonic PRE-ARGUMENT CONFERENCE has been scheduled for **Jan. 9, 2004** at **3:45 p.m.**

The conference should be initiated by appellant's counsel, who should first have all appellees' counsel on the line, and then call Staff Counsel at this conference line number: **(212) 857-8767.**

To effectuate the purposes of the Conference, **the attorneys in charge of the appeal or proceeding are required to attend and must:**

(1)    have full authority to settle or otherwise dispose of the appeal or proceeding;

(2)    be fully prepared to discuss and evaluate seriously the legal merit of each issue on appeal or review;

(3)    be prepared to narrow, eliminate, or clarify issues on appeal when appropriate.

Any other matters which the Staff Counsel determines may aid in the handling or the disposition of the proceedings may be discussed. Counsel may raise any other pertinent matter they wish at the Conference.

\*    **To insure that all parties have received notice of the scheduled pre-argument conference, counsel should confirm with each other the time and place of the conference at least 48 hours prior to the conference.**

\*\*    **Counsel are requested to call (212) 857-8760, upon receipt of this notice, in order to confirm.**

Date: _____

BY: _____
Frank J. Scardilli
Senior Staff Counsel

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT                        DC: CTDC/NHCT
THURGOOD MARSHALL UNITED STATES COURTHOUSE:   GOETTEL
40 FOLEY SQUARE
NEW YORK  10007                               DC Dkt: 01-cv-1307

ROSEANN B. MACKECHNIE
CLERK

*FILED
DEC 2 4 2003*

Re: Elm Haven Construct v. Neri Construction

Docket No. 03-7967

*FILED
DEC 29   2 22 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.*

CIVIL APPEALS SCHEDULING ORDER #1
ADDRESS INQUIRIES TO (212) 857-8576

Noting that <u>Jennifer A. Osowiecki, Esq.</u>  counsel for the appellant,
<u>Elm Haven Construction Limited Partnership</u> has filed a Notice of
Appeal, a Civil Appeals Pre-Argument Statement and Transcript information,
and being advised as to the progress of the appeal,

IT IS HEREBY ORDERED that the index to the record on appeal, a certified,
copy of the docket entries, and the clerk's certificate shall be filed
on or before ___JAN. 23, 2004___.  The documents constituting the
record on appeal shall not be transmitted until requested by this Court,
but will be required within 24 hour of such request.

IT IS FURTHER ORDERED that the appellant's brief and the joint appendix be
filed on or before ___JAN. 30, 2004___.

IT IS FURTHER ORDERED that the brief of the appellee be filed on or before
___MARCH 1, 2004___.

IT IS FURTHER ORDERED that ten (10) copies of each brief be filed with the
Clerk.

IT IS FURTHER ORDERED that the argument of the appeal shall be heard no
earlier than the week of ___APRIL 12, 2004___.  All counsel should
immediately advise the Clerk by letter of the dates thereafter that they
are unavailable for oral argument.  The time and place of oral argument
shall be separately noticed by the Clerk to counsel.

IT IS FURTHER ORDERED that in the event of default by appellant in filing
the record on appeal, or the appellant's brief and joint appendix, at the
times directed, or upon default or the appellant regarding any other
provision of this order, the appeal may be dismissed forthwith without
further notice.

IT IS FURTHER ORDERED that if the appellee fails to file a brief within the
time directed by this order, the appellee shall be subject to such sanctions
as the court may deem appropriate.

ROSEANN B. MACKECHNIE, Clerk

By: _Frank J. Scardilli_
Frank Scardilli
Staff Counsel