FILED

JAN 5  8 57 AM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELM HAVEN CONSTRUCTION<br>LIMITED PARTNERSHIP | : | CIVIL ACTION NO. 3:01cv1307(GLG) |
| | : | |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| NERI CONSTRUCTION, LLC<br>and UNITED STATES FIDELITY &<br>GUARANTY COMPANY | : | |
| | : | |
| Defendants. | : | |
| | : | |
| NERI CONSTRUCTION, LLC | : | |
| | : | |
| Third-Party Plaintiff, | : | |
| VS. | : | |
| | : | |
| AMERICAN CASUALTY COMPANY<br>OF READING, PA | : | |
| | : | |
| Third-Party Defendant | : | DECEMBER 31, 2003 |

## MOTION FOR MODIFICATION
## TO SCHEDULING ORDER

The parties jointly request modification to the Scheduling Order in accordance with the

Revised Planning Memorandum and Proposed Case Schedule filed herewith. This request is

made so that fact intensive depositions may be completed. The parties request that the Court amend the Scheduling Order in accordance with the fully executed Revised Planning Memorandum submitted herewith.

NERI CONSTRUCTION, LLC

By_____
   JOHN J. O'BRIEN, JR., ESQ. (CT04856)
   **MOLLER, PECK AND O'BRIEN, L.L.C.**
   1010 Wethersfield Avenue, Suite 305
   Hartford, Connecticut  06114

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on this 13th day of August, 2003:

| | |
|---|---|
| Jennifer A. Osowiecki, Esq. | David S. Doyle, Esq. |
| Timothy Corey, Esq. | **The Marcus Law Firm** |
| **Pepe & Hazard, LLP** | 111 Whitney Avenue |
| Goodwin Square | New Haven, Connecticut 06510 |
| Hartford, Connecticut 06103 | |

_____
JOHN J. O'BRIEN, JR., ESQ.

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELM HAVEN CONSTRUCTION<br>LIMITED PARTNERSHIP | : | CIVIL ACTION NO. 3:01cv1307(GLG) |
| Plaintiff,<br>VS. | : | |
| NERI CONSTRUCTION, LLC<br>and UNITED STATES FIDELITY &<br>GUARANTY COMPANY | : | |
| Defendants. | : | |
| NERI CONSTRUCTION, LLC | : | |
| Third-Party Plaintiff,<br>VS. | : | |
| AMERICAN CASUALTY COMPANY<br>OF READING, PA | : | |
| Third-Party Defendant | : | DECEMBER 31, 2003 |

## REVISED PLANNING
## MEMORANDUM AND PROPOSED CASE SCHEDULE

| | |
|---|---|
| Date Complaint Filed: | July 11, 2001 |
| Date Complaint Served on Neri Construction, LLC: | July 24, 2001 |
| Date Complaint Served on Insurance Commissioner: | July 19, 2001 |
| Date of Neri Construction, LLC's Appearance: | August 6, 2001 |
| Date of USF&G's Appearance: | August 7, 2001 |

| | |
|---|---|
| Date of USF&G's Answer: | November 12, 2001 |
| Date of Neri Construction, LLC's Answer: | January 14, 2002 |
| Date of Neri's Counterclaim: | May 15, 2002 |
| Date of Elm Haven's Answer to Counterclaim: | June 6, 2002 |
| Date of Neri's Motion For Joinder of Party: | May 15, 2002 |
| Date of Court Order on Motion For Joinder: | October 7, 2002 |
| Date Complaint Filed Against American Casualty: | October 30, 2002 |
| Date of American Casualty's Answer: | January 3, 2003 |

A conference was held to update and revise the Planning Memorandum. The participants were:

- Jennifer Osowiecki, Esq., Federal Bar No. CT14646 of Pepe & Hazard, LLP, for the Plaintiff, Elm Haven Construction Limited Partnership (hereinafter "EHC"); and

- John J. O'Brien, Jr., Esq., Federal Bar No. CT04856 of Moller, Peck and O'Brien, for the Defendant, Neri Construction, LLC (hereinafter "NERI").

I. **REVISED CASE MANAGEMENT PLAN**:

The parties jointly propose the following case management plan:

A. ***Standing Order on Scheduling in Civil Cases:*** The parties request modification of the deadlines in the Standing Order on Scheduling in Civil Cases as follows:

1. All fact discovery shall be completed by May 31, 2004.

B. ***Settlement Conference:***

1. The parties request a settlement conference with the Court in March, 2004.

2. The parties prefer a settlement conference with a magistrate judge.

2

C.  **_Discovery_:**

1.  All fact discovery, pursuant to Fed.R.Civ.P. 26(b)(4), will be completed (not propounded) by May 31, 2004.

2.  Discovery will not be conducted in phases.

3.  The parties anticipate that the Plaintiff will need to complete the approximately 5 depositions of fact-witnesses and that the Defendant, Neri, will need to complete the approximately 6 depositions of fact-witnesses. The depositions will be completed by May 31, 2004. The Defendant/Counterclaim Plaintiff, Neri, anticipates that it will require more than seven (7) hours of deposition time with two witnesses—John Ford and Lorraine Beckwith; and accordingly, requests of the Court leave to extend the deposition time for both deponents.

4.  The parties may request permission to serve more than twenty-five (25) interrogatories.

5.  All parties with affirmative claims may call expert witnesses at trial. Any such party will designate all trial experts and provide opposing counsel with any report from such retained experts, pursuant to Fed.R.Civ.P. 26(a)(2) by April 30, 2004. Depositions of such expert witnesses will be completed by June 30, 2004.

6.  Parties may call expert witnesses to rebut any affirmative claim filed by any other opposing party and any such rebuttal expert will be designated and opposing counsel provided with any expert report, by May 31, 2004 and any deposition of such rebuttal experts shall be completed by June 30, 2004.

7.  Each party shall provide a damages analysis of its affirmative claim to opposing parties by August 15, 2003. Any responsive damages analysis is to be provided by each party to opposing parties by September 15, 2003.

D.  *Dispositive Motions*: Dispositive motions will be filed on or before June 30, 2004.

E.  *Joint Trial Memorandum*: The joint trial memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed by August 31, 2004.

**II.  TRIAL READINESS**:  The case will be ready for trial by September, 2004.

As officers of the Court, undersigned counsel agree to cooperate with each other and the Court to promote the just, speedy, and inexpensive determination of this action.

To expedite the filing of this Planning Memorandum, the parties have provided fax signatures to this document.

**ELM HAVEN CONSTRUCTION, L.P.**

By _____
Jennifer A. Osowiecki, Esq. (CT14646)
Pepe & Hazard, LLP
Goodwin Square
Hartford, Connecticut 06103

**NERI CONSTRUCTION, LLC**

By _____
JOHN J. O'BRIEN, JR., ESQ. (CT04856)
**MOLLER, PECK AND O'BRIEN, L.L.C.**
1010 Wethersfield Avenue, Suite 305
Hartford, Connecticut  06114

4