**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
-----------------------------------X
ELM HAVEN CONSTRUCTION           :
LIMITED PARTNERSHIP,             :
                                 :
         Plaintiff,              :        <u>**ORDER**</u>
                                 :
    -against-                    :
                                 :        **3: 01 CV 1307 (GLG)**
NERI CONSTRUCTION, LLC and       :
UNITED STATES FIDELITY &         :
GUARANTY COMPANY,                :
                                 :
         Defendants.             :
-----------------------------------X

    The joint motion for modification to the scheduling order [Doc. #100] is **granted**. This must be the final request.

    The deadlines are as follows:

- May 31, 2004    Discovery completed
- June 30, 2004    Dispositive Motions
- August 31, 2004    Joint Trial Memorandum
- September, 2004    Trial Readiness

    **SO ORDERED.**

**Dated:   January 14, 2004**
        **Waterbury, CT**                              /s/
                                                  **Gerard L. Goettel**
                                                     **U.S.D.J.**