# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED '04 FEB 25 3 30 PM
U.S DISTRICT COURT
NEW HAVEN, CONN.

ELM HAVEN CONSTRUCTION LIMITED
PARTNERSHIP
        Plaintiff,

V.

NERI CONSTRUCTION LLC, ET AL.
        Defendants.

: CIVIL ACTION NO:
: 3:01 CV 1307 (GLG)
:
: USCA NO. 03-7967
:
: JANUARY 22, 2004

## INDEX TO THE RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 07/21/2001 | 1 | Complaint | 1 |
| 11/09/2001 | 25 | Motion by Elm Haven Construction for Prejudgment Remedy | 2 |
| 11/09/2001 | 26 | Affidavit of John F. Ford for Elm Haven Construction | 3 |
| 11/13/2001 | 28 | Answer and Special Defenses to Complaint by USF&G | 4 |
| 01/14/2002 | 32 | Answer to Complaint by Neri Construction | 5 |
| 02/15/2002 | 37 | Counterclaim by Neri Construction LLC against Elm Haven Construction | 6 |
| 05/17/2002 | 50 | Counterclaim Against Elm Haven Construction by Neri Construction LLC | 7 |

I HEREBY ACKNOWLEDGE RECEIPT OF THE
CERTIFIED COPY OF DOCKET ENTRIES AND
INDEX IN LIEU OF RECORD ON APPEAL.

JAO/29497/3/661086v1
01/22/04-HRT/

DATE: 2·11·04 TM

ROSEANN B. MacKECHNIE
CLERK, U.S.C.A. 2ND CIRCUIT

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 06/10/2002 | 54 | Answer and Affirmative Defenses by Elm Haven Construction to Neri Construction LLC's Counterclaim | 8 |
| 08/23/2002 | 62 | Order for a hearing on the prejudgment attachment to be held on 9/6/02 at 9:30 a.m. | 9 |
| 09/06/2002 | 63 | Motion hearing held re: Motion For Reconsideration of Motion to Dissolve or Modify Prejudgment Attachment by Neri Construction LLC dated 7/2/02 | 10 |
| 09/09/2002 | 64 | Order granting motion for Reconsideration of Motion to Dissolve or Modify Prejudgment Attachment | 11 |
| 10/07/2002 | 65 | Transcript dated 9/6/02 | 12 |
| 01/06/2003 | 69 | Answer by American Casualty to 3rd Party Complaint by Neri Construction LLC | 13 |
| 01/10/2003 | 67 | Third Party Complaint by Neri Construction LLC | 14 |
| 04/03/2003 | 70 | USF&G's Motion for Summary Judgment | 15 |
| 04/03/2003 | 71 | USF&G's Memorandum in Support of Motion for Summary Judgment | 16 |
| 04/03/2003 | 72 | USF&G's Statement of Material Facts | 17 |

2

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 04/03/2003 | 73 | Affidavit of Steven Schoenhaar by USF&G | 18 |
| 04/03/2003 | 74 | Affidavit of Vincent Neri by Neri Construction | 19 |
| 06/16/2003 | 82 | Elm Haven Construction's Statement of Material Facts | 20 |
| 06/16/2003 | 83 | Elm Haven Construction's Memorandum in Opposition to USF&G's Motion for Summary Judgment | 21 |
| 06/16/2003 | 84 | Affidavit of John Ford by Elm Haven Construction | 22 |
| 08/04/2003 | 89 | USF&G's Reply to Opposition to USF&G's Motion for Summary Judgment | 23 |
| 08/25/2003 | 91 | Memorandum of Decision granting Motion for Summary Judgment | 24 |
| 09/22/2003 | 92 | Notice of Appeal by Elm Haven Construction | 25 |

JAO/29497/3/661086v1
01/22/04-HRT/

PLAINTIFF/COUNTERCLAIM
DEFENDANT,
ELM HAVEN CONSTRUCTION
LIMITED PARTNERSHIP

THIRD PARTY DEFENDANT,
AMERICAN CASUALTY CO. OF
READING, PA.


By: _____
Timothy T. Corey
Federal Bar No. ct00398
Jennifer A. Osowiecki
Federal Bar No. ct14646
Pepe & Hazard LLP
Goodwin Square
Hartford, Connecticut 06103-4302
Telephone (860) 522-5175
Facsimile  (860) 522-2796
Email: tcorey@pepehazard.com
         josowiecki@pepehazard.com

4

JAO/29497/3/661086v1
01/22/04-HRT/

## CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing was mailed via first class mail, postage prepaid, this 22nd day of January, 2004, to:

**COUNSEL FOR NERI CONSTRUCTION LLC:**

Attorney John J. O'Brien, Jr.
Moller, Peck and O'Brien, L.L.C.
1010 Wethersfield Avenue, Suite 305
Hartford, Connecticut 06114

Attorney Edward L. Marcus
Attorney David S. Doyle
Marcus Law Firm
111 Whitney Avenue
New Haven, Connecticut 06510

Attorney Edwin L. Doernberger
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, Connecticut 06517

**COUNSEL FOR UNITED STATES FIDELITY & GUARANTY COMPANY:**
Attorney Dennis C. Cavanaugh
Attorney Peter E. Strniste, Jr.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103

By _____
Jennifer A. Osowiecki

JAO/29497/3/661086v1
01/22/04-HRT/