UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
[New Haven]

| | | |
|---|---|---|
| ELM HAVEN CONSTRUCTION LIMITED PARTNERSHIP | : | CIVIL ACTION NO: |
| | : | 3:01 CV 1307 (GLG) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| NERI CONSTRUCTION LLC, ET AL. | : | |
| | : | |
| Defendants. | : | MARCH 1, 2004 |

## MOTION FOR SANCTIONS

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, plaintiff, Elm Haven Construction Limited Partnership ("Elm Haven"), hereby moves for sanctions against defendant, Neri Construction LLC ("Neri"), in the form of an order requiring Neri to reimburse Elm Haven for costs incurred during the discovery process. Elm Haven represents as follows:

1. On or about November 18, 2002, IKON Office Solutions ("IKON") performed scanning and electronic labeling of documents produced by Neri during the course of discovery in the above-captioned matter. The cost of such service totaled $2,308.95. See IKON's Invoice # HAR060230 attached hereto as **Exhibit A**.

2. There was an oral agreement between Elm Haven and Neri that IKON's invoice would be split 50/50, i.e. Elm Haven would pay $1,154.47 and Neri would pay $1,154.48. On March 8, 2003, letters enclosing IKON's invoice were forwarded to John Ford of Elm

**ORAL ARGUMENT NOT REQUESTED**

TTC/29497/3/659185v1
03/01/04-HRT/

Haven and Atty. John J. O'Brien, counsel for Neri, requesting such payment. See attached **Exhibit B**.

3. On March 28, 2003, Elm Haven paid its portion in the amount of $1,154.47. See attached **Exhibit C**.

4. Notwithstanding repeated requests, as of this date, Neri has not paid and continues to refuse to pay its portion of IKON's invoice in the amount of $1,154.48. We have received numerous requests for payment from IKON (see attached **Exhibit D**), and we have sent letters to Attorney John J. O'Brien, counsel for Neri, requesting immediate payment to clear this outstanding debt (**Exhibit E**).

5. On February 6, 2004, Pepe & Hazard received a call from IKON indicating that they had no choice but to send this overdue account to a collection agency. Attorney Jennifer Osowiecki of Pepe & Hazard contacted Attorney John J. O'Brien to inquire as to the status of payment. Attorney O'Brien informed Attorney Osowiecki that payment would be made "first thing" during the week of February 9, 2004. As of the date of this motion, payment has not been received by either Pepe & Hazard nor IKON.

6. Defendant, Neri, should be sanctioned for its conduct during discovery for failing and refusing to pay for its portion of IKON's invoice in the amount of $1,154.48. This outstanding balance is jeopardizing Pepe & Hazard's credit and longstanding relationship with IKON, as this amount has remained unpaid for over one year, i.e. since November 18, 2002.

Accordingly, plaintiff, Elm Haven, moves this court for an order of payment of IKON's invoice in the amount of $1,154.48, for costs of this motion and reasonable attorney's fees.

WHEREFORE, Elm Haven respectfully requests that this motion be granted.

>PLAINTIFF,
>ELM HAVEN CONSTRUCTION
>LIMITED PARTNERSHIP
>
>By:_____
>Timothy T. Corey
>Federal Bar No. ct00398
>Pepe & Hazard LLP
>225 Asylum Street
>Goodwin Square
>Hartford, Connecticut 06103-4302
>Telephone (860) 522-5175
>Facsimile  (860) 522-2796
>Email: tcorey@pepehazard.com

3

## CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing was mailed via first class mail, postage prepaid, this 1st day of March 2004, to:

**COUNSEL FOR NERI CONSTRUCTION LLC:**
Attorney John J. O'Brien, Jr.
Moller, Peck and O'Brien, L.L.C.
1010 Wethersfield Avenue, Suite 305
Hartford, Connecticut 06114

Attorney Edward L. Marcus
Attorney David S. Doyle
Marcus Law Firm
111 Whitney Avenue
New Haven, Connecticut 06510

Attorney Edwin L. Doernberger
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, Connecticut 06517

**COUNSEL FOR UNITED STATES FIDELITY & GUARANTY COMPANY:**
Attorney Dennis C. Cavanaugh
Attorney Peter E. Strniste, Jr.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103

By_____
   Timothy T. Corey

4

CLERKS OFFICE
U S DISTRICT COURT
141 CHURCH ST
NEW HAVEN CT   06510

5

TTC/29497/3/659185v1
03/01/04-HRT/