# EXHIBIT A



**Document Services**

Phone:(860) 278-1555          Fax:(860) 278-6612

Federal ID #:230334400          **TERMS: Net 10 Days**

| | | INVOICE | Page | 1 |
|---|---|---|---|---|

| Invoice # | HAR060230 |
|---|---|
| Invoice Date | 01/23/2003 |
| Due Date | 02/02/2003 |
| Customer # | HAR-PEPE |
| Order # | 02110404 |

**SOLD TO:**
PEPE & HAZARD
10 GOODWIN SQUARE
HARTFORD,CT 06103-0000

**SHIP TO:**
PEPE & HAZARD
10 GOODWIN SQUARE
HARTFORD,CT 06103-0000

| Order Date | Ordered By | Reference / Case # | | Account Manager |
|---|---|---|---|---|
| 11/18/2002 | FINOLA HARTE | 29497-3 | | JUAN RODRIGUEZ |
| Reference 2 | | | Reference 3 | |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1031 | D Image Scanning | 8313 | 0.140 | 1163.82 |
| 1035 | Image only (no copies) | 8313 | 0.050 | 415.65 |
| 1037 | Electronic Labeling | 8313 | 0.060 | 498.78 |
| 1040 | CD1 - Quick Capture CD | 2 | 50.000 | 100.00 |

**Thank You for Using IKON Document Services**

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT, INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| Taxable Sales: | 2178.25 |
|---|---|
| Sales Tax: | 130.70 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | 2308.95 |

Received and approved by: _____          Date: _____

( **Please pay from this copy. The party named on this bill is held responsible for payment** )

Payment From:
PEPE & HAZARD
10 GOODWIN SQUARE
HARTFORD,CT 06103-0000

| Amount Enclosed |
|---|
| $ |

**Invoice   HAR060230**

| Invoice Date | 01/23/2003 |
|---|---|
| Customer # | HAR-PEPE |
| Order # | 02110404 |

**Please Remit to:**
Ikon Office Solutions
Northeast District -HAR
P O Box 827164
Philadelphia,PA 19182-7164

**PAY THIS AMOUNT:**          2308.95

11:16:32   01/23/2003

# EXHIBIT B

# PEPE&HAZARD LLP

A BUSINESS LAW FIRM

GOODWIN SQUARE
225 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-4302
860.522.5175  FACSIMILE: 860.522.2796

JENNIFER A. OSOWIECKI
Attorney At Law
‡Also Admitted in MA
Direct: 860.241.2651
josowiecki@pepehazard.com

March 8, 2003

Attorney John J. O'Brien, Jr.
Moller, Peck and O'Brien, L.L.C.
1010 Wethersfield Avenue, Suite 305
Hartford, Connecticut 06114

Re:    *Elm Haven Construction Limited Partnership v. Neri Construction LLC, et al.,*
       Civil Action No. 3:01 CV 1307 (GLG)

Dear John:

Enclosed please find two CD-ROM disks containing Neri's document production in the above-referenced litigation.  Also enclosed is a copy of the full amount of the cost of scanning performed by IKON.  At your earliest convenience, please remit payment of one-half of the invoice amount (i.e., $1,154.48) directly to IKON.

Very truly yours,

Jennifer A. Osowiecki

Enclosures

# IKON
## Office Solutions™

**INVOICE**   Page   1

| Invoice # | HAR060230 |
|---|---|
| Invoice Date | 01/23/2003 |
| Due Date | 02/02/2003 |
| Customer # | HAR-PEPE |
| Order # | 02110404 |

## Document Services

Phone:(860) 278-1555     Fax:(860) 278-6612
Federal ID #:230334400

**TERMS: Net 10 Days**

SOLD TO:
PEPE & HAZARD
10 GOODWIN SQUARE
HARTFORD,CT 06103-0000

SHIP TO:
PEPE & HAZARD
10 GOODWIN SQUARE
HARTFORD,CT 06103-0000

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 11/18/2002 | FINOLA HARTE | 29497-3 | JUAN RODRIGUEZ |

| Reference 2 | | Reference 3 | |
|---|---|---|---|
| | | | |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1031 | D Image Scanning | 8313 | 0.140 | 1163.82 |
| 1035 | Image only (no copies) | 8313 | 0.050 | 415.65 |
| 1037 | Electronic Labeling | 8313 | 0.060 | 498.78 |
| 1040 | CD1 - Quick Capture CD | 2 | 50.000 | 100.00 |

Thank You for Using IKON Document Services

### PLEASE PAY FROM THIS INVOICE

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable Sales: | 2178.25 |
| Sales Tax: | 130.70 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | 2308.95 |

Received and approved by:_____    Date: _____

**Please pay from this copy. The party named on this bill is held responsible for payment**

Payment From:
PEPE & HAZARD
10 GOODWIN SQUARE
HARTFORD,CT 06103-0000

| Amount Enclosed |
|---|
| $ |

**Invoice   HAR060230**

| Invoice Date | 01/23/2003 |
|---|---|
| Customer # | HAR-PEPE |
| Order # | 02110404 |

Please Remit to:
Ikon Office Solutions
Northeast District -HAR
P O Box 827164
*Philadelphia,PA 19182-7164*

**PAY THIS AMOUNT:**     2308.95

# PEPE&HAZARD LLP

A BUSINESS LAW FIRM

GOODWIN SQUARE
225 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-4302
860.522.5175  FACSIMILE: 860.522.2796

JENNIFER A. OSOWIECKI
Attorney At Law
‡Also Admitted in MA
Direct: 860.241.2651
josowiecki@pepehazard.com

March 10, 2003

Mr. John F. Ford
970 Main Street
Branford, Connecticut 06405-3730

Re:    *Elm Haven Construction Limited Partnership v. Neri Construction LLC, et al.,*
Civil Action No. 3:01 CV 1307 (GLG)

Dear John:

Enclosed please find an invoice for digital scanning services performed by IKON in connection with Neri's production of documents, the costs of which we have agreed to share with Neri. We have asked Neri's counsel to forward payment of one-half of this invoice to IKON. At your earliest convenience, please forward payment of Elm Haven's half (i.e., $1,154.47) directly to IKON. Please copy me when payment is made.

Of course, if you have any questions, don't hesitate to give me a call.

Very truly yours,

Jennifer A. Osowiecki

Enclosure

# IKON
## Office Solutions™

**Document Services**

Phone:(860) 278-1555    Fax:(860) 278-6612

Federal ID #:230334400

**INVOICE**    Page    1

| Invoice # | HAR060230 |
|---|---|
| Invoice Date | 01/23/2003 |
| Due Date | 02/02/2003 |
| Customer # | HAR-PEPE |
| Order # | 02110404 |

**TERMS: Net 10 Days**

| SOLD TO: | SHIP TO: |
|---|---|
| PEPE & HAZARD | PEPE & HAZARD |
| 10 GOODWIN SQUARE | 10 GOODWIN SQUARE |
| HARTFORD,CT 06103-0000 | HARTFORD,CT 06103-0000 |

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 11/18/2002 | FINOLA HARTE | 29497-3 | JUAN RODRIGUEZ |
| Reference 2 | | Reference 3 | |

| Description | | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1031 | D Image Scanning | 8313 | 0.140 | 1163.82 |
| 1035 | Image only (no copies) | 8313 | 0.050 | 415.65 |
| 1037 | Electronic Labeling | 8313 | 0.060 | 498.78 |
| 1040 | CD1 - Quick Capture CD | 2 | 50.000 | 100.00 |

**Thank You for Using IKON Document Services**

### PLEASE PAY FROM THIS INVOICE

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| Taxable Sales: | 2178.25 |
|---|---|
| Sales Tax: | 130.70 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | 2308.95 |

Received and approved by:_____    Date: _____

( Please pay from this copy.  The party named on this bill is held responsible for payment )

Payment From:
PEPE & HAZARD
10 GOODWIN SQUARE
HARTFORD,CT 06103-0000

| Amount Enclosed |
|---|
| $ |

**Invoice    HAR060230**

| Invoice Date | 01/23/2003 |
|---|---|
| Customer # | HAR-PEPE |
| Order # | 02110404 |

Please Remit to:
**Ikon Office Solutions**
**Northeast District -HAR**
**P O Box 827164**
**Philadelphia,PA 19182-7164**

**PAY THIS AMOUNT:    2308.95**

# EXHIBIT C

CONSTRUCTION        FAX NO. :2034888069              Aug. 19 2003 01:37PM  P5

11:04 FAX 6178227202          CORJEN CONSTRUCTION     → BRANFORD        ☐002

**ICE SOLUTIONS**

**LM HAVEN CONST**

| | | | | | 04 | 200 | 07569 | 03/24/03 | 003200 |
|---|---|---|---|---|---|---|---|---|---|
| 060230 | 01/23/03 | ELM HAVEN | | 1,154.47 | | | | | 1,154.47 |
| | | | | | | | | | |
| | | Totals | | 1,154.47 | | | | | 1,154.47 |

**KON OFFICE SOLUTIONS**

**ELM HAVEN CONST**

| | | | | | 04 | 200 | 07569 | 03/24/03 | 003200 |
|---|---|---|---|---|---|---|---|---|---|
| AR060230 | 01/23/03 | ELM HAVEN | | 1,154.47 | | | | | 1,154.47 |
| | | | | | | | PAID | | |
| | | | | | | | MAR 2 4 2003 | | |
| | | Totals | | 1,154.47 | | | | | 1,154.47 |

ELM HAVEN CONST
150 MOUNT VERNON ST SUITE 100
BOSTON MA 02125

EASTERN BANK
MASSACHUSETTS

CHECK DATE: 03/24/03        CHECK NO. 003200

PAY    One Thousand One Hundred Fifty-Four Dollars and
       47 Cents

                                                    $****1,154.47

TO THE
ORDER OF
       IKON OFFICE SOLUTIONS
       NORTHEAST DISTRICT
       PO BOX 827457
       PHILADELPHIA, PA  19182-7457

⑈003200⑈ ⑆011301798⑆ 600184717⑈

# EXHIBIT D



# Statement of Account

Page 1

**Document Services**

Your A/R Administrator
Trevor Look          (888) 456-6457  ext: 41125
TLook@Ikon.com

Statement Date:  07/31/2003

Customer ID:      34PEPE

**Balance Due: $28,799.23**

FEDERAL TAX ID: 23-0334400

PEPE & HAZARD
ATTN: ACCOUNTS PAYABLE
10 GOODWIN SQUARE
HARTFORD, CT    06103

**PAYMENT TERMS = NET 10 DAYS
( FROM INVOICE DATE )**

To arrange for payment with a Credit Card: American Express,
MasterCard and Visa, please call the telephone number above.

Please Remit To:
   IKON Office Solutions
   Northeast District
   P. O. Box 827164
   Philadelphia, PA 19182-7164

## ACCOUNT AGING

| Current | 31-60 Days/Past Due | 61-90 Days/Past Due | Over 90 Days/Past Due |
|---------|--------------------|--------------------|----------------------|
| $1,781.64 | $393.14 | $10,414.74 | $16,209.71 |

| DATE | INVOICE# | CODE | REFERENCE | Contact | AMOUNT |
|------|----------|------|-----------|---------|--------|
| 01/23/2003 | HAR060230 | I | 29497-3 | FINOLA HARTE | $2,308.95 |
| 03/28/2003 | HAR060230 | P | 29497-3 | FINOLA HARTE | ($1,154.47) |
| 01/31/2003 | HAR060415 | I | 31702-02 | FINOLA HARTE | $1,655.37 |
| 02/26/2003 | HAR060933 | I | 31892/1 | CATHY HANRAHAN | $460.63 |
| 03/11/2003 | HAR061197 | I | 27296 - 27 | APRIL CAMERON | $664.14 |
| 04/30/2003 | HAR062198 | I | 80007/10 NEW YORK | JOAN RYKEN | $634.95 |
| 04/30/2003 | HAR062199 | I | 80007 / 10 (NY) | JOAN RYKEN | $2,847.61 |
| 05/14/2003 | HAR062608 | I | 32. 368/2 | BOB WOLINSKI | $95.47 |
| 05/14/2003 | HAR062632 | I | 80007/10 | JOAN RYKEN | $10.42 |
| 05/19/2003 | HAR062738 | I | 80007/10 | LAURIE ROMANO | $77.31 |
| 05/20/2003 | HAR062770 | I | NORTH EAST PANEL/NEWFIE | SCOTT ORENSTEIN | $71.38 |
| 05/21/2003 | HAR062792 | I | 32568/2 | BOB WOLINSKI | $6,856.19 |
| 05/23/2003 | HAR062839 | I | 32368 -2 | BOB WOLINSKI | $2,539.52 |
| 05/28/2003 | HAR062931 | I | 14230.31 | SCOTT ORENSTEIN | $54.86 |
| 06/04/2003 | HAR063103 | I | 32368-2 | BOB WOLINSKI | $709.59 |
| 12/04/2002 | HAR063316 | I | NEW JERSEY PROJECT 31702 | FINOLA HARTE | $7,344.32 |

> **CODES: I=Invoice  P=Payment  C=Cr Memo  D=Db Memo**

For Invoice copies or any questions regarding your account, please contact your A/R
Administrator at the phone number or E-mail address listed above.  THANK YOU.

*[handwritten notes:] Jim + please let me know status of payment for this, Harry Gritts*



# Statement of Account

Page 2

## Document Services

**Your A/R Administrator**
Trevor Look          (888) 456-6457  ext: 41125
TLook@Ikon.com

Statement Date:   07/31/2003
Customer ID:      34PEPE
**Balance Due: $28,799.23**

FEDERAL TAX ID: 23-0334400

| | | | | | |
|---|---|---|---|---|---|
| 12/24/2002 | HAR063327 | I | 31702 / 2 | FINOLA HARTE | $1,448.21 |
| 06/30/2003 | HAR063636 | I | 32368-2 | BOB WOLINSKI | $296.72 |
| 06/30/2003 | HAR063669 | I | 80007 / 10 | LAURIE ROMANO | $96.42 |
| 07/16/2003 | HAR063984 | I | 80007/10 | JOAN RYKEN | $42.68 |
| 07/16/2003 | HAR063990 | I | 27296-27 | APRIL CAMERON | $10.68 |
| 07/22/2003 | HAR064019 | I | 1306-79 | TIM COREY | $949.76 |
| 07/29/2003 | HAR064310 | I | 80007/10 | JOAN RYKEN | $778.52 |

**Balance Due     $28,799.23**

*Tim — please let me know status of
client payment for this. thanks
Jared*

---

**CODES:  I=Invoice  P=Payment  C=Cr Memo  D=Db Memo**

**For Invoice copies or any questions regarding your account, please contact your A/R
Administrator at the phone number  or E-mail address listed above.   THANK YOU.**

# PEPE&HAZARD LLP

## A BUSINESS LAW FIRM

GOODWIN SQUARE
225 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-4302
860.522.5175 FACSIMILE: 860.522.2796

TIMOTHY T. COREY
Attorney At Law
‡Also Admitted in MA
Direct: 860.241.2673
tcorey@pepehazard.com

October 3, 2003

IKON
One Commercial Plaza
Hartford, CT  06103
Attn: Juan

Re:    Elm Haven/Neri

Dear Juan:

Enclosed please find a copy of an invoice and a copy of our client's letter.  We paid 50% of
that invoice.  The other 50% was to be paid by Attorney John O'Brien, counsel for Neri
Construction, and/or Neri Construction.  Accordingly, please adjust your records to reflect the
situation.  Additionally, enclosed please find a copy of a letter from our client confirming this.

Best regards,

Timothy T. Corey

TTC:jfz

# ELM HAVEN CONSTRUCTION
## LIMITED PARTNERSHIP
### *A Beacon/Corcoran Jennison Company*

**Via Fax**

Timothy T. Corey
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford CT 06103-4302

Re: IKON invoice

Dear Tim,

It is my understanding that the outstanding balance on IKON's invoice HAR060230 for $2,308.95 is owed by Neri Construction. When our office received the original invoice a letter accompanied it from Pepe & Hazard indicating that half was to be paid by Elm Haven and half by Neri. Elm Haven paid its share as indicated on IKON's statement with check number 3200 for $1,154.47 on March 24, 2003. Unfortunately copies of the letter and the invoice have been placed in storage. If necessary I can retrieve them.

Please let me know need any additional information is needed to resolve this matter. I can be reached at (617) 822-7382.

Regards,

*K. Holmquist*

Kirk Holmquest

cc:    Michael Scurti

150 Mount Vernon Street, Suite #100, Boston, MA 02125      (617) 822-7200      Fax (617) 822-7202



# Statement of Account

Page 1

**Document Services**

Your A/R Administrator
Trevor Look          (888) 456-6457  ext: 41125
TLook@Ikon.com

Statement Date: 07/31/2003
Customer ID: 34PEPE
**Balance Due: $28,799.23**
FEDERAL TAX ID: 23-0334400

PEPE & HAZARD
ATTN: ACCOUNTS PAYABLE
10 GOODWIN SQUARE
HARTFORD, CT    06103

**PAYMENT TERMS = NET 10 DAYS**
**( FROM INVOICE DATE )**

To arrange for payment with a Credit Card: American Express, MasterCard and Visa, please call the telephone number above.

Please Remit To:
IKON Office Solutions
Northeast District
P. O. Box 827164
Philadelphia, PA 19182-7164

## ACCOUNT AGING

| Current | 31-60 Days/Past Due | 61-90 Days/Past Due | Over 90 Days/Past Due |
|---|---|---|---|
| $1,781.64 | $393.14 | $10,414.74 | $16,209.71 |

| DATE | INVOICE# | CODE | REFERENCE | Contact | AMOUNT |
|---|---|---|---|---|---|
| 01/23/2003 | HAR060230 | I | 294973 | FINOLA HARTE | $2,308.95 |
| 03/28/2003 | HAR060230 | P | 294973 | FINOLA HARTE | ($1,154.47) |
| 01/31/2003 | HAR060415 | I | 31702-02 | FINOLA HARTE | $1,655.37 |
| 02/26/2003 | HAR060933 | I | 31892/1 | FINOLA HARTE | $1,655.37 |
| 03/11/2003 | HAR061197 | I | 27296 -27 | CATHY HANRAHAN | $460.63 |
| 04/30/2003 | HAR062198 | I | 80007/10 NEW YORK | APRIL CAMERON | $664.14 |
| 04/30/2003 | HAR062199 | I | 80007/10 (NY) | JOAN RYKEN | $634.95 |
| 05/14/2003 | HAR062608 | I | 32.368/2 | JOAN RYKEN | $2,847.61 |
| 05/14/2003 | HAR062632 | I | 80007/10 | BOB WOLINSKI | $95.47 |
| 05/19/2003 | HAR062738 | I | 80007/10 | JOAN RYKEN | $10.42 |
| 05/20/2003 | HAR062770 | I | NORTH EAST PANEL/NEWFIE | LAURIE ROMANO | $77.31 |
| 05/21/2003 | HAR062792 | I | 32568/2 | SCOTT ORENSTEIN | $71.38 |
| 05/23/2003 | HAR062839 | I | 32368 -2 | BOB WOLINSKI | $6,856.19 |
| 05/28/2003 | HAR062931 | I | 14230.31 | BOB WOLINSKI | $2,539.52 |
| 06/04/2003 | HAR063103 | I | 32368-2 | SCOTT ORENSTEIN | $54.86 |
| 12/04/2002 | HAR063316 | I | NEW JERSEY PROJECT 31702 | BOB WOLINSKI | $709.59 |
| | | | | FINOLA HARTE | $7,344.32 |

**CODES:  I=Invoice  P=Payment  C=Cr Memo D=Db Memo**

For Invoice copies or any questions regarding your account, please contact your A/R Administrator at the phone number or E-mail address listed above. THANK YOU.



# Statement of Account

**Document Services**

**Your A/R Administrator**

**Quinton Ursin**          **(888) 456-6457  ext: 40437**

QUrsin@Ikon.com

PEPE & HAZARD

10 GOODWIN SQUARE

HARTFORD, CT    06103

**To arrange for payment with a Credit Card: American Express, MasterCard and Visa, please call the telephone number above.**

Statement Date:    10/31/2003

Customer ID:      34PEPE

**Balance Due: $9,399.24**

FEDERAL TAX ID:  23-0334400

**PAYMENT TERMS = NET 10 DAYS ( FROM INVOICE DATE )**

Please Remit To:
   **IKON Office Solutions**
   **Northeast District**
   **P. O. Box 827164**
   **Philadelphia, PA 19182-7164**

### ACCOUNT AGING

| Current | 31-60 Days/Past Due | 61-90 Days/Past Due | Over 90 Days/Past Due |
|---|---|---|---|
| $4,216.49 | $3,429.03 | $599.24 | $1,154.48 |

| DATE | INVOICE# | CODE | REFERENCE | Contact | AMOUNT |
|---|---|---|---|---|---|
| 01/23/2003 | HAR060230 | I | 29497-3 | FINOLA HARTE | $2,308.95 |
| 03/28/2003 | HAR060230 | P | 29497-3 | FINOLA HARTE | ($1,154.47) |
| 08/26/2003 | HAR064915 | I | 32368-2 | BOB WOLINSKI | $599.24 |
| 09/11/2003 | HAR065181 | I | BRIDGEPORT | BRUCE BECKIUS | $13.65 |
| 09/15/2003 | HAR065221 | I | BRIDGEPORT | BRUCE BECKIUS | $332.12 |
| 09/15/2003 | HAR065246 | I | IVEY  DOCUMENTS | JODI ZILE  GAGNE | $360.76 |
| 09/18/2003 | HAR065305 | I | CROWN THEATRES | JODI ZILE  GAGNE | $500.85 |
| 09/19/2003 | HAR065333 | I | 80007 / 10 | JOAN RYKEN | $1,381.71 |
| 09/24/2003 | HAR065390 | I | 80007-10 | LAURIE ROMANO | $221.01 |
| 09/29/2003 | HAR065488 | I | 80007/10 | JOAN RYKEN | $618.93 |
| 10/17/2003 | HAR065869 | I | 29895 - 3 | BOB WOLINSKI | $614.49 |
| 10/20/2003 | HAR065905 | I | 80007 / 60 NEW YORK CITY | JOAN RYKEN | $190.96 |
| 10/21/2003 | HAR065916 | I | 8007 / 10 | JOAN RYKEN | $180.61 |
| 10/24/2003 | HAR066021 | I | 80007 / 10  NEW YORK | JOAN RYKEN | $3,011.39 |
| 10/31/2003 | HAR066160 | I | 29895-17 | BOB WOLINSKI | $219.04 |

**Balance Due        $9,399.24**

*ut is still outstanding. The vendor is having no luck & we aren't either. We need to get this paid ASAP, our credit is on the line.*

CODES:  I=Invoice  P=Payment  C=Cr Memo D=Db Memo

**For Invoice copies or any questions regarding your account, please contact your A/R Administrator at the phone number  or E-mail address listed above.  THANK YOU.**

# EXHIBIT E

# PEPE&HAZARD LLP

A BUSINESS LAW FIRM

GOODWIN SQUARE
225 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-4302
860.522.5175 FACSIMILE: 860.522.2796

TIMOTHY T. COREY
Attorney At Law
‡Also Admitted in MA
Direct: 860.241.2673
tcorey@pepehazard.com

December 4, 2003

**VIA FACSIMILE**

Attorney John O'Brien, Jr.
Moller, Peck and O'Brien, L.L.C.
1010 Wethersfield Avenue
Hartford, CT 06114

Re:     **Elm Haven Construction Limited/NERI Construction, LLC**

Dear John:

As of this date, IKON still has not received payment in the amount of $1,154.48, Neri Construction's portion of the scanning job completed in November 2002. It was agreed that Elm Haven and Neri would share the cost of this scanning job. Elm Haven has paid its half of the bill, $1,154.47 (see attached invoice). Neri Construction still owes the remaining balance of $1,154.48, which is now over 90 days past due. If this invoice is not paid, we will be forced to file a motion for sanctions.

We would appreciate it if Neri Construction could make payment to IKON as soon as possible. This balance has been outstanding far too long and is jeopardizing our credit and longstanding relationship with IKON.

Please put this in line for payment at your earliest possible convenience. If you have any questions, feel free to contact our office.

Sincerely,

Timothy T. Corey

TTC/jfz/enc.
c:    Jarita Evans

TTC/29497/3/657007v1       BOSTON            HARTFORD            SOUTHPORT
12/04/03-HRT/                             www.pepehazard.com



# Statement of Account

**Document Services**

Your A/R Administrator

Quinton Ursin     (888) 456-6457   ext: 40437

QUrsin@Ikon.com

PEPE & HAZARD

10 GOODWIN SQUARE
HARTFORD, CT    06103

To arrange for payment  with a Credit Card:  American Express,
MasterCard and Visa, please call the telephone number above.

| Statement Date: | 10/31/2003 |
|---|---|
| Customer ID: | 34PEPE |
| **Balance Due: $9,399.24** | |
| FEDERAL TAX ID: | 23-0334400 |

**PAYMENT TERMS = NET 10 DAYS
( FROM INVOICE DATE )**

Please Remit To:
   IKON Office Solutions
   Northeast District
   P. O. Box 827164
   Philadelphia, PA 19182-7164

## ACCOUNT AGING

| Current | 31-60 Days/Past Due | 61-90 Days/Past Due | Over 90 Days/Past Due |
|---|---|---|---|
| $4,216.49 | $3,429.03 | $599.24 | $1,154.48 |

| DATE | INVOICE# | CODE | REFERENCE | Contact | AMOUNT |
|---|---|---|---|---|---|
| 01/23/2003 | HAR060230 | I | 29497-3 | FINOLA HARTE | $2,308.95 |
| 03/28/2003 | HAR060230 | P | 29497-3 | FINOLA HARTE | ($1,154.47) |
| 08/26/2003 | HAR064915 | I | 32368-2 | BOB WOLINSKI | $599.24 |
| 09/11/2003 | HAR065181 | I | BRIDGEPORT | BRUCE BECKIUS | $13.65 |
| 09/15/2003 | HAR065221 | I | BRIDGEPORT | BRUCE BECKIUS | $332.12 |
| 09/15/2003 | HAR065246 | I | IVEY DOCUMENTS | JODI ZILE GAGNE | $360.76 |
| 09/18/2003 | HAR065305 | I | CROWN THEATRES | JODI ZILE GAGNE | $500.85 |
| 09/19/2003 | HAR065333 | I | 80007 / 10 | JOAN RYKEN | $1,381.71 |
| 09/24/2003 | HAR065390 | I | 80007-10 | LAURIE ROMANO | $221.01 |
| 09/29/2003 | HAR065488 | I | 80007/10 | JOAN RYKEN | $618.93 |
| 10/17/2003 | HAR065869 | I | 29895 - 3 | BOB WOLINSKI | $614.49 |
| 10/20/2003 | HAR065905 | I | 80007 / 60 NEW YORK CITY | JOAN RYKEN | $190.96 |
| 10/21/2003 | HAR065916 | I | 8007 / 10 | JOAN RYKEN | $180.61 |
| 10/24/2003 | HAR066021 | I | 80007 / 10  NEW YORK | JOAN RYKEN | $3,011.39 |
| 10/31/2003 | HAR066160 | I | 29895-17 | BOB WOLINSKI | $219.04 |

**Balance Due     $9,399.24**

CODES:  I=Invoice  P=Payment  C=Cr Memo  D=Db Memo

For Invoice copies or any questions regarding your account, please contact your A/R
Administrator at the phone number  or E-mail address listed above.   THANK YOU.

# PEPE&HAZARD LLP

### A BUSINESS LAW FIRM

GOODWIN SQUARE
225 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-4302
860.522.5175 FACSIMILE: 860.522.2796

TIMOTHY T. COREY
Attorney At Law
‡Also Admitted in MA
Direct: 860.241.2673
tcorey@pepehazard.com

November 11, 2003

**VIA FACSIMILE**

Attorney John O'Brien, Jr.
Moller, Peck and O'Brien, L.L.C.
1010 Wethersfield Avenue
Hartford, CT 06114

Re:  **Elm Haven Construction Limited/NERI Construction, LLC**

Dear John:

Enclosed is a bill from IKON in the amount of $2,308.95. This bill represents scanning of documents produced by Neri Construction in November 2002. It was agreed that Elm Haven and Neri would share the cost of this scanning job. Elm Haven has paid its half of the bill, $1,154.47 (see attached invoice). Neri Construction still owes the remaining balance of $1,154.48. We previously requested payment by Neri by letter dated March 8, 2003 (copy enclosed). We would appreciate it if Neri Construction could make payment to IKON as soon as possible. This balance has been outstanding far too long and is jeopardizing our credit.

Please put this in line for payment at your earliest possible convenience. If you have any questions, feel free to contact our office.

Sincerely,

*Timothy T. Corey*

Timothy T. Corey

TTC/jfz/enc.
c:    Jarita Evans
      Juan Rodriquez, IKON

# IKON
## Office Solutions℠

**INVOICE**    Page    1

| | |
|---|---|
| Invoice # | HAR060230 |
| Invoice Date | 01/23/2003 |
| Due Date | 02/02/2003 |
| Customer # | HAR-PEPE |
| Order # | 02110404 |

## Document Services

Phone:(860) 278-1555    Fax:(860) 278-6612
Federal ID #:230334400

**TERMS: Net 10 Days**

SOLD TO:
PEPE & HAZARD
10 GOODWIN SQUARE
HARTFORD,CT 06103-0000

SHIP TO:
PEPE & HAZARD
10 GOODWIN SQUARE
HARTFORD,CT 06103-0000

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 11/18/2002 | FINOLA HARTE | 29497-3 | JUAN RODRIGUEZ |

| Reference 2 | | Reference 3 | |
|---|---|---|---|

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1031 | D Image Scanning | 8313 | 0.140 | 1163.82 |
| 1035 | Image only (no copies) | 8313 | - 0.050 | 415.65 |
| 1037 | Electronic Labeling | 8313 | 0.060 | 498.78 |
| 1040 | CD1 - Quick Capture CD | 2 | 50.000 | 100.00 |

Thank You for Using IKON Document Services

### PLEASE PAY FROM THIS INVOICE

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable Sales: | 2178.25 |
| Sales Tax: | 130.70 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | 2308.95 |

Received and approved by: _____    Date: _____

**Please pay from this copy. The party named on this bill is held responsible for payment**

Payment From:
PEPE & HAZARD
10 GOODWIN SQUARE
HARTFORD,CT 06103-0000

| Amount Enclosed |
|---|
| $ |

**Invoice**    **HAR060230**

Invoice Date    01/23/2003
Customer #    HAR-PEPE
Order #    02110404

Please Remit to:
Ikon Office Solutions
Northeast District -HAR
P O Box 827164

**PAY THIS AMOUNT:**    2308.95



# Statement of Account

Page 1

**Document Services**

Your A/R Administrator

Trevor Look    (888) 456-6457  ext: 41125

TLook@Ikon.com

| | |
|---|---|
| Statement Date: | 07/31/2003 |
| Customer ID: | 34PEPE |
| Balance Due: | $28,799.23 |
| FEDERAL TAX ID: | 23-0334400 |

PEPE & HAZARD

ATTN: ACCOUNTS PAYABLE

10 GOODWIN SQUARE

HARTFORD, CT  06103

**PAYMENT TERMS = NET 10 DAYS
( FROM INVOICE DATE )**

To arrange for payment with a Credit Card: American Express, MasterCard and Visa, please call the telephone number above.

> Please Remit To:
> IKON Office Solutions
> Northeast District
> P. O. Box 827164
> Philadelphia, PA 19182-7164

## ACCOUNT AGING

| Current | 31-60 Days/Past Due | 61-90 Days/Past Due | Over 90 Days/Past Due |
|---|---|---|---|
| $1,781.64 | $393.14 | $10,414.74 | $16,209.71 |

| DATE | INVOICE# | CODE | REFERENCE | Contact | AMOUNT |
|---|---|---|---|---|---|
| 01/23/2003 | HAR060230 | I | 294973 | FINOLA HARTE | $2,308.95 |
| 03/28/2003 | HAR060230 | P | 294973 | FINOLA HARTE | ($1,154.47) |
| 01/31/2003 | HAR060415 | I | 31702-02 | FINOLA HARTE | $1,655.37 |
| 02/26/2003 | HAR060933 | I | 31892/1 | CATHY HANRAHAN | $460.63 |
| 03/11/2003 | HAR061197 | I | 27296-27 | APRIL CAMERON | $664.14 |
| 04/30/2003 | HAR062198 | I | 80007/10 NEW YORK | JOAN RYKEN | $634.95 |
| 04/30/2003 | HAR062199 | I | 80007/10 (NY) | JOAN RYKEN | $2,847.61 |
| 05/14/2003 | HAR062608 | I | 32.368/2 | BOB WOLINSKI | $95.47 |
| 05/14/2003 | HAR062632 | I | 80007/10 | JOAN RYKEN | $10.42 |
| 05/19/2003 | HAR062738 | I | 80007/10 | LAURIE ROMANO | $77.31 |
| 05/20/2003 | HAR062770 | I | NORTH EAST PANEL/NEWFIE | SCOTT ORENSTEIN | $71.38 |
| 05/21/2003 | HAR062792 | I | 32568/2 | BOB WOLINSKI | $6,856.19 |
| 05/23/2003 | HAR062839 | I | 32368 -2 | BOB WOLINSKI | $2,539.52 |
| 05/28/2003 | HAR062931 | I | 14230.31 | SCOTT ORENSTEIN | $54.86 |
| 06/04/2003 | HAR063103 | I | 32368-2 | BOB WOLINSKI | $709.59 |
| 12/04/2002 | HAR063316 | I | NEW JERSEY PROJECT 31702 | FINOLA HARTE | $7,344.32 |

> **CODES: I=Invoice P=Payment C=Cr Memo D=Db Memo**

For Invoice copies or any questions regarding your account, please contact your A/R Administrator at the phone number or E-mail address listed above. THANK YOU.

# PEPE&HAZARD LLP

A BUSINESS LAW FIRM

GOODWIN SQUARE
225 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-4302
860.522.5175 FACSIMILE: 860.522.2796

JENNIFER A. OSOWIECKI
Attorney At Law
‡Also Admitted in MA
Direct: 860.241.2651
josowiecki@pepehazard.com

March 8, 2003

Attorney John J. O'Brien, Jr.
Moller, Peck and O'Brien, L.L.C.
1010 Wethersfield Avenue, Suite 305
Hartford, Connecticut 06114

    Re:    *Elm Haven Construction Limited Partnership v. Neri Construction LLC, et al.*,
           Civil Action No. 3:01 CV 1307 (GLG)

Dear John:

    Enclosed please find two CD-ROM disks containing Neri's document production in the above-referenced litigation. Also enclosed is a copy of the full amount of the cost of scanning performed by IKON. At your earliest convenience, please remit payment of one-half of the invoice amount (i.e., $1,154.48) directly to IKON.

                                Very truly yours,

                                Jennifer A. Osowiecki

Enclosures



IKON
Office Solutions℠

**Document Services**

Phone:(860) 278-1555        Fax:(860) 278-6612
Federal ID #:230334400

INVOICE        Page        1

| Invoice # | HAR060230 |
|---|---|
| Invoice Date | 01/23/2003 |
| Due Date | 02/02/2003 |
| Customer # | HAR-PEPE |
| Order # | 02110404 |

**TERMS: Net 10 Days**

SOLD TO:
PEPE & HAZARD
10 GOODWIN SQUARE
HARTFORD,CT 06103-0000

SHIP TO:
PEPE & HAZARD
10 GOODWIN SQUARE
HARTFORD,CT 06103-0000

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 11/18/2002 | FINOLA HARTE | 29497-3 | JUAN RODRIGUEZ |
| Reference 2 | | Reference 3 | |

| Description | | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1031 | D Image Scanning | 8313 | 0.140 | 1163.82 |
| 1035 | Image only (no copies) | 8313 | 0.050 | 415.65 |
| 1037 | Electronic Labeling | 8313 | 0.060 | 498.78 |
| 1040 | CD1 - Quick Capture CD | 2 | 50.000 | 100.00 |

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| Taxable Sales: | 2178.25 |
|---|---|
| Sales Tax: | 130.70 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | 2308.95 |

Received and approved by:_____        Date: _____

Please pay from this copy.  The party named on this bill is held responsible for payment

Payment From:
PEPE & HAZARD
10 GOODWIN SQUARE
HARTFORD,CT 06103-0000

| Amount Enclosed |
|---|
| $ |

**Invoice**   **HAR060230**

Invoice Date        01/23/2003
Customer #          HAR-PEPE
Order #             02110404

Please Remit to:
Ikon Office Solutions
Northeast District -HAR
P O Box 827164

**PAY THIS AMOUNT:**        2308.95