


FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2004 FEB 25  P 3 30

U.S DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| ELM HAVEN CONSTRUCTION LIMITED PARTNERSHIP | : | |
| Plaintiff, | : | CIVIL ACTION NO: |
| | : | 3:01 CV 1307 (GLG) |
| V. | : | |
| | : | USCA NO. 03-7967 |
| NERI CONSTRUCTION LLC, ET AL. | : | |
| Defendants. | : | JANUARY 22, 2004 |

## INDEX TO THE RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 07/21/2001 | 1 | Complaint | 1 |
| 11/09/2001 | 25 | Motion by Elm Haven Construction for Prejudgment Remedy | 2 |
| 11/09/2001 | 26 | Affidavit of John F. Ford for Elm Haven Construction | 3 |
| 11/13/2001 | 28 | Answer and Special Defenses to Complaint by USF&G | 4 |
| 01/14/2002 | 32 | Answer to Complaint by Neri Construction | 5 |
| 02/15/2002 | 37 | Counterclaim by Neri Construction LLC against Elm Haven Construction | 6 |
| 05/17/2002 | 50 | Counterclaim Against Elm Haven Construction by Neri Construction LLC | 7 |

I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES AND INDEX IN LIEU OF RECORD ON APPEAL.

JAO/29497/3/661086v1
01/22/04-HRT/

DATE: 2·11 04  TM

ROSEANN B. MacKECHNIE
CLERK, U.S.C.A. 2ND CIRCUIT