UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 29 P 1:59
U.S. DISTRICT COURT
BRIDGEPORT, CONN

-----------------------------------------------------------x
ELM HAVEN CONSTRUCTION LIMITED    :
PARTNERSHIP,                       :
                                   :
            Plaintiff              :    3:01CV1307 (GLG)
                                   :
    v.                             :
                                   :
NERI CONSTRUCTION LLC, et al.,     :
                                   :
            Defendants.            :
-----------------------------------------------------------x

## RULING ON MOTION FOR SANCTIONS

Plaintiff's motion for sanctions (Docs. # 104) is GRANTED in the absence of opposition.

SO ORDERED, this the 29th day of April 2004 at Bridgeport, Connecticut.

William I. Garfinkel
United States Magistrate Judge

1

AO 72A
(Rev. 8/82)