UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Follow-up Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

May 11, 2004

10:00 a.m.

*Held 2 1/2 hours.*

CASE NO. **3:01cv1307 (GLG)**   Elm Haven Construction vs. Neri Construction, et al

Eileen R. Becker
Pepe & Hazard
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302

Timothy T. Corey
Pepe & Hazard
Goodwin Square
Hartford, CT 06103-4302

Edwin L. Doernberger
Saxe, Doernberger & Vita, PC
1952 Whitney Ave.
Hamden, CT 06517

Edward L. Marcus
The Marcus Law Firm
111 Whitney Ave.
New Haven, CT 06510

John J. O'Brien Jr.
Moller, Peck & O'Brien
1010 Wethersfield Ave., 1st Fl.
Hartford, CT 06114-3149

Jennifer A. Osowiecki
Pepe & Hazard, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302

US Court of Appeals
Office of the Clerk
US Courthouse
Foley Square
New York, NY 10007

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK