# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

ELM HAVEN CONSTRUCTION LP

v.

NERI CONSTRUCTION LLC

CASE NUMBER: 3:01-cv-01307(GLG)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

NERI CONSTRUCTION, LLC.

| | |
|---|---|
| May 11, 2004 | /s/ Heidi H. Zapp |
| **Date** | **Signature** |
| ct24655 | Heidi H. Zapp, Esq. |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 203-287-8890 | Saxe Doernberger & Vita, P.C. |
| **Telephone Number** | **Address** |
| 203-287-8847 | 1952 Whitney Ave, Hamden, CT 06517 |
| **Fax Number** | |
| hhz@sdvlaw.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See Attached

/s/ Heidi H. Zapp
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via first class mail, postage pre-paid, to the following counsel of record on May 11, 2004:

Dennis C. Cavanaugh, Esq.
Peter E. Strniste, Jr., Esq.
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103

David S. Doyle, Esq.
The Marcus Law Firm
111 Whitney Avenue
New Haven, CT 06510

Eileen R. Becker, Esq.
Jennifer Osowiecki, Esq.
Timothy Corey, Esq.
Pepe & Hazard
225 Asylum Street
Hartford, CT 06103

Edward L. Marcus, Esq.
111 Whitney Ave.
New Haven, CT 06510

John J. O'Brien, Esq.
Moller, Peck & O'Brien
1010 Wethersfield Ave.
Hartford, CT 06114

Gregory K. Holmes, Esq.
Peter E. Strniste, Jr. Esq.
Halloran & Sage
225 Asylum Street
Hartford, CT 06103

_____
Heidi H. Zapp