## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### [New Haven]

| | |
|---|---|
| ELM HAVEN CONSTRUCTION LIMITED PARTNERSHIP | : CIVIL ACTION NO: |
| Plaintiff, | : 3:01 CV 1307 (GLG) |
| | : |
| V. | : |
| | : |
| NERI CONSTRUCTION LLC, ET AL. | : |
| | : |
| Defendants. | : JUNE 25, 2004 |

### MOTION FOR DEFAULT
### FOR FAILURE TO COMPLY WITH COURT ORDER

Plaintiff, Elm Haven Construction Limited Partnership ("Elm Haven"), hereby moves

this Court default defendant, Neri Construction LLC ("Neri"), with respect to Elm Haven's

affirmative claims, and nonsuit Neri with respect to Neri's counterclaim, for its willful

disregard of an order of this Court.  In support of this motion, Plaintiff represents as follows:

1.    On or about November 18, 2002, IKON Office Solutions ("IKON") performed

scanning and electronic labeling of documents produced by Neri during the course of discovery

in the above-captioned matter.  The cost of such service totaled $2,308.95. See IKON's

Invoice # HAR060230 attached hereto as **Exhibit A**.

2.    Pursuant to an oral agreement between Elm Haven and Neri, each party was to

bear one-half of such reproduction costs; *i.e.*, Elm Haven would pay $1,154.47 and Neri

would pay $1,154.48.

**ORAL ARGUMENT NOT REQUESTED**

TTC/29497/3/680734v1
06/25/04-HRT/

3.    On March 8, 2003, correspondence enclosing IKON's invoice for such reproduction services was forwarded to Attorney John J. O'Brien, counsel for Neri, requesting such payment. See attached **Exhibit B**.

4.    On March 24, 2003, Elm Haven paid its portion in the amount of $1,154.47. See attached **Exhibit C**.

5.    Since the initial correspondence requesting that Neri honor its obligation to pay for such reproduction services, counsel for Elm Haven has received numerous reminders and requests for payment from IKON because Neri has yet to make payment of its portion of the costs (see attached **Exhibit D**).

6.    Neri's failure to pay its portion of costs to IKON is without excuse, and despite correspondence sent to Attorney John J. O'Brien, counsel for Neri, requesting immediate payment to clear this outstanding debt (**Exhibit E**).

7.    As a result of Neri's failure to pay for its portion of reproduction costs, on February 6, 2004, IKON informed counsel for Elm Haven that the overdue account was being referred to a collection agency. At or about that time, Attorney Jennifer Osowiecki of Pepe & Hazard contacted Attorney John J. O'Brien to inquire as to the status of payment. Attorney O'Brien stated that payment would be made "first thing" during the week of February 9, 2004.

8.    Notwithstanding Attorney O'Brien's oral assurances, Neri has yet to make any such payment.

9.    Accordingly, on March 2, 2004, plaintiff filed a Motion for Sanctions, which Motion was granted by this Court on April 29, 2004. Subsequently, counsel for Elm Haven

2

TTC/29497/3/680734v1
06/25/04-HRT/

has inquired of Attorney John J. O'Brien to ask when Neri would comply with this Court's order. No response has been forthcoming.

10.     Despite the order of this Court, as of the date of this Motion for Default, Defendant has not made payment. Failure to so comply has been without cause, excuse or justification.

11.     Defendant-Counterclaimant Neri's willful disregard of its agreement, and this Court's order, has resulted in an outstanding balance in the amount of $1,154.48 that is jeopardizing Pepe & Hazard's credit and longstanding relationship with IKON, as this amount has remained unpaid for over one year, i.e. since November 18, 2002.

12.     Accordingly, Neri should be sanctioned for its willful and unjustified non-compliance with this court's order, entry of default with respect to Elm Haven's affirmative claims, and nonsuit with respect to Neri's counterclaims

WHEREFORE, Elm Haven respectfully requests that this motion be granted, and that Neri be declared to be in default unless, within 15 days of this motion being granted: (a) Neri makes immediate payment of $1,154.48 to IKON, with proof of such payment filed with this Court, and (b) reimburses Elm Haven all costs and attorney's fees incurred in the prosecution of this motion. If Neri fails to make such payment within such time, Elm Haven further requests that default judgment enter against Neri, and that Neri be nonsuited with respect to all of its Counterclaims.

3

PLAINTIFF,
ELM HAVEN CONSTRUCTION
LIMITED PARTNERSHIP


By _____
Timothy T. Corey
Federal Bar No. ct00398
Pepe & Hazard LLP
225 Asylum Street
Goodwin Square
Hartford, Connecticut 06103-4302
Telephone (860) 522-5175
Facsimile  (860) 522-2796
Email: tcorey@pepehazard.com

4

## CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing was mailed via first class mail, postage prepaid, this 25th day of June 2004, to:

**COUNSEL FOR NERI CONSTRUCTION LLC:**
Attorney John J. O'Brien, Jr.
Moller, Peck and O'Brien, L.L.C.
1010 Wethersfield Avenue, Suite 305
Hartford, Connecticut 06114

Attorney Edward L. Marcus
Attorney David S. Doyle
Marcus Law Firm
111 Whitney Avenue
New Haven, Connecticut 06510

Attorney Edwin L. Doernberger
Attorney Heidi H. Zapp
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, Connecticut 06517

**COUNSEL FOR UNITED STATES FIDELITY & GUARANTY COMPANY:**
Attorney Dennis C. Cavanaugh
Attorney Peter E. Strniste, Jr.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103

By _____
Timothy T. Corey

TTC/29497/3/680734v1
06/25/04-HRT/

# EXHIBIT A



**INVOICE**

**Document Services**

Phone:(888) 456-6457

Federal ID #:  230334400

**TERMS:  Net 10 Days**

| Invoice # | HAR060230 |
|---|---|
| Invoice Date | 01/23/2003 |
| Due Date | 02/02/2003 |
| Customer # | HAR-PEPE |
| Order # | 02110404 |

SOLD TO:
PEPE & HAZARD
10 GOODWIN SQUARE

HARTFORD, CT  06103-0000

SHIP TO:
PEPE & HAZARD
10 GOODWIN SQUARE

HARTFORD, CT  06103-0000

| Order Date | Ordered BY | Reference / Case # | | Account Manager |
|---|---|---|---|---|
| 11/18/2002 | FINOLA HARTE | 29497-3 | | JUAN RODRIGUEZ |
| Reference 2 | | | Reference 3 | |

| Description | | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1031 | D Image Scanning | 8313 | 0.1400 | 1163.82 |
| 1035 | Image only (no copies) | 8313 | 0.0500 | 415.65 |
| 1037 | Electronic Labeling | 8313 | 0.0600 | 498.78 |
| 1040 | CD1 - Quick Capture CD | 2 | 50.0000 | 100.00 |



Thank You for Using IKON Document Services

PLEASE PAY FROM THIS INVOICE

YOUR SIGNATURE IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| Taxable Sales: | 2,178.25 |
|---|---|
| Sales Tax: | 130.70 |
| Non-Taxable: | .00 |
| Postage: | .00 |
| Delivery: | .00 |
| **PAY THIS AMOUNT:** | **2,308.95** |

Received and approved by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

Payment From :
PEPE & HAZARD
10 GOODWIN SQUARE

HARTFORD, CT  06103-0000

Amount Enclosed
$

Invoice #    HAR060230

| Invoice Date | 01/23/2003 |
|---|---|
| Customer # | HAR-PEPE |
| Order # | 02110404 |

Please Remit to:
IKON DOCUMENT SERVICES
P. O. Box 827164
Philadelphia, PA 19182-7164

PAY THIS
AMOUNT:        2,308.95

6/11/2004 9:54:29 AM

# EXHIBIT B

# PEPE&HAZARD LLP

### A BUSINESS LAW FIRM

GOODWIN SQUARE
225 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-4302
860.522.5175  FACSIMILE: 860.522.2796

JENNIFER A. OSOWIECKI
Attorney At Law
‡Also Admitted in MA
Direct: 860.241.2651
josowiecki@pepehazard.com

March 8, 2003

Attorney John J. O'Brien, Jr.
Moller, Peck and O'Brien, L.L.C.
1010 Wethersfield Avenue, Suite 305
Hartford, Connecticut 06114

Re:  *Elm Haven Construction Limited Partnership v. Neri Construction LLC, et al.,*
     Civil Action No. 3:01 CV 1307 (GLG)

Dear John:

   Enclosed please find two CD-ROM disks containing Neri's document production in the above-referenced litigation.  Also enclosed is a copy of the full amount of the cost of scanning performed by IKON.  At your earliest convenience, please remit payment of one-half of the invoice amount (i.e., $1,154.48) directly to IKON.

Very truly yours,

Jennifer A. Osowiecki

Enclosures



INVOICE    Page    1

## Document Services

Phone:(860) 278-1555        Fax:(860) 278-6612

Federal ID #:230334400

TERMS: **Net 10 Days**

| Invoice # | HAR060230 |
| Invoice Date | 01/23/2003 |
| Due Date | 02/02/2003 |
| Customer # | HAR-PEPE |
| Order # | 02110404 |

SOLD TO:
PEPE & HAZARD
10 GOODWIN SQUARE
HARTFORD,CT 06103-0000

SHIP TO:
PEPE & HAZARD
10 GOODWIN SQUARE
HARTFORD,CT 06103-0000

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 11/18/2002 | FINOLA HARTE | 29497-3 | JUAN RODRIGUEZ |
| Reference 2 | | Reference 3 | |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| I031 | D Image Scanning | 8313 | 0.140 | 1163.82 |
| I035 | Image only (no copies) | 8313 | 0.050 | 415.65 |
| I037 | Electronic Labeling | 8313 | 0.060 | 498.78 |
| I040 | CD1 - Quick Capture CD | 2 | 50.000 | 100.00 |

Thank You for Using IKON Document Services

### PLEASE PAY FROM THIS INVOICE

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| Taxable Sales: | 2178.25 |
| Sales Tax: | 130.70 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | 2308.95 |

Received and approved by: _____    Date: _____

*Please pay from this copy. The party named on this bill is held responsible for payment*

Payment From:
PEPE & HAZARD
10 GOODWIN SQUARE
HARTFORD,CT 06103-0000

| Amount Enclosed |
|---|
| $ |

**Invoice    HAR060230**

Invoice Date    01/23/2003
Customer #    HAR-PEPE
Order #    02110404

Please Remit to:
Ikon Office Solutions
Northeast District -HAR
P O Box 827164
Philadelphia,PA 19182-7164

PAY THIS
AMOUNT:    2308.95

# EXHIBIT C

CONSTRUCTION    FAX NO. :2034888069    Ig. 19 2003 01:37PM P5
11:04 FAX 6178227202    CORJEN CONSTRUCTION    → BRANFORD    002

ICE SOLUTIONS
LM HAVEN CONST

| | | | 04 | 200 | 07569 | 03/24/03 | 003200 |

| 060230 | 01/23/03 | ELM HAVEN | | 1,154.47 | | | 1,154.47 |

| | | | DOLLARS | 1,154.47 | | | 1,154.47 |

ON OFFICE SOLUTIONS
ELM HAVEN CONST

| | | | 04 | 200 | 07569 | 03/24/03 | 003200 |

| R060230 | 01/23/03 | ELM HAVEN | | 1,154.47 | | | 1,154.47 |

PAID
MAR 2 4 2003

| | | | DOLLARS | 1,154.47 | | | 1,154.47 | ✓

ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A TRUE WATERMARK & BORDER

ELM HAVEN CONST
150 MOUNT VERNON ST SUITE 100
BOSTON MA 02125

EASTERN BANK
MASSACHUSETTS

CHECK DATE    CHECK NO.
03/24/03    003200

One Thousand One Hundred Fifty Four Dollars and
47 Cents

$*******1,154.47

THE
ER OF

IKON OFFICE SOLUTIONS
NORTHEAST DISTRICT
PO BOX 827467
PHILADELPHIA PA 19182-7457

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑆003200⑆ ⑈011301798⑈ 6001BL217⑈

# EXHIBIT D



# Statement of Account

Page 1

## Document Services

Your A/R Administrator
Trevor Look        (888) 456-6457  ext: 41125
TLook@Ikon.com

PEPE & HAZARD
ATTN: ACCOUNTS PAYABLE
10 GOODWIN SQUARE
HARTFORD, CT    06103

To arrange for payment with a Credit Card: American Express,
MasterCard and Visa, please call the telephone number above.

Statement Date:  07/31/2003

Customer ID:    34PEPE

**Balance Due: $28,799.23**

FEDERAL TAX ID: 23-0334400

**PAYMENT TERMS = NET 10 DAYS**
**( FROM INVOICE DATE )**

Please Remit To:
  IKON Office Solutions
  Northeast District
  P. O. Box 827164
  Philadelphia, PA 19182-7164

## ACCOUNT AGING

| Current | 31-60 Days/Past Due | 61-90 Days/Past Due | Over 90 Days/Past Due |
|---------|---------------------|---------------------|------------------------|
| $1,781.64 | $393.14 | $10,414.74 | $16,209.71 |

| DATE | INVOICE# | CODE | REFERENCE | Contact | AMOUNT |
|------|----------|------|-----------|---------|--------|
| 01/23/2003 | HAR060230 | I | 294973 | FINOLA HARTE | $2,308.95 |
| 03/28/2003 | HAR060230 | P | 294973 | FINOLA HARTE | ($1,154.47) |
| 01/31/2003 | HAR060415 | I | 31702-02 | FINOLA HARTE | $1,655.37 |
| 02/26/2003 | HAR060933 | I | 31892/1 | CATHY HANRAHAN | $460.63 |
| 03/11/2003 | HAR061197 | I | 27296 - 27 | APRIL CAMERON | $664.14 |
| 04/30/2003 | HAR062198 | I | 80007/10 NEW YORK | JOAN RYKEN | $634.95 |
| 04/30/2003 | HAR062199 | I | 80007 / 10 (NY) | JOAN RYKEN | $2,847.61 |
| 05/14/2003 | HAR062608 | I | 32. 368/2 | BOB WOLINSKI | $95.47 |
| 05/14/2003 | HAR062632 | I | 80007/10 | JOAN RYKEN | $10.42 |
| 05/19/2003 | HAR062738 | I | 80007/10 | LAURIE ROMANO | $77.31 |
| 05/20/2003 | HAR062770 | I | NORTH EAST PANEL/NEWFIE | SCOTT ORENSTEIN | $71.38 |
| 05/21/2003 | HAR062792 | I | 32568/2 | BOB WOLINSKI | $6,856.19 |
| 05/23/2003 | HAR062839 | I | 32368 -2 | BOB WOLINSKI | $2,539.52 |
| 05/28/2003 | HAR062931 | I | 14230.31 | SCOTT ORENSTEIN | $54.86 |
| 06/04/2003 | HAR063103 | I | 32368-2 | BOB WOLINSKI | $709.59 |
| 12/04/2002 | HAR063316 | I | NEW JERSEY PROJECT 31702 | FINOLA HARTE | $7,344.32 |

CODES: I=Invoice  P=Payment  C=Cr Memo  D=Db Memo

For Invoice copies or any questions regarding your account, please contact your A/R
Administrator at the phone number  or E-mail address listed above.  THANK YOU.



# Statement of Account

Page 2

### Document Services

Your A/R Administrator
Trevor Look          (888) 456-6457  ext: 41125
TLook@Ikon.com

Statement Date:   07/31/2003
Customer ID:      34PEPE
**Balance Due: $28,799.23**

FEDERAL TAX ID:  23-0334400

| | | | | | |
|---|---|---|---|---|---|
| 12/24/2002 | HAR063327 | I | 31702 / 2 | FINOLA HARTE | $1,448.21 |
| 06/30/2003 | HAR063636 | I | 32368-2 | BOB WOLINSKI | $296.72 |
| 06/30/2003 | HAR063669 | I | 80007 / 10 | LAURIE ROMANO  – | $96.42 |
| 07/16/2003 | HAR063984 | I | 80007/10 | JOAN RYKEN | $42.68 |
| 07/16/2003 | HAR063990 | I | 27296-27 | APRIL CAMERON | $10.68 |
| 07/22/2003 | HAR064019 | I | 1306-79 | TIM COREY | $949.76 |
| 07/29/2003 | HAR064310 | I | 80007/10 | JOAN RYKEN | $778.52 |

**Balance Due    $28,799.23**

*Tim – please let me know status of
Client payment for this change
Jared*

---

CODES:  I=Invoice  P=Payment  C=Cr Memo  D=Db Memo

For Invoice copies or any questions regarding your account, please contact your A/R
Administrator at the phone number  or E-mail address listed above.  THANK YOU.

# PEPE&HAZARD LLP

## A BUSINESS LAW FIRM

GOODWIN SQUARE
225 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-4302
860.522.5175 FACSIMILE: 860.522.2796

TIMOTHY T. COREY
Attorney At Law
‡Also Admitted in MA
Direct: 860.241.2673
tcorey@pepehazard.com

October 3, 2003

IKON
One Commercial Plaza
Hartford, CT 06103
Attn: Juan

Re:    Elm Haven/Neri

Dear Juan:

Enclosed please find a copy of an invoice and a copy of our client's letter. We paid 50% of that invoice. The other 50% was to be paid by Attorney John O'Brien, counsel for Neri Construction, and/or Neri Construction. Accordingly, please adjust your records to reflect the situation. Additionally, enclosed please find a copy of a letter from our client confirming this.

Best regards,

Timothy T. Corey

TTC:jfz

CORJEN CONSTRUCTION

☑002

# ELM HAVEN CONSTRUCTION
## LIMITED PARTNERSHIP
### *A Beacon/Corcoran Jennison Company*

Via Fax

Timothy T. Corey
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford CT 06103-4302

Re: IKON invoice

Dear Tim,

It is my understanding that the outstanding balance on IKON's invoice HAR060230 for $2,308.95 is owed by Neri Construction. When our office received the original invoice a letter accompanied it from Pepe & Hazard indicating that half was to be paid by Elm Haven and half by Neri. Elm Haven paid its share as indicated on IKON's statement with check number 3200 for $1,154.47 on March 24, 2003. Unfortunately copies of the letter and the invoice have been placed in storage. If necessary I can retrieve them.

Please let me know need any additional information is needed to resolve this matter. I can be reached at (617) 822-7382.

Regards,

*K. Holmquest*

Kirk Holmquest

cc:    Michael Scurti

150 Mount Vernon Street, Suite #100, Boston, MA 02125    (617) 822-7200    Fax (617) 822-7202


**IKON**
Office Solutions

# Statement of Account

Page 1

**Document Services**

Your A/R Administrator
Trevor Look
TLook@Ikon.com          (888) 456-6457  ext: 41125

Statement Date:  07/31/2003
Customer ID:      34PEPE

**Balance Due: $28,799.23**

FEDERAL TAX ID: 23-0334400

PEPE & HAZARD
ATTN: ACCOUNTS PAYABLE
10 GOODWIN SQUARE
HARTFORD, CT   06103

**PAYMENT TERMS = NET 10 DAYS**
**( FROM INVOICE DATE )**

To arrange for payment with a Credit Card:  American Express,
MasterCard and Visa, please call the telephone number above.

Please Remit To:
IKON Office Solutions
Northeast District
P. O. Box 827164
Philadelphia, PA 19182-7164

## ACCOUNT AGING

| Current | 31-60 Days/Past Due | 61-90 Days/Past Due | Over 90 Days/Past Due |
|---------|---------------------|---------------------|------------------------|
| $1,781.64 | $393.14 | $10,414.74 | $16,209.71 |

| DATE | INVOICE# | CODE | REFERENCE | Contact | AMOUNT |
|------|----------|------|-----------|---------|--------|
| 01/23/2003 | HAR060230 | I | 294973 | FINOLA HARTE | $2,308.95 |
| 03/28/2003 | HAR060230 | P | 294973 | FINOLA HARTE | ($1,154.47) |
| 01/31/2003 | HAR060415 | I | 31702-02 | FINOLA HARTE | $1,655.37 |
| 02/26/2003 | HAR060933 | I | 31892/1 | CATHY HANRAHAN | $460.63 |
| 03/11/2003 | HAR061197 | I | 27296-27 | APRIL CAMERON | $664.14 |
| 04/30/2003 | HAR062198 | I | 80007/10 NEW YORK | JOAN RYKEN | $634.95 |
| 04/30/2003 | HAR062199 | I | 80007/10 (NY) | JOAN RYKEN | $2,847.61 |
| 05/14/2003 | HAR062608 | I | 32-368/2 | BOB WOLINSKI | $95.47 |
| 05/14/2003 | HAR062632 | I | 80007/10 | JOAN RYKEN | $10.42 |
| 05/19/2003 | HAR062738 | I | 80007/10 | LAURIE ROMANO | $77.31 |
| 05/20/2003 | HAR062770 | I | NORTH EAST PANEL/NEWFIE | SCOTT ORENSTEIN | $71.38 |
| 05/21/2003 | HAR062792 | I | 32568/2 | BOB WOLINSKI | $6,856.19 |
| 05/23/2003 | HAR062839 | I | 32368-2 | BOB WOLINSKI | $2,539.52 |
| 05/28/2003 | HAR062931 | I | 14230.31 | SCOTT ORENSTEIN | $54.86 |
| 06/04/2003 | HAR063103 | I | 32368-2 | BOB WOLINSKI | $709.59 |
| 12/04/2002 | HAR063316 | I | NEW JERSEY PROJECT 31702 | FINOLA HARTE | $7,344.32 |

CODES: I=Invoice P=Payment C=Cr Memo D=Db Memo

For Invoice copies or any questions regarding your account, please contact your A/R
Administrator at the phone number or E-mail address listed above.  THANK YOU.



# Statement of Account

**Document Services**

Your A/R Administrator

Quinton Ursin        (888) 456-6457   ext: 40437

QUrsin@Ikon.com

PEPE & HAZARD

10 GOODWIN SQUARE
HARTFORD, CT   06103

**To arrange for payment with a Credit Card: American Express, MasterCard and Visa, please call the telephone number above.**

Statement Date:   10/31/2003

Customer ID:       34PEPE

**Balance Due: $9,399.24**

FEDERAL TAX ID: 23-0334400

**PAYMENT TERMS = NET 10 DAYS
( FROM INVOICE DATE )**

Please Remit To:
IKON Office Solutions
Northeast District
P. O. Box 827164
Philadelphia, PA 19182-7164

### ACCOUNT AGING

| Current | 31-60 Days/Past Due | 61-90 Days/Past Due | Over 90 Days/Past Due |
|---|---|---|---|
| $4,216.49 | $3,429.03 | $599.24 | $1,154.48 |

| DATE | INVOICE# | CODE | REFERENCE | Contact | AMOUNT |
|---|---|---|---|---|---|
| 01/23/2003 | HAR060230 | I | 29497-3 | FINOLA HARTE | $2,308.95 |
| 03/28/2003 | HAR060230 | P | 29497-3 | FINOLA HARTE | ($1,154.47) |
| 08/26/2003 | HAR064915 | I | 32368-2 | BOB WOLINSKI | $599.24 |
| 09/11/2003 | HAR065181 | I | BRIDGEPORT | BRUCE BECKIUS | $13.65 |
| 09/15/2003 | HAR065221 | I | BRIDGEPORT | BRUCE BECKIUS | $332.12 |
| 09/15/2003 | HAR065246 | I | IVEY  DOCUMENTS | JODI ZILE GAGNE | $360.76 |
| 09/18/2003 | HAR065305 | I | CROWN THEATRES | JODI ZILE GAGNE | $500.85 |
| 09/19/2003 | HAR065333 | I | 80007 / 10 | JOAN RYKEN | $1,381.71 |
| 09/24/2003 | HAR065390 | I | 80007-10 | LAURIE ROMANO | $221.01 |
| 09/29/2003 | HAR065488 | I | 80007/10 | JOAN RYKEN | $618.93 |
| 10/17/2003 | HAR065869 | I | 29895 - 3 | BOB WOLINSKI | $614.49 |
| 10/20/2003 | HAR065905 | I | 80007 / 60 NEW YORK CITY | JOAN RYKEN | $190.96 |
| 10/21/2003 | HAR065916 | I | 8007 / 10 | JOAN RYKEN | $180.61 |
| 10/24/2003 | HAR066021 | I | 80007 / 10  NEW YORK | JOAN RYKEN | $3,011.39 |
| 10/31/2003 | HAR066160 | I | 29895-17 | BOB WOLINSKI | $219.04 |

**Balance Due    $9,399.24**

*[handwritten]* let is still outstanding. The vendor is having no luck & we aren't either. We need to get this paid ASAP, our credit is on the line.

**CODES: I=Invoice P=Payment C=Cr Memo D=Db Memo**

For Invoice copies or any questions regarding your account, please contact your A/R
Administrator at the phone number  or E-mail address listed above.  THANK YOU.

# EXHIBIT E

# PEPE&HAZARD LLP

A BUSINESS LAW FIRM

GOODWIN SQUARE
225 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-4302
860.522.5175 FACSIMILE: 860.522.2796

TIMOTHY T. COREY
Attorney At Law
‡Also Admitted in MA
Direct: 860.241.2673
tcorey@pepehazard.com

December 4, 2003

**VIA FACSIMILE**

Attorney John O'Brien, Jr.
Moller, Peck and O'Brien, L.L.C.
1010 Wethersfield Avenue
Hartford, CT 06114

Re: **Elm Haven Construction Limited/NERI Construction, LLC**

Dear John:

As of this date, IKON still has not received payment in the amount of $1,154.48, Neri Construction's portion of the scanning job completed in November 2002. It was agreed that Elm Haven and Neri would share the cost of this scanning job. Elm Haven has paid its half of the bill, $1,154.47 (see attached invoice). Neri Construction still owes the remaining balance of $1,154.48, which is now over 90 days past due. If this invoice is not paid, we will be forced to file a motion for sanctions.

We would appreciate it if Neri Construction could make payment to IKON as soon as possible. This balance has been outstanding far too long and is jeopardizing our credit and longstanding relationship with IKON.

Please put this in line for payment at your earliest possible convenience. If you have any questions, feel free to contact our office.

Sincerely,

Timothy T. Corey

TTC/jfz/enc.
c:    Jarita Evans

TTC/29497/3/657007v1
12/04/03-HRT/

BOSTON        HARTFORD        SOUTHPORT



# Statement of Account

**Document Services**

Your A/R Administrator

Quinton Ursin          (888) 456-6457   ext: 40437

QUrsin@Ikon.com

PEPE & HAZARD

10 GOODWIN SQUARE

HARTFORD, CT    06103

To arrange for payment with a Credit Card: American Express,
MasterCard and Visa, please call the telephone number above.

Statement Date:   10/31/2003

Customer ID:   34PEPE

**Balance Due: $9,399.24**

FEDERAL TAX ID: 23-0334400

**PAYMENT TERMS = NET 10 DAYS
( FROM INVOICE DATE )**

Please Remit To:

IKON Office Solutions

Northeast District

P. O. Box 827164

Philadelphia, PA 19182-7164

## ACCOUNT AGING

| Current | 31-60 Days/Past Due | 61-90 Days/Past Due | Over 90 Days/Past Due |
|---|---|---|---|
| $4,216.49 | $3,429.03 | $599.24 | $1,154.48 |

| DATE | INVOICE# | CODE | REFERENCE | Contact | AMOUNT |
|---|---|---|---|---|---|
| 01/23/2003 | HAR060230 | I | 29497-3 | FINOLA HARTE | $2,308.95 |
| 03/28/2003 | HAR060230 | P | 29497-3 | FINOLA HARTE | ($1,154.47) |
| 08/26/2003 | HAR064915 | I | 32368-2 | BOB WOLINSKI | $599.24 |
| 09/11/2003 | HAR065181 | I | BRIDGEPORT | BRUCE BECKIUS | $13.65 |
| 09/15/2003 | HAR065221 | I | BRIDGEPORT | BRUCE BECKIUS | $332.12 |
| 09/15/2003 | HAR065246 | I | IVEY DOCUMENTS | JODI ZILE GAGNE | $360.76 |
| 09/18/2003 | HAR065305 | I | CROWN THEATRES | JODI ZILE GAGNE | $500.85 |
| 09/19/2003 | HAR065333 | I | 80007 / 10 | JOAN RYKEN | $1,381.71 |
| 09/24/2003 | HAR065390 | I | 80007-10 | LAURIE ROMANO | $221.01 |
| 09/29/2003 | HAR065488 | I | 80007/10 | JOAN RYKEN | $618.93 |
| 10/17/2003 | HAR065869 | I | 29895 - 3 | BOB WOLINSKI | $614.49 |
| 10/20/2003 | HAR065905 | I | 80007 / 60 NEW YORK CITY | JOAN RYKEN | $190.96 |
| 10/21/2003 | HAR065916 | I | 8007 / 10 | JOAN RYKEN | $180.61 |
| 10/24/2003 | HAR066021 | I | 80007 / 10 NEW YORK | JOAN RYKEN | $3,011.39 |
| 10/31/2003 | HAR066160 | I | 29895-17 | BOB WOLINSKI | $219.04 |

**Balance Due    $9,399.24**

CODES:  I=Invoice  P=Payment  C=Cr Memo D=Db Memo

For Invoice copies or any questions regarding your account, please contact your A/R
Administrator at the phone number  or E-mail address listed above.  THANK YOU.

# PEPE&HAZARD LLP

### A BUSINESS LAW FIRM

GOODWIN SQUARE
225 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-4302
860.522.5175 FACSIMILE: 860.522.2796

TIMOTHY T. COREY
Attorney At Law
‡Also Admitted in MA
Direct: 860.241.2673
tcorey@pepehazard.com

November 11, 2003

**VIA FACSIMILE**

Attorney John O'Brien, Jr.
Moller, Peck and O'Brien, L.L.C.
1010 Wethersfield Avenue
Hartford, CT 06114

Re: **Elm Haven Construction Limited/NERI Construction, LLC**

Dear John:

Enclosed is a bill from IKON in the amount of $2,308.95. This bill represents scanning of documents produced by Neri Construction in November 2002. It was agreed that Elm Haven and Neri would share the cost of this scanning job. Elm Haven has paid its half of the bill, $1,154.47 (see attached invoice). Neri Construction still owes the remaining balance of $1,154.48. We previously requested payment by Neri by letter dated March 8, 2003 (copy enclosed). We would appreciate it if Neri Construction could make payment to IKON as soon as possible. This balance has been outstanding far too long and is jeopardizing our credit.

Please put this in line for payment at your earliest possible convenience. If you have any questions, feel free to contact our office.

Sincerely,

Timothy T. Corey

TTC/jfz/enc.
c:     Jarita Evans
       Juan Rodriguez, IKON

# IKON
## Office Solutions℠

**Document Services**

Phone:(860) 278-1555    Fax:(860) 278-6612

Federal ID #:230334400

**TERMS: Net 10 Days**

INVOICE    Page    1

| Invoice # | HAR060230 |
|-----------|-----------|
| Invoice Date | 01/23/2003 |
| Due Date | 02/02/2003 |
| Customer # | HAR-PEPE |
| Order # | 02110404 |

SOLD TO:
PEPE & HAZARD
10 GOODWIN SQUARE
HARTFORD,CT 06103-0000

SHIP TO:
PEPE & HAZARD
10 GOODWIN SQUARE
HARTFORD,CT 06103-0000

| Order Date | Ordered By | Reference / Case # | Account Manager |
|-----------|-----------|-----------|-----------|
| 11/18/2002 | FINOLA HARTE | 29497-3 | JUAN RODRIGUEZ |
| Reference 2 | | Reference 3 | |

| | Description | Quantity | Unit Price | Extension |
|---|-----------|----------|-----------|-----------|
| 031 | D Image Scanning | 8313 | 0.140 | 1163.82 |
| 035 | Image only (no copies) | 8313 | - 0.050 | 415.65 |
| 037 | Electronic Labeling | 8313 | 0.060 | 498.78 |
| 040 | CD1 - Quick Capture CD | 2 | 50.000 | 100.00 |

Thank You for Using IKON Document Services

### PLEASE PAY FROM THIS INVOICE

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS. CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| Taxable Sales: | 2178.25 |
|-----------|-----------|
| Sales Tax: | 130.70 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | 2308.95 |

eceived and approved by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

Payment From:
PEPE & HAZARD
10 GOODWIN SQUARE
HARTFORD,CT 06103-0000

| Amount Enclosed |
|-----------|
| $ |

**Invoice**    HAR060230

Invoice Date    01/23/2003
Customer #    HAR-PEPE
Order #    02110404

Please Remit to:
Ikon Office Solutions
Northeast District -HAR
P O Box 827164

PAY THIS
AMOUNT:    2308.95



# Statement of Account

**Document Services**

Your A/R Administrator
Trevor Look
TLook@Ikon.com          (888) 456-6457  ext: 41125

Page 1

Statement Date:  07/31/2003
Customer ID:      34PEPE
Balance Due:  $28,799.23
FEDERAL TAX ID: 23-0334400

PEPE & HAZARD
ATTN: ACCOUNTS PAYABLE
10 GOODWIN SQUARE
HARTFORD, CT    06103

To arrange for payment with a Credit Card: American Express,
MasterCard and Visa, please call the telephone number above.

**PAYMENT TERMS = NET 10 DAYS**
**( FROM INVOICE DATE )**

Please Remit To:
IKON Office Solutions
Northeast District
P. O. Box 827164
Philadelphia, PA 19182-7164

## ACCOUNT AGING

| Current | 31-60 Days/Past Due | 61-90 Days/Past Due | Over 90 Days/Past Due |
|---------|---------------------|---------------------|------------------------|
| $1,781.64 | $393.14 | $10,414.74 | $16,209.71 |

| DATE | INVOICE# | CODE | REFERENCE | Contact | AMOUNT |
|------|----------|------|-----------|---------|--------|
| 01/23/2003 | HAR060230 | I | 294973 | FINOLA HARTE | $2,308.95 |
| 03/28/2003 | HAR060230 | P | 294973 | FINOLA HARTE | ($1,154.47) |
| 01/31/2003 | HAR060415 | I | 31702-02 | FINOLA HARTE | $1,655.37 |
| 02/26/2003 | HAR060933 | I | 31892/1 | CATHY HANRAHAN | $460.63 |
| 03/11/2003 | HAR061197 | I | 27296 27 | APRIL CAMERON | $664.14 |
| 04/30/2003 | HAR062198 | I | 80007/10 NEW YORK | JOAN RYKEN | $634.95 |
| 04/30/2003 | HAR062199 | I | 80007 /10 (NY) | JOAN RYKEN | $2,847.61 |
| 05/14/2003 | HAR062608 | I | 32 368/2 | BOB WOLINSKI | $95.47 |
| 05/14/2003 | HAR062632 | I | 80007/10 | JOAN RYKEN | $10.42 |
| 05/19/2003 | HAR062738 | I | 80007/10 | LAURIE ROMANO | $77.31 |
| 05/20/2003 | HAR062770 | I | NORTH EAST PANEL/NEWFIE | SCOTT ORENSTEIN | $71.38 |
| 05/21/2003 | HAR062792 | I | 32568/2 | BOB WOLINSKI | $6,856.19 |
| 05/23/2003 | HAR062839 | I | 32368 -2 | BOB WOLINSKI | $2,539.52 |
| 05/28/2003 | HAR062931 | I | 14230.31 | SCOTT ORENSTEIN | $54.86 |
| 06/04/2003 | HAR063103 | I | 32368-2 | BOB WOLINSKI | $709.59 |
| 12/04/2002 | HAR063316 | I | NEW JERSEY PROJECT 31702 | FINOLA HARTE | $7,344.32 |

CODES:  I=Invoice  P=Payment  C=Cr Memo  D=Db Memo

For Invoice copies or any questions regarding your account, please contact your A/R
Administrator at the phone number or E-mail address listed above.  THANK YOU.

# PEPE&HAZARD LLP

### A BUSINESS LAW FIRM

GOODWIN SQUARE
225 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-4302
860.522.5175 FACSIMILE: 860.522.2796

JENNIFER A. OSOWIECKI
Attorney At Law
‡Also Admitted in MA
Direct: 860.241.2651
josowiecki@pepehazard.com

March 8, 2003

Attorney John J. O'Brien, Jr.
Moller, Peck and O'Brien, L.L.C.
1010 Wethersfield Avenue, Suite 305
Hartford, Connecticut 06114

Re:  *Elm Haven Construction Limited Partnership v. Neri Construction LLC, et al.*,
     Civil Action No. 3:01 CV 1307 (GLG)

Dear John:

Enclosed please find two CD-ROM disks containing Neri's document production in the above-referenced litigation. Also enclosed is a copy of the full amount of the cost of scanning performed by IKON. At your earliest convenience, please remit payment of one-half of the invoice amount (i.e., $1,154.48) directly to IKON.

Very truly yours,

Jennifer A. Osowiecki

Enclosures



**Document Services**

Phone:(860) 278-1555    Fax:(860) 278-6612

Federal ID #:230334400

INVOICE    Page    1

| Invoice # | HAR060230 |
|---|---|
| Invoice Date | 01/23/2003 |
| Due Date | 02/02/2003 |
| Customer # | HAR-PEPE |
| Order # | 02110404 |

**TERMS: Net 10 Days**

SOLD TO:
PEPE & HAZARD
10 GOODWIN SQUARE
HARTFORD,CT 06103-0000

SHIP TO:
PEPE & HAZARD
10 GOODWIN SQUARE
HARTFORD,CT 06103-0000

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 11/18/2002 | FINOLA HARTE | 29497-3 | JUAN RODRIGUEZ |
| Reference 2 | | Reference 3 | |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 031 | D Image Scanning | 8313 | 0.140 | 1163.82 |
| 035 | Image only (no copies) | 8313 | 0.050 | 415.65 |
| 037 | Electronic Labeling | 8313 | 0.060 | 498.78 |
| 040 | CD1 - Quick Capture CD | 2 | 50.000 | 100.00 |

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| Taxable Sales: | 2178.25 |
|---|---|
| Sales Tax: | 130.70 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | 2308.95 |

Received and approved by:_____    Date:_____

*Please pay from this copy. The party named on this bill is held responsible for payment*

Payment From:
PEPE & HAZARD
10 GOODWIN SQUARE
HARTFORD,CT 06103-0000

Amount Enclosed
$

**Invoice**    HAR060230
Invoice Date    01/23/2003
Customer #    HAR-PEPE
Order #    02110404

Please Remit to:
Ikon Office Solutions
Northeast District -HAR
P O Box 827164

**PAY THIS AMOUNT:**    2308.95