# United States Court of Appeals
## FOR THE SECOND CIRCUIT

FILED

CTDC/NHCT
01-cv-1307
GOETTEL
WIG

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 23rd day of July, two thousand and four.

Before:   Hon. John M. Walker, Jr., *Chief Judge*
            Hon. Ralph K. Winter,
            Hon. Dennis Jacobs,
               *Circuit Judges*



Docket No. 03-7967

---

ELM HAVEN CONSTRUCTION LIMITED PARTNERSHIP,

        Plaintiff-Counter-Defendant-Appellant,

v.

NERI CONSTRUCTION LLC., et al.,

        Defendant-Counterclaim-Plaintiff-Third-Party-Plaintiff,

- and -

UNITED STATES FIDELITY AND GUARANTY COMPANY,

        Defendant-Appellee.

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is AFFIRMED in accordance with the opinion of this Court.

**A TRUE COPY**
Roseann B. MacKechnie, CLERK

by *[signature]*
DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

*[signature]*
Tracy W. Young
Motions Staff Attorney

ISSUED AS MANDATE: 8/17/04