UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELM HAVEN CONSTRUCTION, LLP | CIVIL NO. 3:01-CV-01307 (WIG) |
| Plaintiff, | |
| v. | |
| NERI CONSTRUCTION, LLC. et al. | |
| Defendants. | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 7(e), the undersigned counsel for the plaintiff, Eileen R. Becker (Federal Bar No. ct14591), of the law firm of Loughlin FitzGerald, hereby moves for leave to withdraw her appearance in the above-captioned case. In support hereof, counsel represents that, as of October 11, 2004, she is no longer affiliated with Pepe & Hazard LLP, counsel for the plaintiff. Attorneys Timothy T. Corey and Jennifer A. Osowiecki of the law firm of Pepe & Hazard LLP maintain an appearance in the case and will continue to represent the plaintiff in this matter.

Dated: January 14, 2005

_____
Eileen R. Becker
Federal Bar No. ct14591
Loughlin FitzGerald
150 South Main Street
Wallingford, CT 06492
Telephone: (203) 265-2035
Facsimile: (203) 269-3487
E-mail: ebecker@lflaw.com

/32321/4/704517v1
12/02/04-HRT/

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, via first class mail, this 14th day of January 2005 to:

Timothy T. Corey
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103

Edwin L. Doernberger
Saxe, Doernberger & Vita, PC
1952 Whitney Ave.
Hamden, CT 06517

Edward L. Marcus
The Marcus Law Firm
111 Whitney Ave.
New Haven, CT 06510

John J. O'Brien, Jr.
Law Offices of Peck & O'Brien
433 Silas Deane Highway
Wethersfield, CT 06109

**By certified mail to:**
Elm Haven Construction LP
150 Mount Vernon Street, Suite 530
Boston, MA 02125

Eileen R. Becker

2

/32321/4/704517v1
12/02/04-HRT/