**FILED**

2005 APR -1 A 11: 29

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
Bridgeport

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| Elm Haven Construction Limited Partnership<br>Plaintiff, | |
| V. | CIVIL ACTION NO:<br>3:01 CV 1307 (WIG) |
| Neri Construction LLC, et al.<br>Defendants. | MARCH 31, 2005 |

### MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

The undersigned counsel respectfully moves for leave of Court to withdraw her appearance on behalf of plaintiff/counterclaim-defendant **Elm Haven Construction Limited Partnership** ("Elm Haven") and third-party defendant **American Casualty Co. of Reading, PA** ("American Casualty") in the above-captioned matter because, as of March 1, 2005, she is no longer associated with the firm of Pepe & Hazard LLP. Other counsel, Timothy T. Corey of Pepe & Hazard LLP, has already appeared on behalf of Elm Haven and American Casualty. In addition, pursuant to Local Rule 5, the undersigned has mailed notice of this motion to withdraw to Elm Haven and American Casualty, via certified mail, postage prepaid as of the above date.

WHEREFORE, the undersigned respectfully requests that this motion be granted.

Respectfully submitted,
JENNIFER A. OSOWIECKI

_____
Federal Bar No. ct14646
Cox & Osowiecki, LLC
110 Barnes Road
Wallingford, Connecticut 06492
Telephone: (203) 294-7272
Facsimile:  (203) 294-7271
josowiecki@CoxLawOffices.com

2

## CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing was mailed via first class mail, postage prepaid, this 31st day of March, 2005, to:

**COUNSEL FOR NERI CONSTRUCTION LLC:**

Attorney John J. O'Brien, Jr.
Law Offices of Peck and O'Brien, P.C.
433 Silas Deane Highway
Wethersfield, Connecticut 06109

Attorney Edward L. Marcus
Attorney David S. Doyle
Marcus Law Firm
111 Whitney Avenue
New Haven, Connecticut 06510

Attorney Edwin L. Doernberger
Attorney Heidi H. Zapp
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, Connecticut 06517

**COUNSEL FOR UNITED STATES FIDELITY & GUARANTY COMPANY:**
Attorney Dennis C. Cavanaugh
Attorney Peter E. Strniste, Jr.
Brown, Raysman, Millstein, Felder & Steiner LLP
CityPlace II, 10th Floor
Hartford, Connecticut 06103

**COUNSEL FOR ELM HAVEN & AMERICAN CASUALTY:**

Attorney Timothy T. Corey
Pepe & Hazard LLP
225 Asylum Street
Hartford, Connecticut 06103-4302

By_____
Jennifer A. Osowiecki
Commissioner of the Superior Court