# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### BRIDGEPORT

FILED
2005 APR -1 A 11: 25
U.S. DISTRICT COURT
BRIDGEPORT CONN

Elm Haven Construction Limited Partnership,
    Plaintiff,

V.

Neri Construction, LLC, et al.,
    Defendants.

**APPEARANCE**

CASE NUMBER: 301 CV 1307 (WIG)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Elm Haven Construction Limited Partnership and
American Casualty Co. of Reading, PA

---

March 31, 2005
Date

_/s/ Thomas G. Librizzi_
Signature

ct04647
Connecticut Federal Bar Number

Thomas G. Librizzi
Print Clearly or Type Name

(860) 522-5175
Telephone Number

225 Asylum Street
Address

(860) 522-2796
Fax Number

Hartford, Connecticut 06103-4302

tlibrizzi@pepehazard.com
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached certification.

_/s/ Thomas G. Librizzi_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

TGL/29497/3/719929v1