# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELM HAVEN CONSTRUCTION, L.P., : Plaintiff, : : V. : : NERI CONSTRUCTION, LLC, : Defendant. : : NERI CONSTRUCTION, LLC, : Third-Party Plaintiff, : : V. : : AMERICAN CASUALTY COMPANY OF : READING, PA : Third-Party Defendant : | CIVIL NO. 3:01-CV-01307 (WIG) May 3, 2005 |

### PARTIES' REQUEST FOR ENLARGEMENT OF TIME TO FILE THE PARTIES' JOINT TRIAL MEMORANDUM AND TO ADJUST THE TRIAL COMMENCEMENT DATE

The parties in the above-captioned matter hereby respectfully request an enlargement of the time to file the Joint Trial Memorandum from the presently scheduled due date of May 9, 2005 to May 13, 2005. The additional time is needed in order for the parties to properly analyze, assemble and jointly confer with respect to all of the information that needs to be included in the joint trial memorandum.

The parties also respectfully request that the trial for this matter commence

on2Monday, June 6, 2005, as opposed to the presently scheduled commencement date of Wednesday, June 1, 2005. In support of this request, the undersigned represents the following:

1. The presently scheduled commencement date of Wednesday, June 1, 2005 immediately follows the Memorial Day weekend and holiday of May 28 through 30, 2005. The existence of this holiday period on the weekend and Monday immediately prior to the start of trial on Wednesday, June 1, will impact counsel in their trial preparation activities in terms of their ability to meet and confer with witnesses and conduct various other trial preparation activities.

2. One of the plaintiff's principal witness, Mr. John Ford, is presently scheduled to be away on a family vacation from May 28 through June 2, 2005. Although he is prepared to cancel that vacation, if necessary, in order to commence trial on June 1, 2005, it is preferable to have the trial commencement date adjusted in order to accommodate these plans.

3. In addition, counsel for the parties have discussed this matter and believe that it would be more efficient and productive to commence trial on a Monday (June 6) as opposed to a Wednesday (June 1) so that the parties are able to have a full week of trial time before an intervening weekend. If the trial schedule is adjusted as requested herein, it would run from Monday, June 6, through Tuesday, June 14, with only one

intervening weekend. The parties are hopeful that seven days of trial will still be sufficient time to complete the testimony. Of course, in the event that additional days may be needed beyond June 14, the parties would be amenable to scheduling those dates at the convenience of the court.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the trial memorandum submission date be extended to May 13, 2005 and that the trial commencement date be adjusted to June 6, 2005 as opposed to June 1, 2005. As stated above, trial counsel for the parties have discussed this matter and are in agreement with this request.

> PLAINTIFF
> ELM HAVEN CONSTRUCTION, L.P.
>
> By:_____
> Thomas G. Librizzi
> Pepe & Hazard LLP
> Goodwin Square
> 225 Asylum Street
> Hartford, CT  06103-4302
> (860) 522-5175
> Fed. Bar No. ct04647

## **ORDER**

The foregoing, having been presented to the Court, it is hereby ORDERED:

1. That the parties joint trial memorandum submission date be extended to May 13, 2005 – GRANTED/DENIED.

2. That the trial commencement date be adjusted to June 6, 2005 – GRANTED/DENIED.

              BY THE COURT

              _____

TGL/29497/3/724010v1
05/03/05-HRT/

## CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing was mailed via first class mail, postage prepaid, this 3rd day of May, 2005, to:

**COUNSEL FOR NERI CONSTRUCTION LLC:**
Attorney John J. O'Brien, Jr.
Peck and O'Brien, L.L.C.
1010 Wethersfield Avenue, Suite 305
Hartford, Connecticut 06114

Attorney Edward L. Marcus
Attorney David S. Doyle
Marcus Law Firm
111 Whitney Avenue
New Haven, Connecticut 06510

Attorney Edwin L. Doernberger
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, Connecticut 06517

By _____
Thomas G. Librizzi