# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELM HAVEN CONSTRUCTION, L.P. | : | CIVIL NO.: CV-01307 (WIG) |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| NERI CONSTRUCTION, LLC | : | |
| Defendant | : | |
| | : | |
| NERI CONSTRUCTION, LLC | : | |
| Third-Party Plaintiff | : | |
| V. | : | |
| | : | |
| AMERICAN CASUALTY COMPANY | : | |
| OF READING, PA | : | MAY 12, 2005 |
| Third-Party Defendant | : | |



## REQUEST FOR ENLARGEMENT OF
## TIME TO FILE JOINT TRIAL MEMORANDUM

The Defendant and Third-Party Plaintiff, NERI Construction, LLC, hereby respectfully requests an enlargement of time to file the Joint Trial Memorandum from the current submission date of May 13, 2005 to May 18, 2005. The additional time is needed to finish culling through the voluminous documents in this matter so as to finish developing the List of Exhibits.

The parties are conferring on the Joint Trial Memorandum and are currently circulating a draft document between the parties. A significant undertaking in the preparation of this Joint Trial Memorandum is finalizing the List of Exhibits. The potential exhibits in this matter are extensive, particularly as they relate to the Defendant's counterclaim. In light of the scheduled trial time and the Court's recent Order that the parties consider the amount of trail time in

preparing the case, the Defendant is making efforts to reduce the number and size of exhibits needed to proceed with trial.  As a result, more time is necessary to carefully cull through documents to create the List of Exhibits and finalize the Joint Trial Memorandum.

Counsel have spoken regarding this request and opposing counsel has consented to this request.

DEFENDANT/THIRD PARTY PLAINTIFF,
NERI CONSTRUCTION, LLC

By: _____
John J. O'Brien, Jr., Esq.
Peck & O'Brien, P.C.
433 Silas Deane Highway
Wethersfield, CT 06109
Phone: (860) 563-5500
Fed. Bar. No.:

## ORDER

The foregoing having been presented to the Court, it is hereby ORDERED:

    1.  That the parties Joint Trial Memorandum submission date be extended to

May 18, 2005-  GRANTED / DENIED


BY THE COURT


_____


## CERTIFICATION

This is to certify that a copy of foregoing was mailed, postage prepaid, on this 12th day of

May 2005 to the following parties of record:

Edward L. Marcus, Esq.
The Marcus Law Firm
111 Whitney Avenue
New Haven, CT 06510

Edwin L. Doernberger, Esq.
Saxe, Doernberger & Vita
1952 Whitney Avenue
Hamden, CT 06517

Thomas G. Librizzi, Esq.
Pepe & Hazard
225 Asylum Street
Hartford, CT 06103


_____
John J. O'Brien, Jr.