# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELM HAVEN CONSTRUCTION, L.P., : | |
|     Plaintiff, : | CIVIL NO. 3:01-CV-01307 (WIG) |
| : | |
| v. : | |
| : | |
| NERI CONSTRUCTION, LLC, : | |
|     Defendant. : | May 18, 2005 |
| : | |

## NOTICE OF MANUAL FILING

Please take notice that Elm Haven Construction, L.P. has manually filed the Joint Trial Memorandum. The Joint Trial Memorandum has not been filed electronically because the electronic file size of the document exceeds 1.5 mb. The Joint Trial Memorandum has been manually served on all parties.

    Respectfully submitted,
    PLAINTIFF: ELM HAVEN
    CONSTRUCTION, L.P.

    By: /s/Thomas G. Librizzi
    Thomas G. Librizzi, of
    Pepe & Hazard LLP
    225 Asylum Street/Goodwin Square
    Hartford, CT  06103
    Phone: (860) 522-5175
    Fax: (860) 522-2796
    Email: tlibrizzi@pepehazard.com
    Fed Bar #: ct04647

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Notice of Manual Filing has been mailed, this 18th day of May, 2005 to the following counsel of record:

John J. O'Brien, Jr., Esq.
Law Offices of Peck & O'Brien, P.C.
433 Silas Deane Highway
Wethersfield, CT   06109-2115

                                                                By:/s/ Thomas G. Librizzi
                                                                    Thomas G. Librizzi