| | | | | |
|---|---|---|---|---|
| 167 | 10-May-01 | EHC | Neri | Letter |
| 168 | 10-May-01 | *2nd May 10th Murano Letter* | | |
| 169 | 11-May-01 | EHC | Neri | Letter |
| 170 | 11-May-01 | EHC | Neri | Letter |
| 171 | 14-May-01 | EHC | Neri | Letter |
| 172 | 14-May-01 | EHC | Neri | Letter |
| 173 | 25-May-01 | LEA | EHC | Punch List |
| 174 | 15-May-01 | EHC | Neri | Letter |
| 175 | 25-May-01 | EHC | Neri | Letter |
| 176 | 1-Jun-01 | EHC | Neri | Letter |
| 177 | 6-Jun-01 | EHC | Neri | Letter |
| 178 | 26-Jun-01 | EHC | USF&G | Letter |
| 179 | 26-Jun-01 | EHC | USF&G | Letter |
| 180 | 28-Jun-01 | CNA | Neri | Letter |
| Elm Haven/Neri Meeting Minutes | | | | |
| 181 | 9-Sep-99 | EHC | | Meeting Minutes |
| 182 | 23-Sep-99 | EHC | | Meeting Minutes |
| 183 | 7-Oct-99 | EHC | | Meeting Minutes |
| 184 | 21-Oct-99 | EHC | | Meeting Minutes |
| 185 | 18-Nov-99 | EHC | | Meeting Minutes |
| 186 | 2-Dec-99 | EHC | | Meeting Minutes |
| 187 | 27-Jan-00 | EHC | | Meeting Minutes |
| 188 | 10-Feb-00 | EHC | | Meeting Minutes |
| 189 | 9-Mar-00 | EHC | | Meeting Minutes |
| 190 | 30-Mar-00 | EHC | | Meeting Agenda |

RJT/29497/3/723242v1
05/18/05-HRT/

| 191 | 30-Jun-00 | EHC | | Subcontractor Coordination meeting |
|---|---|---|---|---|
| 192 | 30-Oct-00 | EHC | | Meeting Minutes |
| 193 | None | EHC | | Meeting No. 2001-1 |
| 194 | 16-May-01 | EHC | | Meeting No. 2001-3 |
| 195 | 24-May-01 | EHC | | Meeting No. 2001-4 |
| LEA Reports & Correspondence | | | | |
| 196 | 14-Mar-00 | LEA | EHC | Monthly Summary Report for November 1999 |
| 197 | 14-Mar-00 | LEA | EHC | Monthly Summary Report for December 1999 |
| 198 | 24-Mar-00 | LEA | EHC | Monthly Summary Report for January and February 2000 |
| 199 | 15-May-00 | LEA | EHC | Monthly Summary Report for March 2000 |
| 200 | 12-Jun-00 | LEA | | Monthly Summary Report for April 2000 |
| 201 | 16-Jun-00 | LEA | EHC | Monthly Summary Report for May 2000 |
| 202 | | LEA | | Monthly Summary Report for June 2000 |
| 203 | | LEA | | Monthly Summary Report for July 2000 |
| 204 | | LEA | | Monthly Summary Report for August 2000 |
| 205 | | LEA | | Monthly Summary Report for September 2000 |
| 206 | 15-Dec-00 | LEA | Owner | Monthly Summary Report for October 2000 |
| 207 | 22-Dec-00 | LEA | Owner | Monthly Summary Report for November 2000 |
| 208 | | LEA | | Monthly Summary Report for December 2000 |

RJT/29497/3/723242v1
05/18/05-HRT/

| 209 | | LEA | | Monthly Summary Report for January 2001 |
|---|---|---|---|---|
| 210 | | LEA | | Monthly Summary Report for February 2001 |
| 211 | | LEA | | Monthly Summary Report for March 2001 |
| 212 | | LEA | | Monthly Summary Report for April 2001 |
| 213 | | LEA | | Monthly Summary Report for May 2001 |
| 214 | | LEA | | Monthly Summary Report for June 2001 |
| 215 | 20-Sep-01 | LEA | Owner | Monthly Summary Report for July 2001 |
| 216 | 20-Jan-00 | EHC | LEA | Letter re: site subcontractor - additional compensation |
| 217 | 5-May-00 | LEA | EHC | Interpretation of Contract Documents for Sewer Testing |
| 218 | 5-May-00 | EHC | LEA | Request for Information re: Unsuitable Material Excavations |
| 219 | 24-May-00 | City | LEA | Letter |
| 220 | 25-Sep-00 | LEA | EHC | FAX |
| 221 | 8-Nov-00 | LEA | EHC | Memo |
| 222 | 21-Nov-00 | EHC | LEA | Transmittal of Sanitary Sewer Video inspection of Mains and House & Foote Laterals |
| 223 | 22-May-01 | City | Owner | Punch List |
| Project Photographs | | | | |
| 224 | | | | Project Photo |
| 225 | | | | Project Photo |
| 226 | | | | Project Photo |
| 227 | | | | Project Photo |

RJT/29497/3/723242v1
05/18/05-HRT/

| 228 | | | | Project Photo |
|---|---|---|---|---|
| 229 | | | | Project Photo |
| 230 | | | | Project Photo |
| 231 | | | | Project Photo |
| 232 | | | | Project Photo |
| 233 | | | | Project Photo |
| Change Orders | | | | |
| 234 | 26-Apr-99 | EHC | Neri | Job 204 - Change Order #1 |
| 235 | 28-Apr-99 | EHC | Neri | Job 204 - Change Order #2 |
| 236 | 3-Aug-99 | EHC | Neri | Job 204 - Change Order #3 |
| 237 | 3-Aug-99 | EHC | Neri | Job 204 - Change Order #4 |
| 238 | 13-Aug-99 | EHC | Neri | Job 204 - Change Order #5 |
| 239 | 17-Aug-99 | EHC | Neri | Job 204 - Change Order #6 |
| 240 | 30-Aug-99 | EHC | Neri | Job 204 - Change Order #7 |
| 241 | 3-Nov-99 | EHC | Neri | Job 204 - Change Order #8 |
| 242 | 3-Nov-99 | EHC | Neri | Job 204 - Change Order #9 |
| 243 | 3-Nov-99 | EHC | Neri | Job 204 - Change Order #10 |
| 244 | 3-Nov-99 | EHC | Neri | Job 204 - Change Order #11 |
| 245 | 10-Apr-00 | EHC | Neri | Job 204 - Change Order #12 |
| 246 | 6-Apr-00 | EHC | Neri | Job 204 - Change Order #13 |
| 247 | 24-Apr-00 | EHC | Neri | Job 204 - Change Order #14 |
| 248 | 13-Apr-00 | EHC | Neri | Job 204 - Change Order #15 |
| 249 | 1-May-00 | EHC | Neri | Job 204 - Change Order #16 |
| 250 | 3-May-00 | EHC | Neri | Job 204 - Change Order #17 |
| 251 | 17-May-00 | EHC | Neri | Job 204 - Change Order #18 |

RJT/29497/3/723242v1
05/18/05-HRT/

| 252 | 19-May-00 | EHC | Neri | Job 204 - Change Order #19 |
| 253 | 30-May-00 | EHC | Neri | Job 204 - Change Order #20 |
| 254 | 30-May-00 | EHC | Neri | Job 204 - Change Order #21 |
| 255 | 30-Jun-00 | EHC | Neri | Job 204 - Change Order #22 |
| 256 | 20-Jul-00 | EHC | Neri | Job 204 - Change Order #23 |
| 257 | 20-Jul-00 | EHC | Neri | Job 204 - Change Order #24 |
| 258 | 20-Jul-00 | EHC | Neri | Job 204 - Change Order #25 |
| 259 | 20-Jul-00 | EHC | Neri | Job 204 - Change Order #26 |
| 260 | 24-Jul-00 | EHC | Neri | Job 204 - Change Order #27 |
| 261 | 24-Jul-00 | EHC | Neri | Job 204 - Change Order #28 |
| 262 | 24-Jul-00 | EHC | Neri | Job 204 - Change Order #29 |
| 263 | 24-Jul-00 | EHC | Neri | Job 204 - Change Order #30 |
| 264 | 24-Jul-00 | EHC | Neri | Job 204 - Change Order #31A |
| 265 | 24-Jul-00 | EHC | Neri | Job 204 - Change Order #31B |
| 266 | 24-Jul-00 | EHC | Neri | Job 204 - Change Order #32 |
| 267 | 24-Jul-00 | EHC | Neri | Job 204 - Change Order #33 |
| 268 | 3-Aug-00 | EHC | Neri | Job 204 - Change Order #34 |
| 269 | 3-Aug-00 | EHC | Neri | Job 204 - Change Order #35 |
| 270 | 3-Aug-00 | EHC | Neri | Job 204 - Change Order #36 |
| 271 | 22-Aug-00 | EHC | Neri | Job 204 - Change Order #37 |
| 272 | 22-Aug-00 | EHC | Neri | Job 204 - Change Order #38 |
| 273 | 22-Aug-00 | EHC | Neri | Job 204 - Change Order #39 |
| 274 | 22-Aug-00 | EHC | Neri | Job 204 - Change Order #39 |
| 275 | 11-Sep-00 | EHC | Neri | Job 204 - Change Order #40 |
| 276 | 11-Sep-00 | EHC | Neri | Job 204 - Change Order #41 |

RJT/29497/3/723242v1
05/18/05-HRT/

| 277 | 3-Oct-00 | EHC | Neri | Job 204 - Change Order #42 |
|-----|----------|-----|------|----------------------------|
| 278 | 11-Sep-00 | EHC | Neri | Job 204 - Change Order #43 |
| 279 | 11-Sep-00 | EHC | Neri | Job 204 - Change Order #44 |
| 280 | 11-Sep-00 | EHC | Neri | Job 204 - Change Order #45 |
| 281 | 11-Sep-00 | EHC | Neri | Job 204 - Change Order #46 |
| 282 | 11-Sep-00 | EHC | Neri | Job 204 - Change Order #47 |
| 283 | 11-Sep-00 | EHC | Neri | Job 204 - Change Order #48 |
| 284 | 3-Oct-00 | EHC | Neri | Job 204 - Change Order #49 |
| 285 | 3-Oct-00 | EHC | Neri | Job 204 - Change Order #50 |
| 286 | 3-Oct-00 | EHC | Neri | Job 204 - Change Order #51 |
| 287 | 19-Oct-00 | EHC | Neri | Job 204 - Change Order #52 |
| 288 | 25-Oct-00 | EHC | Neri | Job 204 - Change Order #53 |
| 289 | 30-Oct-00 | EHC | Neri | Job 204 - Change Order #54 |
| 290 | 27-Mar-01 | EHC | Neri | Job 204 - Change Order #55 |
| 291 | 27-Mar-01 | EHC | Neri | Job 204 - Change Order #55 (includes a full binder of support) |
| 292 | 18-Jun-01 | EHC | | Revised Change Order #55 Summary Sheet |
| 293 | 13-Aug-99 | EHC | Neri | Job 207 - Change Order #1 |
| 294 | 17-Aug-99 | EHC | Neri | Job 207 - Change Order #2 |
| 295 | 30-Aug-99 | EHC | Neri | Job 207 - Change Order #3 |
| 296 | 28-Sep-99 | EHC | Neri | Job 207 - Change Order #4 |
| 297 | 29-Oct-99 | EHC | Neri | Job 207 - Change Order #5 |
| 298 | 3-Nov-99 | EHC | Neri | Job 207 - Change Order #6 |
| 299 | 3-Nov-99 | EHC | Neri | Job 207 - Change Order #7 |
| 300 | 3-Nov-99 | EHC | Neri | Job 207 - Change Order #8 |

RJT/29497/3/723242v1
05/18/05-HRT/

| 301 | 3-Nov-99 | EHC | Neri | Job 207 - Change Order #9 |
| 302 | 3-Nov-99 | EHC | Neri | Job 207 - Change Order #10 |
| 303 | 3-Nov-99 | EHC | Neri | Job 207 - Change Order #11 |
| 304 | 3-Nov-99 | EHC | Neri | Job 207 - Change Order #12 |
| 305 | 3-Nov-99 | EHC | Neri | Job 207 - Change Order #13 |
| 306 | 7-Feb-00 | EHC | Neri | Job 207 - Change Order #14 |
| 307 | 10-Apr-00 | EHC | Neri | Job 207 - Change Order #15 |
| 308 | 10-Apr-00 | EHC | Neri | Job 207 - Change Order #16 |
| 309 | 10-Apr-00 | EHC | Neri | Job 207 - Change Order #17 |
| 310 | 14-Apr-00 | EHC | Neri | Job 207 - Change Order #18 |
| 311 | 14-Apr-00 | EHC | Neri | Job 207 - Change Order #19 |
| 312 | 14-Apr-00 | EHC | Neri | Job 207 - Change Order #20 |
| 313 | 14-Apr-00 | EHC | Neri | Job 207 - Change Order #21 |
| 314 | 14-Apr-00 | EHC | Neri | Job 207 - Change Order #22 |
| 315 | 19-Apr-00 | EHC | Neri | Job 207 - Change Order #23 |
| 316 | 20-Apr-00 | EHC | Neri | Job 207 - Change Order #24 |
| 317 | 20-Apr-00 | EHC | Neri | Job 207 - Change Order #25 |
| 318 | 20-Apr-00 | EHC | Neri | Job 207 - Change Order #26 |
| 319 | 20-Apr-00 | EHC | Neri | Job 207 - Change Order #27 |
| 320 | 1-May-00 | EHC | Neri | Job 207 - Change Order #28 |
| 321 | 17-May-00 | EHC | Neri | Job 207 - Change Order #30 |
| 322 | 19-May-00 | EHC | Neri | Job 207 - Change Order #31 |
| 323 | 23-May-00 | EHC | Neri | Job 207 - Change Order #32 |
| 324 | 23-May-00 | EHC | Neri | Job 207 - Change Order #33 |
| 325 | 8-Jun-00 | EHC | Neri | Job 207 - Change Order #34 |

RJT/29497/3/723242v1
05/18/05-HRT/

| 326 | 8-Jun-00 | EHC | Neri | Job 207 - Change Order #35 |
|-----|----------|-----|------|----------------------------|
| 327 | 24-Jul-00 | EHC | Neri | Job 207 - Change Order #36 |
| 328 | 3-Oct-00 | EHC | Neri | Job 207 - Change Order #37 |
| 329 | 11-Sep-00 | EHC | Neri | Job 207 - Change Order #38 |
| 330 | 3-Oct-00 | EHC | Neri | Job 207 - Change Order #39 |

**Requisitions & Payments**

| 331 | | EHC | | Summary of Neri Requistions and EHC Payments |
|-----|----------|-----|-------|----------------------------------------------|
| 332 | 20-Feb-99 | EHC | Owner | EHC's Requisition 1B(204)-1<br>for period ending 2/20/99 |
| | 20-Feb-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-1<br>for period ending 2/20/99 |
| | 8-Apr-99 | EHC | Neri | Neri's Payment/Check #1517<br>for period ending 2/20/99 |
| 333 | 20-Feb-99 | EHC | Owner | EHC's Requisition 1C(207)-1<br>for period ending 2/20/99 |
| | 20-Feb-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-1<br>for period ending 2/20/99 |
| | 8-Apr-99 | EHC | Neri | Neri's Payment/Check #1517<br>for period ending 2/20/99 |
| 334 | 20-Mar-99 | EHC | Owner | EHC's Requisition 1B(204)-2<br>for period ending 3/20/99 |
| | 29-Mar-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-2<br>for period ending 3/20/99 |
| | 22-Apr-99 | EHC | Neri | Neri's Payment/Check #1542<br>for period ending 3/20/99 |
| 335 | 20-Mar-99 | EHC | Owner | EHC's Requisition 1C(207)-2<br>for period ending 3/20/99 |

RJT/29497/3/723242v1<br>05/18/05-HRT/

|     | Date | From | To | Description |
|-----|------|------|-----|-------------|
|     | 20-Mar-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-2<br>for period ending 3/20/99 |
|     | 22-Apr-99 | EHC | Neri | Neri's Payment/Check #1542<br>for period ending 3/20/99 |
| 336 | 20-Apr-99 | EHC | Owner | EHC's Requisition 1B(204)-3<br>for period ending 4/20/99 |
|     | 20-Apr-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-3<br>for period ending 4/20/99 |
|     | 20-May-99 | EHC | Neri | Neri's Payment/Check #1587<br>for period ending 4/20/99 |
| 337 | 20-Apr-99 | EHC | Owner | EHC's Requisition 1C(207)-3<br>for period ending 4/20/99 |
|     | 20-Apr-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-3<br>for period ending 4/20/99 |
|     | 20-May-99 | EHC | Neri | Neri's Payment/Check #1587<br>for period ending 4/20/99 |
|     | 21-May-99 | EHC | Neri | Neri's Payment/Check #1589<br>for Job 207-3 materials |
| 338 | 20-May-99 | EHC | Owner | EHC's Requisition 1B(204)-4<br>for period ending 5/20/99 |
|     | 20-May-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-4<br>for period ending 5/20/99 |
|     | 17-Jun-99 | EHC | Neri | Neri's Payment/Check #1626<br>for period ending 5/20/99 |
| 339 | 20-May-99 | EHC | Owner | EHC's Requisition 1C(207)-4<br>for period ending 5/20/99 |
|     | 20-May-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-4<br>for period ending 5/20/99 |
|     | 17-Jun-99 | EHC | Neri | Neri's Payment/Check #1627<br>for period ending 5/20/99 |

44

| | | | | |
|---|---|---|---|---|
| | 20-Jun-99 | EHC | Owner | EHC's Requisition 1B(204)-5<br>for period ending 6/20/99 |
| 340 | 20-Jun-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-5 for period ending 6/20/99 |
| | 23-Jul-99 | EHC | Neri | Neri's Payment/Check #1697<br>for period ending 6/20/99 |
| | 20-Jun-99 | EHC | Owner | EHC's Requisition 1C(207)-5<br>for period ending 6/20/99 |
| 341 | 20-Jun-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-5<br>for period ending 6/20/99 |
| | 23-Jul-99 | EHC | Neri | Neri's Payment/Check #1698<br>for period ending 6/20/99 |
| | 20-Jul-99 | EHC | Owner | EHC's Requisition 1B(204)-6<br>for period ending 7/20/99 |
| 342 | 20-Jul-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-6<br>for period ending 7/20/99 |
| | 18-Aug-99 | EHC | Neri | Neri's Payment/Check #1760<br>for period ending 7/20/99 |
| | 20-Jul-99 | EHC | Owner | EHC's Requisition 1C(207)-6<br>for period ending 7/20/99 |
| 343 | 20-Jul-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-6<br>for period ending 7/20/99 |
| | 18-Aug-99 | EHC | Neri | Neri's Payment/Check #1761<br>for period ending 7/20/99 |
| 344 | 20-Aug-99 | EHC | Owner | EHC's Requisition 1B(204)-7<br>for period ending 8/20/99 |
| | 20-Aug-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-7<br>for period ending 8/20/99 |
| | 20-Aug-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-7<br>for period ending 8/20/99 |

45

| | | | | |
|---|---|---|---|---|
| | 9-Sep-99 | EHC | Neri | Neri's Payment/Check #1826<br>for period ending 8/20/99 |
| 345 | 20-Aug-99 | EHC | Owner | EHC's Requisition 1C(207)-7<br>for period ending 8/20/99 |
| | 20-Aug-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-7<br>for period ending 8/20/99 |
| | 20-Aug-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-7<br>for period ending 8/20/99 |
| | 9-Sep-99 | EHC | Neri | Neri's Payment/Check #1827<br>for period ending 8/20/99 |
| 346 | 20-Sep-99 | EHC | Owner | EHC's Requisition 1B(204)-8<br>for period ending 9/20/99 |
| | 20-Sep-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-8<br>for period ending 9/20/99 |
| | 20-Sep-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-8<br>for period ending 9/20/99 |
| | 4-Nov-99 | EHC | Neri | Neri's Payment/Check #1952<br>for period ending 9/20/99 |
| 347 | 20-Sep-99 | EHC | Owner | EHC's Requisition 1C(207)-8<br>for period ending 9/20/99 |
| | 20-Sep-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-8<br>for period ending 9/20/99 |
| | 20-Sep-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-8<br>for period ending 9/20/99 |
| | 4-Nov-99 | EHC | Neri | Neri's Payment/Check #1953<br>for period ending 9/20/99 |
| | 5-Nov-99 | EHC | Neri | Neri's Payment/Check #1976<br>for Job 207-8 materials |
| 348 | 20-Oct-99 | EHC | Owner | EHC's Requisition 1B(204)-9<br>for period ending 10/20/99 |

RJT/29497/3/723242v1<br>05/18/05-HRT/

|  | 20-Oct-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-9 for period ending 10/20/99 |
|---|---|---|---|---|
|  | 18-Nov-99 | EHC | Neri | Neri's Payment/Check #2012 for period ending 10/20/99 |
| 349 | 20-Oct-99 | EHC | Owner | EHC's Requisition 1C(207)-9 for period ending 10/20/99 |
|  | 20-Oct-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-9 for period ending 10/20/99 |
|  | 18-Nov-99 | EHC | Neri | Neri's Payment/Check #2013 for period ending 10/20/99 |
| 350 | 20-Nov-99 | EHC | Owner | EHC's Requisition 1B(204)-10 for period ending 11/20/99 |
|  | 20-Nov-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-10 for period ending 11/20/99 |
|  | 3-Jan-00 | EHC | Neri | Neri's Payment/Check #2145 for period ending 11/20/99 |
| 351 | 20-Nov-99 | EHC | Owner | EHC's Requisition 1C(207)-10 for period ending 11/20/99 |
|  | 20-Nov-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-10 for period ending 11/20/99 |
|  | 3-Jan-00 | EHC | Neri | Neri's Payment/Check #2146 for period ending 11/20/99 |
| 352 | 13-Dec-99 | EHC | Neri | Neri's Joint Payment/Check #1003 for Tilcon work ending 12/13/99 |
| 353 | 20-Dec-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-10A for period ending 12/31/99 |
|  | 3-Feb-00 | EHC | Neri | Neri's Payment/Check #2271 for period ending 12/20/99 |
|  | 3-Feb-00 | EHC | Neri | Neri's Payment/Check #2271 for period ending 12/20/99 |

RJT/29497/3/723242v1
05/18/05-HRT/

| | | | | |
|---|---|---|---|---|
| **354** | 31-Dec-99 | EHC | Owner | EHC's Requisition 1B(204)-11 for period ending 12/31/99 |
| | 20-Dec-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-11 for period ending 12/31/99 |
| | 23-Feb-00 | EHC | Neri | Neri's Payment/Check #2290 for period ending 12/20/99 |
| **355** | 31-Dec-99 | EHC | Owner | EHC's Requisition 1C(207)-11 for period ending 12/31/99 |
| | 20-Dec-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-11 for period ending 12/31/99 |
| | 23-Feb-00 | EHC | Neri | Neri's Payment/Check #2291 for period ending 12/20/99 |
| **356** | 20-Jan-00 | EHC | Owner | EHC's Requisition 1B(204)-12 for period ending 1/20/00 |
| | 20-Jan-00 | Neri | EHC | Neri's Approved Requisition 1B(204)-12 for period ending 1/20/00 |
| | 27-Mar-00 | EHC | Neri | Neri's Payment/Check #2393 for period ending 1/20/00 |
| **357** | 20-Jan-00 | EHC | Owner | EHC's Requisition 1C(207)-12 for period ending 1/20/00 |
| | 20-Jan-00 | Neri | EHC | Neri's Approved Requisition 1C(207)-12 for period ending 1/20/00 |
| | 20-Jan-00 | Neri | EHC | Neri's Approved Requisition 1C(207)-12 for period ending 1/20/00 |
| | 27-Mar-00 | EHC | Neri | Neri's Payment/Check #2394 for period ending 1/20/00 |
| **358** | 24-Apr-00 | EHC | Neri | Neri's Joint Payment/Check #2480 for Noth Carolina Corp & Hammon Asset Construction work ending 4/24/00 |
| **359** | 2-Jun-00 | EHC | Neri | Neri's Joint Payment/Check #2580 for Empire Paving work ending 5/30/00 |

RJT/29497/3/723242v1
05/18/05-HRT/

| | | | | |
|---|---|---|---|---|
| 360 | *20-Feb-99* | EHC | Owner | EHC's Requisition 1B(204)-13<br>for period ending 2/20/00 |
| 361 | 20-Feb-00 | EHC | Owner | EHC's Requisition 1C(207)-13<br>for period ending 2/20/00 |
| 362 | 20-Mar-00 | EHC | Owner | EHC's Requisition 1B(204)-14<br>for period ending 3/20/00 |
| 363 | 20-Mar-00 | EHC | Owner | EHC's Requisition 1C(207)-14<br>for period ending 3/20/00 |
| 364 | *20-Apr-99* | EHC | Owner | EHC's Requisition 1B(204)-15<br>for period ending 4/20/00 |
| | 20-Apr-00 | Neri | EHC | Neri's Approved Requisition 1B(204)-12<br>for period ending 4/20/00 |
| | 12-Jun-00 | EHC | Neri | Neri's Payment/Check #2604<br>for period ending 4/20/00 |
| 365 | 20-Apr-00 | EHC | Owner | EHC's Requisition 1C(207)-15<br>for period ending 4/20/00 |
| | 20-Apr-00 | Neri | EHC | Neri's Approved Requisition 1C(207)-12<br>for period ending 4/20/00 |
| | 12-Jun-00 | EHC | Neri | Neri's Payment/Check #2605<br>for period ending 4/20/00 |
| 366 | *20-May-99* | EHC | Owner | EHC's Requisition 1B(204)-16<br>for period ending 5/20/00 |
| | 20-May-00 | Neri | EHC | Neri's Approved Requisition 1B(204)-13<br>for period ending 5/20/00 |
| | 21-Jul-00 | EHC | Neri | Neri's Payment/Check #2683<br>for period ending 5/20/00 |
| 367 | 20-May-00 | EHC | Owner | EHC's Requisition 1C(207)-16<br>for period ending 5/20/00 |
| | 20-May-00 | Neri | EHC | Neri's Approved Requisition 1C(207)-13<br>for period ending 5/20/00 |

RJT/29497/3/723242v1<br>05/18/05-HRT/

| | | | | |
|---|---|---|---|---|
| | 21-Jul-00 | EHC | Neri | Neri's Payment/Check #2684<br>for period ending 5/20/00 |
| **368** | 20-Jun-00 | EHC | Owner | EHC's Requisition 1B(204)-17<br>for period ending 6/20/00 |
| | 20-Jun-00 | Neri | EHC | Neri's Approved Requisition 1B(204)-13<br>for period ending 6/20/00 |
| | 14-Aug-00 | EHC | Neri | Neri's Payment/Check #2776<br>for period ending 6/20/00 |
| **369** | 20-Jun-00 | EHC | Owner | EHC's Requisition 1C(207)-17<br>for period ending 6/20/00 |
| | 20-Jun-00 | Neri | EHC | Neri's Approved Requisition 1C(207)-14<br>for period ending 6/20/00 |
| | 14-Aug-00 | EHC | Neri | Neri's Payment/Check #2777<br>for period ending 6/20/00 |
| **370** | 20-Jul-00 | EHC | Owner | EHC's Requisition 1B(204)-18<br>for period ending 7/20/00 |
| | 20-Jul-00 | Neri | EHC | Neri's Approved Requisition 1B(204)-15<br>for period ending 7/20/00 |
| | 21-Sep-00 | EHC | Neri | Neri's Payment/Check #1068<br>for period ending 7/20/00 |
| **371** | 20-Jul-00 | EHC | Owner | EHC's Requisition 1C(207)-18<br>for period ending 7/20/00 |
| | 20-Jul-00 | Neri | EHC | Neri's Approved Requisition 1C(207)-15<br>for period ending 7/20/00 |
| | 21-Sep-00 | EHC | Neri | Neri's Payment/Check #1069<br>for period ending 7/20/00 |
| **372** | 5-Oct-00 | EHC | Neri | Neri's Payment/Check #1074<br>for Paving work ending 10/5/00 |
| **373** | 20-Aug-00 | EHC | Owner | EHC's Requisition 1B(204)-19<br>for period ending 8/20/00 |

RJT/29497/3/723242v1<br>05/18/05-HRT/

| | 20-Aug-00 | Neri | EHC | Neri's Approved Requisition 1B(204)-16<br>for period ending 8/20/00 |
|---|---|---|---|---|
| | 20-Oct-00 | EHC | Neri | Neri's Payment/Check #1127<br>for period ending 8/20/00 |
| | 20-Aug-00 | EHC | Owner | EHC's Requisition 1C(207)-19<br>for period ending 8/20/00 |
| 374 | 20-Aug-00 | Neri | EHC | Neri's Approved Requisition 1C(207)-16<br>for period ending 8/20/00 |
| | 20-Oct-00 | EHC | Neri | Neri's Payment/Check #1128<br>for period ending 8/20/00 |
| | 20-Sep-00 | EHC | Owner | EHC's Requisition 1B(204)-20<br>for period ending 9/20/00 |
| | 20-Sep-00 | EHC | Owner | EHC's Requisition 1C(207)-20<br>for period ending 9/20/00 |
| 375 | 20-Sep-00 | Neri | EHC | Neri's Approved Requisition 1B(204)-17<br>for period ending 9/20/00 |
| | 14-Dec-00 | EHC | Neri | Neri's Payment/Check #1276<br>for period ending 9/20/00 |
| | 27-Dec-00 | EHC | Neri | Neri's Payment/Check #1295<br>for period ending 9/20/00 |

## Cost to Complete

| 376 | | EHC | | EHC Summary of Costs incurred to perform Neri's scope of work |
|---|---|---|---|---|
| 377 | 24-May-01 | EHC | Sweeney | Sweeney Subcontract |
| 378 | 16-Jul-01 | EHC | Sweeney | Change Order 204-1: Webster St. CSO Drainage Work |
| 379 | 25-Sep-01 | EHC | Sweeney | Change Order 207-1: Extend Ashmun cul-de-sac; replace curb; install light poles, catch basins, etc. |

RJT/29497/3/723242v1
05/18/05-HRT/

| 380 | 25-Sep-01 | EHC | Sweeney | Change Order 204-2: Add'l Sum to Complete Change Order 204-1 |
| 381 | 25-Sep-01 | EHC | Sweeney | Change Order 204-3: UG Piping, Conduit/base for light, rework Ash/Web intersection, sidewalk/HC ramps, etc. |
| 382 | 22-Oct-01 | EHC | Sweeney | Change Order 204-4: Labor, Equipment, Mat'ls in Block G |
| 383 | 21-Jan-02 | EHC | Sweeney | Change Order 204-5: Clean Up Debris on Block K |
| 384 | 1-Mar-02 | EHC | Sweeney | Change Order 204-6: Water Service/San. Sewer Lateral |
| 385 | 23-Apr-02 | EHC | Sweeney | Change Order 204-7: Costs to Remove Neri Stockpile |
| 386 | 22-May-02 | EHC | Sweeney | Change Order 204-8: Police Traffic Control to repair/locate sewer lateral |
| 387 | 17-Sep-02 | EHC | Sweeney | Change Order 204-9: Replace meter valuts & curb boxes |
| 388 | 17-Sep-02 | EHC | Sweeney | Change Order 204-10: Remove water meter vault/curb boxes, repair/replace sidewalks |
| 389 | 6-Nov-02 | EHC | Sweeney | Change Order 204-11: Pave Ashmun, replace manhole frames on Ash/Canal, remove/replace damaged walks |
| 390 | 19-Dec-02 | EHC | Sweeney | Change Order 204-12: Installation of Sidewalks |
| 391 | 5-Jun-03 | EHC | Sweeney | Change Order 204-13: Repair/Complete Curb, Sidewalks; locate laterals |
| 392 | 20-May-01 | EHC | Sweeney | Phase 1B New Construction Req. No. 1 |
| 393 | 20-Jun-01 | EHC | Sweeney | Phase 1B New Construction Req. No. 2 |
| 394 | 20-Jul-01 | EHC | Sweeney | Phase 1B New Construction Req. No. 3 |

RJT/29497/3/723242v1
05/18/05-HRT/

| 395 | 20-Jul-01 | EHC | Sweeney | Phase 1B New Construction Req. No. 3B |
|---|---|---|---|---|
| 396 | 20-Aug-01 | EHC | Sweeney | Phase 1B New Construction Req. No. 4 |
| 397 | 1-Sep-01 | EHC | Sweeney | Phase 1B New Construction Req. No. 5 |
| 398 | 20-Sep-01 | EHC | Sweeney | Phase 1B New Construction Req. No. 6 |
| 399 | 20-Oct-01 | EHC | Sweeney | Phase 1B New Construction Req. No. 7 |
| 400 | 20-Jan-02 | EHC | Sweeney | Phase 1B New Construction Req. No. 8 |
| 401 | 20-Feb-02 | EHC | Sweeney | Phase 1B New Construction Req. No. 9 |
| 402 | 20-Apr-02 | EHC | Sweeney | Phase 1B New Construction Req. No. 10 |
| 403 | 20-Apr-01 | EHC | Sweeney | Phase 1C New Construction Req. No. 1 |
| 404 | 20-May-01 | EHC | Sweeney | Phase 1C New Construction Req. No. 2 |
| 405 | 20-Jun-01 | EHC | Sweeney | Phase 1C New Construction Req. No. 3 |
| 406 | 20-Jul-01 | EHC | Sweeney | Phase 1C New Construction Req. No. 4 |
| 407 | 20-Aug-01 | EHC | Sweeney | Phase 1C New Construction Req. No. 5 |
| 408 | 1-Sep-01 | EHC | Sweeney | Phase 1C New Construction Req. No. 6 |
| 409 | 20-Sep-01 | EHC | Sweeney | Phase 1C New Construction Req. No. 7 |
| 410 | 9-May-03 | EHC | Sweeney | Final Payment Check to Sweeney ($10,403.35) for Phase 1B and 1C |
| 411 | | EHC | Sweeney | Sweeney $6700.00 Invoice for Foote St. Pavement |
| 412 | | EHC | Executive Landscaping | National Rent-a-Fence |
| 413 | 3-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Excavate and backfill for sewer main Building Underground work |
| 414 | 4-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Install storm drainage Block G |

RJT/29497/3/723242v1
05/18/05-HRT/

| 415 | 4-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Install Block G underground electrical ductbank to Townhouse no. 3 |
| 416 | 4-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Repairs to Roof Drainage and electrical conduit damaged by NERI Block G |
| 417 | 4-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Excavation and Backfill of Sanitary lines within Building area (underground) |
| 418 | 2-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Excavation and Backfill of Sanitary lines within Building area (underground) |
| 419 | 10-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Block G Drainage Installation and Removal of Surplus Material from Excavation |
| 420 | 8-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Install storm drainage Block G Townhouse no. 2 |
| 421 | 9-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Install storm drainage at Townhouses nos. 2 and 3 |
| 422 | 9-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Install storm drainage at Townhouses nos. 2 and 3 |
| 423 | 14-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Install storm drainage Block G |
| 424 | 15-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Install storm drainage Block G |

54

| | | | | |
|---|---|---|---|---|
| 425 | | EHC | Blue Diamond Quarry | Blue Diamond Quarry Invoice: 34.77 tons @ $13/ton |
| 426 | 7-May-01 | EHC | Semac Electrical Contractors | Semac Invoice: 7 hr @ $60/hr |
| 427 | 12-Mar-01 | EHC | Paul P's Welding | Paul P's Invoice: two additional handrails, 30 LF @ $14/LF, plus tax |
| 428 | 26-May-01 | EHC | Joseph Merritt & Co. | Merritt Invoice: five copies of Neri manuals (six volumes), plus tax |
| 429 | 9-May-01 | EHC | Arrow Concrete Products | Arrow Concrete Invoice: slabs |

11 B.  Exhibits (Defendant).

EX.#

500   Neri Requisition No. 1, Project 207-1-C, dated February 20, 1999

501   Neri Requisition No. 2, Project 207-1-C, dated March 20, 1999

502   Neri Requisition No. 3, Project 207-1-C, dated April 20, 1999

503   Neri Requisition No. 4, Project 207-1-C, dated May 20, 1999

504   Neri Requisition No. 5, Project 207-1-C, dated June 20, 1999

505   Neri Requisition No. 6, Project 207-1-C, dated July 20, 1999

506   Neri Requisition No. 7, Project 207-1-C, dated August 20, 1999

RJT/29497/3/723242v1
05/18/05-HRT/

507    Neri Requisition No. 8, Project 207-1-C, dated September 20, 1999

508    Neri Requisition No. 9, Project 207-1-C, dated October 20, 1999

509    Neri Requisition No. 10, Project 207-1-C, dated November 20, 1999

510    Neri Requisition No. 11, Project 207-1-C, dated December 31, 1999

511    Neri Requisition No. 12, Project 207-1-C, dated January 31, 2000

512    Neri Requisition No. 13, Project 207-1-C, dated February 29, 2000

513    Neri Requisition No. 14, Project 207-1-C, dated March 31, 2000

514    Neri Requisition No. 15, Project 207-1-C, dated April 20, 2000

515    Neri Requisition No. 16, Project 207-1-C, dated May 20, 2000

516    Neri Requisition No. 17, Project 207-1-C, dated June 20, 2000

517    Neri Requisition No. 18, Project 207-1-C, dated July 20, 2000

518    Neri Requisition No. 19, Project 207-1-C, dated August 20, 2000

519    Neri Requisition No. 20, Project 207-1-C, dated September 20, 2000

520    Neri Requisition No. 21, Project 207-1-C, dated October 20, 2000

521    Neri Requisition No. 22, Project 207-1-C, dated November 20, 2000

522    Neri Requisition No. 23, Project 207-1-C, dated December 20, 2000

523    Neri Requisition No. 24, Project 207-1-C, dated January 20, 2001

524    Neri Requisition No. 24-A, Project 207-1-C, dated May 21, 2001

RJT/29497/3/723242v1
05/18/05-HRT/

525    Neri Requisition No. 1, Project 204-1-B, dated February 20, 1999

526    Neri Requisition No. 2, Project 204-1-B, dated March 20, 1999

527    Neri Requisition No. 3, Project 204-1-B, dated April 20, 1999

528    Neri Requisition No. 4, Project 204-1-B, dated May 20, 1999

529    Neri Requisition No. 5, Project 204-1-B, dated June 20, 1999

530    Neri Requisition No. 6, Project 204-1-B, dated July 20, 1999

531    Neri Requisition No. 7, Project 204-1-B, dated August 20, 1999

532    Neri Requisition No. 8, Project 204-1-B, dated September 20, 1999

533    Neri Requisition No. 9, Project 204-1-B, dated October 20, 1999

534    Neri Requisition No. 10, Project 204-1-B, dated November 20, 1999

535    Neri Requisition No. 11, Project 204-1-B, dated December 30, 1999

536    Neri Requisition No. 12, Project 204-1-B, dated January 31, 2000

537    Neri Requisition No. 13, Project 204-1-B, dated February 29, 2000

538    Neri Requisition No. 14, Project 204-1-B, dated March 31, 2000

539    Neri Requisition No. 15, Project 204-1-B, dated April 20, 2000

540    Neri Requisition No. 16, Project 204-1-B, dated May 20, 2000

541    Neri Requisition No. 17, Project 204-1-B, dated June 20, 2000

542    Neri Requisition No. 18, Project 204-1-B, dated July 20, 2000

RJT/29497/3/723242v1
05/18/05-HRT/

543    Neri Requisition No. 19, Project 204-1-B, dated August 20, 2000

544    Neri Requisition No. 20, Project 204-1-B, dated September 20, 2000

545    Neri Requisition No. 21, Project 204-1-B, dated October 20, 2000
546    Neri Requisition No. 22, Project 204-1-B, dated November 20, 2000

547    Neri Requisition No. 23, Project 204-1-B, dated December 20, 2000

548    Neri Requisition No. 24, Project 204-1-B, dated January 20, 2001

549    Elm Haven Construction Correspondence dated February 27, 1999

550    Elm Haven Construction Correspondence dated June 22, 1999

551    Elm Haven Construction Correspondence dated August 3, 1999

552    NERI PCO 2-207-1-C

        - Neri Receiving Ticket #2-207-1-C dated 5/3/00
        - Neri Transmittal dated 5/4/00

553    NERI PCO 013-207-1

        - Neri Job Invoice #NC-013
        - Neri RF2 dated 3/22/99

554    NERI PCO 017-207-1

        - Neri Job Invoice 4/23/99 – 5/3/99
        - Neri Job Invoice 5/4/99 – 5/13/99
        - Neri Job Invoice 5/14/99 – 5/28/99

555    NERI PCO 022-207-1

        - Neri Receiving Ticket #022-207-1 dated 1/3/00

RJT/29497/3/723242v1
05/18/05-HRT/

- Neri Field Sketch dated 1/3/00
- Neri Transmittal dated 1/12/00
- LEA Field Report dated 1/3/00

556    NERI PCO 022-207-1-C

- Neri Receiving Ticket #NC-022-207-1-C dated 1/4/00
- Field Sketch dated 1/4/00
- Neri Transmittal dated 2/16/00

557    NERI PCO 039-207-2B

- Neri Receiving Ticket #NC-039-207-2B dated 3/24/00
- Neri Field Note and Work Order dated 3/24/00

558    NERI PCO 045-207-1

- Neri Receiving Ticket dated 10/27/99
- Neri Transmittal to Elm Haven dated 3/1/00

559    NERI PCO 047-207-1

- Neri Invoice #NC-047-207-1 dated 11/1/99
- Neri Field Note and Work Order dated 11/1/99

560    NERI PCO 051-207

- Neri Receiving Ticket #NC-051-207 dated 11/12/99
- Neri Job Invoice #NC-051
- Neri Transmittal dated 11/29/99

561    NERI PCO 052-207

- Neri Job Invoice #1592
- LEA Daily Field Report dated 11/12/99

562    NERI PCO 055-207-1

RJT/29497/3/723242v1
05/18/05-HRT/

- Neri Receiving Ticket #NC-055-207-1 dated 11/22/99
- Neri Transmittal dated 3/1/00
- Confirmation of Change dated 12/11/99

563    NERI PCO 056-207-1

- Neri Receiving Ticket #NC-056-207-1 dated 11/22/99
- Dispazio Construction Time Equipment & Materials Form dated 12/6/99
- Dispazio Construction Time Materials & Equipment Form dated 12/9/99
- Dispazio Construction Time Materials & Equipment Form dated 12/10/99
- Dispazio Construction Time Materials & Equipment Form dated 12/13/99
- Dispazio Construction Time Materials & Equipment Form dated 12/14/99
- Dispazio Construction Time Materials & Equipment Form dated 12/15/99
- Neri Transmittal dated 3/1/00
- Confirmation of Change dated 12/11/99
- Map of Block B (highlight) *re* Curb install
- _____ Take Off Sheet
- Dispazio Invoice dated 12/16/99
- Hammonassett Construction dated 12/16/99

564    NERI PCO 056-207-4

- Neri Receiving Ticket dated 11/22/99 (1 of 3)
- Neri Receiving Ticket dated 11/22/99 (2 of 3)
- Neri Receiving Ticket dated 11/22/99 (3 of 3)
- Neri Receiving Ticket dated 12/6/99
- Neri Receiving Ticket dated 11/28/99
- Confirmation of Change dated 12/17/99
- Neri Transmittal to Elm Haven dated 3/1/00
*    - Invoices from L. Suzio for period 11/6/99 – 12/23/99

565    NERI PCO 058-207-1

- Neri Receiving Ticket #058-207-1 dated 11/24/99
- Neri Job Invoice dated 11/24/99

RJT/29497/3/723242v1
05/18/05-HRT/

- Confirmation of Change *re* Invoice #NC-058
- Neri Transmittal dated 3/1/00

566    NERI PCO 059-207-1

- Neri Receiving Ticket #059-207-1 dated 11/26/99
- Neri Job Ticket dated 11/26/99
- Neri Receiving Ticket dated 11/27/99
- Neri Job Invoice dated 11/27/99
- Neri Transmittal dated 3/1/00
- Confirmation of Change dated 12/17/99

567    NERI PCO 060-207-1

- Neri Receiving Ticket #NC-060-207-1 dated 12/6/99
- Neri Receiving Ticket #NC-060-207-1 dated 12/7/99
- Neri Receiving Ticket #NC-060-207-1 dated 11/26/99
- Neri Receiving Ticket dated 3/14/00
- Neri Receiving Ticket #NC-060-207-1B dated 3/13/00
- Neri Receiving Ticket #NC-060-207-1 dated 3/10/00
- Confirmation of Change dated 12/17/99
- Neri Transmittal dated 3/1/00
- Neri Field Note and Work Orders dated 12/6/99, 12/7/99,
    11/26/99, 3/14/00, 3/13/00, 3/10/00 and 12/17/99
- LEA Detail dated 11/23/99

568    NERI PCO 061-207-1

- Neri Receiving Ticket #NC-061-207-1 dated 12/6/99
- Neri Job Invoice dated 12/6/99
- Neri Receiving Ticket #NC-061-207-1 dated 12/3/99
- Neri Receiving Ticket #NC-061-207-1 dated 12/9/99
- Neri Receiving Ticket #NC-061-207-1 dated 12/10/99
- Neri Transmittal dated 3/1/00
- Confirmation of Change dated 12/17/99
- Neri Field Notes and Work Orders dated 12/3/99, 12/6/99,

61

12/9/99 and 12/10/99

569    NERI PCO 062-207-1

- Neri Receiving Ticket #NC-062-207-1 dated 12/11/99
- 3/1/00 Neri fax to Elm Haven with Receiving Ticket
- Confirmation of Change dated 12/11/99
- Neri Field Notes and Work Orders 12/12/99 – 12/17/99

570    NERI PCO 063-207

- Neri Receiving Ticket #NC-063-207 dated 12/6/99
- Neri Transmittal dated 3/1/00

571    NERI PCO 063-207-1

- Confirmation of Change – Invoice #NC-063 (207) dated 12/11/99
- Elm Haven letter to Neri *re* Request for Additional
   Compensation dated 2/7/00

572    NERI PCO 064-207

- Neri Receiving Ticket #NC-064-207 dated 12/13/99
- Neri Receiving Ticket #NC-064-207 dated 12/15/99
- Neri Transmittal dated 3/1/00

573    NERI PCO 064-207-1

- Neri Receiving Ticket #NC-064-207-1 dated 12/11/99
- Neri Transmittal dated 3/1/00
- Tilcon Invoice #10968 to Hammonassett Construction dated 12/20/99
- Confirmation of Change dated 12/11/99

574    NERI PCO 065-207-2

- Neri Receiving Ticket #NC-065-207-2 dated 12/13/99

RJT/29497/3/723242v1
05/18/05-HRT/

- Valley Sand & Gravel Invoice #88182
- Valley Sand & Gravel Invoice #88183
- Valley Sand & Gravel Invoice #88184
- Valley Sand & Gravel Invoice #88185
- Valley Sand & Gravel Invoice #88186
- Valley Sand & Gravel Invoice #88187
- Valley Sand & Gravel Invoice #88188
- Neri Receiving Ticket #NC-065-207-2 dated 12/14/99
- Valley Sand & Gravel Invoice #88189
- Valley Sand & Gravel Invoice #88208
- Valley Sand & Gravel Invoice #88209
- Valley Sand & Gravel Invoice #88219
- Valley Sand & Gravel Invoice #88220
- Valley Sand & Gravel Invoice #88232
- Neri Receiving Ticket #NC-065-207-2 dated 12/15/99
- Valley Sand & Gravel Invoice #88317
- Valley Sand & Gravel Invoice #88336
- Valley Sand & Gravel Invoice #88356
- Neri Receiving Ticket #NC-065-207-2 dated 12/16/99
- Valley Sand & Gravel Invoice #88419
- Valley Sand & Gravel Invoice #88429
- Neri Transmittal dated 3/1/00
- Confirmation of Change dated 12/11/99
- Summary Sheet – Invoice #NC-065-207-2

575    NERI PCO 065-207-4

- Neri Receiving Ticket #NC-065-207-4 dated 12/11/99
- Neri Receiving Ticket #NC-065-207-4 dated 12/12/99
- Neri Receiving Ticket #NC-065-207-4 dated 12/18/99
- Neri Transmittal dated 3/1/00
- Schedule re Invoice #065-207-4
- T & S Tracking Ticket 12/11/99, 12/12/99 and 12/18/99

576    NERI PCO 067-207-1

RJT/29497/3/723242v1
05/18/05-HRT/

- Neri Receiving Ticket #NC-067-207-1 dated 12/2/99
- Neri Transmittal dated 3/1/00
- Confirmation of Change dated 12/17/99
-Neri Field Notes and Work Orders dated 12/2/99, 12/7/99, 12/8/99,
    12/9/99, 12/15/99 and 12/16/99

577   NERI PCO 067-207-2

- Neri Receiving Ticket #NC-067-207-2 dated 12/18/99
- Neri Transmittal dated 3/1/00
- Neri Field Notes and Work Orders dated 12/18/99, 12/20/99,
    12/21/99 and 12/22/99
- Murano Invoice dated 12/28/99

578   NERI PCO 068-207-1

- Neri Receiving Ticket #NC-068-207-1 dated 11/16/99
- Neri Transmittal dated 3/1/00
- Confirmation of Change *re* Invoice #NC-068-1
- Neri Field Notes and Work Orders dated 11/16/99, 12/11/99,
    12/13/99, 12/16/99 and 12/17/99

579   NERI PCO 069-207

Neri Receiving Ticket #069-207 dated 4/6/00

580   NERI PCO 069-207-1

- Neri Receiving Ticket #NC-069-207-1 dated 12/19/99
- Valley Sand & Gravel Invoice #88477
- Valley Sand & Gravel Invoice #88448
- Valley Sand & Gravel Invoice #88427
- Valley Sand & Gravel Invoice #88426
- Neri Receiving Ticket #069-207-1 dated 12/17/99
- Valley Sand & Gravel Invoice #88569
- Valley Sand & Gravel Invoice #88585

64

- Valley Sand & Gravel Invoice #88598
- Valley Sand & Gravel Invoice #88609
- Valley Sand & Gravel Invoice #88621
- Valley Sand & Gravel Invoice #88624
- Valley Sand & Gravel Invoice #88638
- Valley Sand & Gravel Invoice #88639
- Valley Sand & Gravel Invoice #88648
- Valley Sand & Gravel Invoice #88653
- Valley Sand & Gravel Invoice #88655
- Neri Receiving Ticket #NC-069-207-1 dated 12/18/99
- Valley Sand & Gravel Invoice #88657
- Valley Sand & Gravel Invoice #88661
- Valley Sand & Gravel Invoice #88672
- Neri Receiving Ticket #NC-069-207-1 dated 12/20/99
- Valley Sand & Gravel Invoice #88679
- Valley Sand & Gravel Invoice #88686
- Valley Sand & Gravel Invoice #88690
- Valley Sand & Gravel Invoice #88701
- Valley Sand & Gravel Invoice #88702
- Valley Sand & Gravel Invoice #88724
- Valley Sand & Gravel Invoice #88752
- Valley Sand & Gravel Invoice #88753
- Valley Sand & Gravel Invoice #88762
- Valley Sand & Gravel Invoice #88765
- Valley Sand & Gravel Invoice #88773
- Valley Sand & Gravel Invoice #88776
- Confirmation of Change dated 12/17/99
- Neri Transmittal dated 3/1/00

581    <u>NERI PCO 070-207</u>

- Neri Receiving Ticket #070-207 dated 12/20/99
- Tilcon Invoice #839927
- Neri Receiving Ticket #070-207 dated 12/21/99
- Tilcon Invoice #839760
- Tilcon Invoice #839995

65

- Tilcon Invoice #840128
- Tilcon Invoice #840214
- Neri Receiving Ticket #NC-070-207 dated 12/22/99
- Tilcon Invoice #840318
- Neri Receiving Ticket #NC-070-207 dated 12/18/99
- Valley Sand & Gravel Invoice #88659
- Valley Sand & Gravel Invoice #88662
- Valley Sand & Gravel Invoice #88669
- Blue Diamond Quarry Invoices (2) #5940 and #5944
- Neri Receiving Ticket #NC-070-207 dated 1/8/00
- Confirmation of Change dated 12/21/99
- Neri Transmittal dated 3/1/00

582    NERI PCO 070-207-1

- Neri Receiving Ticket dated 12/16/99
- Valley Sand & Gravel Ticket #88470
- Valley Sand & Gravel Ticket #88523
- Neri Transmittal dated 3/1/00
- Neri Field Note and Work Order dated 12/16/99

583    NERI PCO 074-207-2-B

- Neri Receiving Ticket #NC-074-207-2-B dated 4/17/00
- Neri Field Note and Work Order dated 4/17/00

584    NERI PCO 076-207-3-C

- Neri Receiving Ticket #NC-076-207-3-C dated 5/18/00
- Neri Field Note and Work Order dated 5/18/00

585    NERI PCO 076-207-6-B

- Neri Receiving Ticket #NC-076-207-6-B dated 5/22/00
- Neri Field Note and Work Order dated 5/22/00

RJT/29497/3/723242v1
05/18/05-HRT/

586    <u>207-115</u>

    - Elm Haven Construction Speed Memo dated 5/23/00
    - Neri Job Invoice dated 5/23/00
    - Neri correspondence dated 4/22/00
    - Neri Receiving Ticket #207-115 dated 5/23/00

587    <u>207-126</u>

    - Neri Receiving Ticket #207-126 dated 5/24/00
    - Neri Field Note dated 5/24/00

588    <u>207-129</u>

    - Neri Receiving Ticket #207-129 dated 6/12/00
    - Neri Job Invoice dated 6/12/00
    - Neri Field Note dated 6/12/00
    - Neri Field Ticket dated 6/12/00
    - Tilcon Invoice #093712 dated 6/12/00
    - Tilcon Invoice #093656 dated 6/12/00
    - Tilcon Invoice #093712 dated 6/12/00

589    <u>207-136</u>

    - Neri correspondence dated 7/17/00
    - Neri Field Calculation Sheet

590    <u>207-138</u>

    - Neri Receiving Ticket #207-138 dated 5/2/00
    - Neri Field Note and Work Order dated 5/2/00

591    <u>207-140</u>

    - Elm Haven Construction transmittal dated 8/18/00
    - Neri correspondence dated 8/28/00

RJT/29497/3/723242v1
05/18/05-HRT/

Standard

592   <u>207-146</u>

  - Neri Receiving Ticket dated 11/27/00

593   <u>010-204</u>

  - Neri Invoice dated March 30, 1999
  - Neri Field Note dated March 29, 1999

594   <u>013-204-1</u>

  - Neri Invoice No. 1677
  - Neri Field Note dated May 19, 1999
  - Neri RFI dated March 24, 1999
  - Neri correspondence dated August 2, 1999
  - Neri correspondence dated July 29, 1999
  - Neri correspondence dated July 16, 1999

595   <u>015-204</u>

  - Elm Haven Memo dated March 31, 1999
  - Elm Haven Correspondence dated May 5, 1999
  - Neri Receiving Ticket dated June 26, 1999

596   <u>015</u>

  - Neri Receiving Ticket # H6-39 dated March 24, 1999
  - Neri undated Field Drawing

597   <u>16-204-g</u>

  - Elm Haven Memo dated March 31, 1999
  - Neri Receiving Ticket dated June 26, 1999

68

598    <u>017-204-1</u>

- Neri Receiving Ticket dated 3/26/99
- Neri Job Invoice dated 4/23/99 – 5/3/99
- Neri Job Invoice dated 5/4/99 – 5/13/99
- Neri Job Invoice dated 5/14/99 – 5/28/99
- Neri Job Invoice dated 4/26/99
- Neri Job Invoice dated 6/11/99
- Neri Job Invoice dated 6/23/99
- Neri Job Invoice dated 6/24/99
- Neri Job Invoice dated 6/25/99
- Neri Job Invoice dated 6/29/99
- Neri Job Invoice dated 6/30/00
- Neri Job Invoice dated 7/6/99
- Neri Job Invoice dated 7/8/99
- Neri Job Invoice dated 9/1/99
- Neri Job Invoice dated 6/28/99

599    <u>019-204-1</u>

- Neri Field Notes dated 4/19/99, 4/20/99, 4/21/99, 5/7/99, 5/11/99,
  5/13/99, 5/19/99, 6/2/99, 6/3/99 and 6/10/99
- Neri Receiving Ticket #NC-019

600    <u>019-204-1-g</u>

- Neri correspondence dated May 5, 2000
- LEA Daily Reports dated May 5, 2000
- Elm Haven Letter dated May 11, 2000

601    <u>019-204-2-g</u>

- Neri correspondence dated May 5, 2000
- Neri Field Drawing dated May 5, 2000
- Neri Field Drawing dated April 28, 2000
- LEA Daily Report dated April 28, 2000

RJT/29497/3/723242v1
05/18/05-HRT/

- LEA Daily Report dated May 5, 2000

602     023-204-1

- Neri correspondence dated April 29, 1999
- AIA Construction Change Directive dated April 29, 1999
- Neri Invoice dated May 5, 1999
- Neri Invoice  dated May 18, 1999

603     028-204-1-g

- Elm Haven Construction Directive dated January 11, 2000
- Elm Haven Construction Directive dated April 24, 2000
- Neri Receiving Ticket dated 1/5/00
- Neri Receiving Ticket dated 1/6/00
- Neri Field Drawing dated 1/5/00
- Neri Receiving Ticket dated 1/6/00
- Neri Receiving Ticket dated 1/10/00
- Neri Receiving Ticket dated 1/11/00
- Neri Receiving Ticket dated 1/12/00
- Neri Receiving Ticket dated 1/13/00
- Neri Receiving Ticket dated 1/14/00
- Neri Receiving Ticket dated 1/19/00
- Neri Receiving Ticket dated 1/20/00
- Neri Receiving Ticket dated 1/21/00
- Neri Receiving Ticket dated 1/24/00
- Neri Receiving Ticket dated 1/26/00
- Neri Receiving Ticket dated 1/27/00
- Neri Receiving Ticket dated 1/28/00
- Neri Receiving Ticket dated 1/31/00
- Neri Receiving Ticket dated 2/1/00
- Neri Receiving Ticket dated 2/2/00
- Neri Receiving Ticket dated 2/3/00
- Neri Receiving Ticket dated 3/2/00
- Neri Receiving Ticket dated 3/14/00
- Neri Receiving Ticket dated 3/15/00

RJT/29497/3/723242v1
05/18/05-HRT/

- Neri Receiving Ticket dated 3/16/00
- Neri Receiving Ticket dated 4/26/00
- Neri Receiving Ticket dated 4/27/00
- Neri Receiving Ticket dated 4/28/00
- Neri Receiving Ticket dated 4/29/00

604    030-204-1

- Elm Haven Change Order #204-13

605    045-204-1

- Neri Receiving Ticket dated 10/27/99
- Neri Transmittal dated March 1, 2000

606    046-204-1

- Neri Transmittal dated September 30, 1999

607    075-204-1-E

- Neri Receiving Ticket dated 3/5/00
- Neri Receiving Ticket dated 3/4/00
- Neri Receiving Ticket dated 3/3/00
- Neri Receiving Ticket dated 3/2/00
- Neri Receiving Ticket dated 3/6/00
- Neri Receiving Ticket dated 3/7/00
- Neri Receiving Ticket dated 3/8/00
- Neri Receiving Ticket dated 3/9/00
- Field Memo dated 3/7/00

608    204-056

- Neri Receiving Ticket dated 5/19/00
- Neri Field Drawing dated 5/19/00

RJT/29497/3/723242v1
05/18/05-HRT/

609    <u>204-057</u>

　　　- Neri Receiving Ticket dated 5/22/00
　　　- Neri Field Note dated 5/22/00

610    <u>204-078</u>

　　　- Neri Correspondence dated July 17, 2000
　　　- Neri Field Note dated July 17, 2000
　　　- Field Sketch dated July 17, 2000

611    <u>204-087</u>

　　　- Neri Correspondence dated July 28, 2000

612    <u>204-130</u>

　　　- Neri Field Note dated 10/25/00
　　　- Neri Field Note dated 10/26/00
　　　- Neri Field Note dated 10/27/00
　　　- Neri Field Note dated 10/30/00
　　　- Neri Field Note dated 10/31/00
　　　- Neri Field Note dated 11/1/00
　　　- Neri Field Note dated 11/2/00
　　　- Neri Field Note dated 11/3/00
　　　- Neri Field Note dated 11/4/00
　　　- Neri Field Note dated 11/8/00
　　　- Neri Field Note dated 11/16/00
　　　- Neri Field Note dated 11/17/00
　　　- RFI dated 10/25/00
　　　- Blades & Gaven #S-9-5 dated 10/26/00
　　　- Elm Haven Letter dated 10/25/00
　　　- Elm Haven Transmittal dated 10/27/00
　　　- Elm Haven Memo dated 11/6/00
　　　- Field Sketch dated 11/3/00

RJT/29497/3/723242v1
05/18/05-HRT/

613   <u>204-131</u>

- Neri Letter dated 11/22/00
- Field Valuation Sheet dated 11/17/00
- Field Note dated 11/17/00
- Field Sketches
- Field Note dated 11/3/00

614   <u>204-134</u>

- Neri Receiving Ticket dated 11/27/00
- Neri Receiving Ticket dated 12/1/00
- 3 Truck Tickets dated 11/27/00
- 2 Truck Tickets dated 12/1/00
- Field Sketch undated

615   <u>204-135</u>

- Neri Receiving Ticket dated 11/22/00
- Neri Field Notes dated 11/27/00 and 11/28/00
- Elm Haven Letter dated 11/8/00

616   <u>204-139</u>

- Neri Receiving Ticket dated 11/22/00
- Neri Field Notes dated 11/28/00 and 11/29/00
- 3 Truck Tickets dated 11/29/00
- 1 Truck Ticket dated 12/1/00

617   Photographs  -  12/28/98

618   Photographs  -  1/26/99

619   Photographs  -  5/26/00

620   Photographs  -  11/24/00

RJT/29497/3/723242v1
05/18/05-HRT/

621    Photographs - 12/27/00

622    Photographs - 10/25/00

623    Photographs - 10/9/00

12 A.  Deposition Testimony (Plaintiff).  Elm Haven does not anticipate that it will use deposition testimony of witnesses at trial.

12 B.  Deposition Testimony (Defendant).  To the extent that a witness is unavailable Defendant anticipates introducing deposition testimony.  At this point, the only deposition testimony could be that from Ivan Carlson.

13.    Requests for Jury Instructions.  This is a court case.

14 A.  Anticipated Evidentiary Problems (Plaintiff).  At this time, Elm Haven does not anticipate any evidentiary problems.

14 B.  Anticipated Evidentiary Problems (Defendant).  Defendant does not necessarily anticipate any evidentiary problems.  The extent, however, that a witness is proferred by Plaintiff to provide what would amount to being expert testimony, Defendant would object because there was no expert disclosure.  Defendant reserves its rights with regard to any evidentiary issues that might arise.

15.    Proposed Findings and Conclusions.  Per the Bench Trial Order, the parties have not proposed any findings or conclusions at this time.

74

16.    <u>Trial Time</u>.  Per the Bench Trial Order, seven days, from June 6 through June 10 and June 13 and 14, 2005.

17.    <u>Further Proceedings Prior to Trial</u>.  None.

18.    <u>Election for Trial by Magistrate</u>.  This case will be tried by United States Magistrate Judge William I. Garfinkel.

RJT/29497/3/723242v1
05/18/05-HRT/

PLAINTIFF
ELM HAVEN CONSTRUCTION, L.P.

Thomas G. Librizzi
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT  06103-4302
(860) 522-5175
Fed. Bar Code CT04647

DEFENDANT
NERI CONSTRUCTION LLC

John J. O'Brien, Jr.
Law Offices of Peck & O'Brien, P.C.
433 Silas Deane Highway
Wethersfield, CT  06109-2115
(860) 563-5500
Fed. Bar Code CT 04856

RJT/29497/3/723242v1
05/18/05-HRT/