# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Elm Haven Construction

v.

NERI Construction, LLC

**APPEARANCE**

CASE NUMBER: 3:01-cv-01-307 (WIG)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

~~Elm Haven Construction~~
NERI Construction, LLC

---
6/6/5
**Date**

21562
**Connecticut Federal Bar Number**

860 563-5500 ext 108
**Telephone Number**

860 563-5520
**Fax Number**

bstats@mpolaw.com
**E-mail address**

*[Signature]*
**Signature**

Benjamin T. Staskiewicz
**Print Clearly or Type Name**

433 Silas Deane Highway
**Address**

Wethersfield CT 06109

FILED 2005 JUN -6 A 9:47 U.S. DISTRICT COURT BRIDGEPORT, CONN

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Hand delivered on 6/6/5

*[Signature]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24