## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### BRIDGEPORT

Elm Haven Construction Limited Partnership,
    Plaintiff,

**APPEARANCE**

V.

**CASE NUMBER:** 301 CV 1307 (WIG)

Neri Construction, LLC, et al.,
    Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

    Elm Haven Construction Limited Partnership and
    American Casualty Co. of Reading, PA

_____      /s/ Richard Twilley
September 7, 2005      **Signature**
**Date**

ct26736      Richard Twilley
**Connecticut Federal Bar Number**      **Print Clearly or Type Name**

(860) 522-5175      225 Asylum Street
**Telephone Number**      **Address**

(860) 522-2796      Hartford, Connecticut 06103-4302
**Fax Number**

rtwilley@pepehazard.com
**E-mail address**

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached certification.

/s/ Richard Twilley
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

RJT/29497/3/739088v1

## CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing was mailed via first class mail, postage prepaid, this 7th day of September, 2005, to:

**COUNSEL FOR NERI CONSTRUCTION LLC:**
Attorney John J. O'Brien, Jr.
Law Offices of Peck & O'Brien
433 Silas Deane Highway
Wethersfield, CT 06109

Attorney Edward L. Marcus
Attorney David S. Doyle
Marcus Law Firm
111 Whitney Avenue
New Haven, Connecticut 06510

Attorney Edwin L. Doernberger
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, Connecticut 06517

_____
Richard Twilley