# United States District Court

DISTRICT OF _____

Elm Haven v. Neri Const. LLC, et al

**Marked** EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 3:01CV1307(WIG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm. Garfinkel | Thomas G. Librizzi | John O'Brien |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10-5 | M. Cornette | C. Sanders |

| PLF NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 673 | | 10/5 | 10/5 | Application + Certification for Payment 7-20-01   J.F. |
| | 674 | | 10/5 | 10/5 | " " " 8-20-01   J.F. |
| | 675 | | 10/5 | | " " " 9-20-01 |
| | 676 | | 10/5 | 10/5 | Letter dated 2-7-01   J.F. |
| | 677 | | 10/5 | 10/5 | Letter dated 5-11-00   J.F. |
| 491 | | | 10/5 | 10/5 | Drawing (sketch by John Ford)   J.F. |
| | 678 | | 10/5 | 10/5 | Copy of Unit Prices Agreed Too + Fax to Ford   C.N. |
| | 679 | | 10/5 | 10/5 | Document confirming numbers (prices)   C.N. |
| | 680 | | 10/5 | | Document |
| | 681 | | 10/5 | 10/5 | Document on Confirmation of Changes From Neri   C.N. |
| | 682 | | 10/5 | 10/5 | Field Notes (Work Order)   V.N. |
| | 683 | | 10/5 | 10/5 | Invoice 10-14-99   V.N. |
| | 684 | | 10/5 | 10/5 | " 10-22-99   V.N. |
| | 685 | | 10/5 | 10/5 | Letter 8-10-00 from Mr. Ford   V.N. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___ Pages

# United States District Court

**DISTRICT OF** _____

Elm Haven
v.
Neri Const. LLC, et al

**Marked EXHIBIT ~~AND WITNESS~~ LIST**

CASE NUMBER: 3:01 CV 1307 (WIG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm. Garfinkel | Thomas G. Librizzi | John O'Brien |
| **TRIAL DATE(S)** 9-23-05 – 10-4,5-05 | **COURT REPORTER** M. Cornetta | **COURTROOM DEPUTY** C. Sanders |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 667 | | 9/23 | 9/23 | Requisition from Sweeney  L.C. |
| | 668 | | 9/23 | 9/23 | Letter dated 10-7-99 from Neri  L.C. |
| | 669 | | 9/23 | 9/23 | " " 8-19-99 from Douglas Day  L.C. |
| 475 | | | 10/4 | 10/4 | Elm Haven's Superintendent Reports Block G  J.F. |
| 476 | | | 10/4 | 10/4 | Meeting Mins held on 5-10-01  J.F. |
| 477 | | | 10/4 | 10/4 | Drawing of Granite Curbing  J.F. |
| 478 | | | 10/4 | 10/4 | Summary of Block G Analysis  J.F. |
| 479 | | | 10/4 | 10/4 | Block G Underground Conduit Summary  J.F. |
| 480 | | | 10/4 | 10/4 | Worksheets "For Settlement Purposes only"  J.F. |
| 481 | | | 10/4 | 10/4 | Summary re Stone + Fabric @ Sewers  J.F. |
| 482 | | | 10/4 | 10/4 | Drawing  J.F. |
| 483 | | | 10/4 | 10/4 | Calculation by John Ford  J.F. |
| 484 | | | 10/4 | 10/4 | Drawing L-13  J.F. |
| 485 | | | 10/4 | 10/4 | Sketch re SSR 3  J.F. |
| 486 | | | 10/5 | 10/5 | Letter dated 5-7-01  L.J. |
| 487 | | | 10/5 | 10/5 | " " 4-2-01  L.J. |
| 488 | | | 10/5 | 10/5 | " " 4-13-01  L.J. |
| 489 | | | 10/5 | 10/5 | " " 4-18-01  L.J. |
| 490 | | | 10/5 | 10/5 | " " 6-28-01  L.J. |
| | 670 | | 10/5 | 10/5 | Daily Progress Report  J.F. |
| | 671 | | 10/5 | 10/5 | Application & Certification for Payment  J.F. 4-20-01 |
| | 672 | | 10/5 | 10/5 | " " " " 6-20-01  J.F. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ____ Pages

# United States District Court

**DISTRICT OF** Marked

Elm Haven
v.
Neri Const. LLC, et al

**EXHIBIT** ~~AND WITNESS~~ **LIST**

CASE NUMBER: 3:01 CV 1307 (WIG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm. Garfinkel | Thomas M. Libruzzi | John O'Brien |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 9-12, 13, 22, 23 next pg. | M. Cornette | C. Sanders |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 464 | | | 9/12 | 9/12 | Correspondence from Lorraine Beckwith dated 5-28-99  V.N. |
| | 653 | | 9/13 | 9/13 | Scheduled Townhouse 2  C.N. |
| | 654 | | 9/13 | 9/13 | Scheduled " 3  C.N. |
| | 655A | | 9/13 | 9/13 | Scheduled " 1  C.N. |
| | 660 | | 9/13 | 9/13 | Claim Contract Summary  K.N. |
| | 661 | | 9/22 | 9/22 | Payment Bond |
| | 662 | | 9/22 | 9/22 | Letter from Ms Beckwith  I.C. |
| | 663 | | 9/22 | 9/22 | Copy of First Page of exhibit 561  I.C. |
| | 664 | | 9/23 | 9/23 | Fax dated 12-10-99 from Carl Neri  J.C. |
| | 664 | | 9/23 | 9/23 | Fax Transmission Verification Report (2 pages) J.C. |
| 465 | | | 9/23 | 9/23 | Letter dated 3-27-00 from Lorraine Beckwith  L.C. |
| 466 | | | 9/23 | 9/23 | Letter  "  9-20-99   "    "  L.C. |
| 467 | | | 9/23 | 9/23 | Letter  "  10-10-99  "    "  L.C. |
| 468 | | | 9/23 | 9/23 | Memo   "  1-21-00   "    "  L.C. |
| 469 | | | 9/23 | 9/23 | Fax to Steve Simoncini dated 7-21-99  L.C. |
| 470 | | | 9/23 | 9/23 |  "   "   "   Re-Fax  L.C. |
| 471 | | | 9/23 | 9/23 | Request for Change Orders dated 4-24-00  L.C. |
| 472 | | | 9/23 | 9/23 | Explanation of "Denial" of Change Order  L.C. |
| 473 | | | 9/23 | 9/23 | Letter dated 11-10-99 from Lorraine Beckwith  L.C. |
| 474 | | | 9/23 | 9/23 | Schedule "City Street"  L.C. |
| | 665 | | 9/23 | 9/23 | Letter dated 8-10-99 from Lorraine Beckwith  L.C. |
| | 666 | | 9/23 | 9/23 | Letter dated 12-17-99 from Neri  L.C. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ____ Pages

# United States District Court

DISTRICT OF _____

Elm Haven Const. L.P.
v.
Neri Const. LLC, et al

Marked EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 3:01 CV 1307 (WIG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm. Garfinkel | Thomas G. Librizzi | John O'Brien + Benjamin Staskiewicz |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6-28-2005 | M. Corriette | C. Sanders |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 450 | | | 6/28 | 6/28 | 5 Letters Re Requests for Change Orders     V.N. |
| 451 | | | 6/28 | 6/28 | Letter dated 5-26-00 re Requests for Change Orders    V.N. |
| 452 | | | 6/28 | 6/28 | "    "    "    "    "    V.N. |
| 453 | | | 6/28 | 6/28 | 3 Letters dated 5-30-00 re Requests for Change Order    V.N. |
| 454 | | | 6/28 | 6/28 | 4 Letters re Requests for Change Orders    V.N. |
| 455 | | | 6/28 | 6/28 | Letter dated 1-22-01 re United Concrete Prod Invoices    V.N. |
| 456 | | | 6/28 | 6/28 | 2 Letters re Requests for Change Order    V.N. |
| 457 | | | 6/28 | 6/28 | Letter dated 5-26-00 re Request for Change Order    V.N. |
| 458 | | | 6/28 | 6/28 | Letter dated 5-26-00 re Request for Change Order    V.N. |
| 459 | | | 6/28 | 6/28 | Letter dated 8-3-00 re Block G Grade revisions    V.N. |
| 460 | | | 6/28 | 6/28 | Request for Information    V.N. |
| 461 | | | 6/28 | 6/28 | Letter dated 11-6-00    V.N. |
| 462 | | | 6/28 | 6/28 | Memo to John Ford from Mr. Kreastman    V.N. |
| 463 | | | 6/28 | 6/28 | Letter dated 11-17-00 to Mr. Neri from John Ford    V.N. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___ Pages

# United States District Court

DISTRICT OF _____

Elm Haven Const. L.P.
v.
Neri Const, LLC, et al

**Marked** EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 3:01CV1307(WIG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm Garfinkel | Thomas G. Librizzi | John O'Brien + Benjamin Staskiewicz |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6, 9-10-13-14-15-17-24, 2005 | M. Cornette | C. Sanders |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| | 646 | | 6/13 | 6/13 | Invitation To Bid From Elm Haven | S.S. |
| | 647 | | 6/13 | 6/13 | Schedule of Values | S.S. |
| | 648 | | 6/13 | 6/13 | Proposal | S.S. |
| | 649 | | 6/13 | 6/13 | Cost To Complete Schedule | S.S. |
| 437 | | | 6/13 | 6/13 | Transmittal From Ms. Beckwith dated 10-19-98 | S.S. |
| 438 | | | 6/13 | 6/13 | Proposal dated 11-16-98 | S.S. |
| 439 | | | 6/13 | 6/13 | Revised Proposal dated 11-17-98 | S.S. |
| 440 | | | 6/13 | 6/13 | Adjustment to Proposal dated 12-19-98 | S.S. |
| | 655 | | 6/15 | 6/15 | Letter | V.N. |
| | 659 | | 6/15 | 6/15 | letter, 6/5/2000, Rosetti to Ford re control points | V.N. |
| | 650 | | 6/17 | 6/17 | Field Notes from V.N. | V.N. |
| | 651 | | 6/17 | 6/17 | May 17, 2000 Notice letter | V.N. |
| | 652 | | 6/17 | 6/17 | field memo/release | V.N. |
| 441 | | | 6/17 | 6/17 | memo from EH to Neri, 6.22.99 | V.N. |
| 442 | | | 6/17 | 6/17 | Letter from EH 11.31.00 "Requests for Additional Compensation" | V.N. |
| 443 | | | 6/24 | 6/24 | Letter from Elm to Neri 4/24/00 | V.N. |
| 444 | | | 6/24 | 6/24 | Letter from Elm to Neri 8/10/00 | V.N. |
| 445 | | | 6/24 | 6/24 | Letter from Elm to Neri 5/26/00 | V.N. |
| 446 | | | 6/24 | 6/24 | Letter from Elm to Neri 5/30/00 | V.N. |
| 447 | | | 6/24 | 6/24 | Letter from Elm to Neri 5/30/00 | V.N. |
| 448 | | | 6/24 | 6/24 | Letter to Neri Construction dated 6/29/99 | V.N. |
| 449 | | | 6/24 | 6/24 | letter to Neri Construction dated 4/24/00 | V.N. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ____ Pages

# United States District Court

**DISTRICT OF** ———

Elm Haven Const. L.P.
v.
Neri Const. LLC, et al

**Marked EXHIBIT ~~AND WITNESS~~ LIST**

CASE NUMBER: 3:01CV1307(WIG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm. Garfinkel | Thomas G. Librizzi | John J. O'Brien + Benjamin Stackiewicz |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6-9-10-2005 | S. Baldwin + Ma Corriette | C. Sanders |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 624 | | 6/9 | 6/9 | Meeting Minutes dated 3-24    J.F. |
| | 625 | | 6/9 | 6/9 | E-mail Received by John Ford from Mr. McGuire dated 5-3-00    J.F. |
| | 626 | | 6/9 | 6/9 | Letter Prepared by John Ford to Mr. McGuire re response to 5-3-00    J.F. |
| | 627 | | 6/9 | 6/9 | Notes taken by John Ford    J.F. |
| | 628 | | 6/9 | 6/9 | Letter from Elm Haven    J.F. |
| | 629 | | 6/9 | 6/9 | Drawing by John Ford    J.F. |
| | 630 | | 6/9 | 6/9 | Letter Receive from Neri to John Ford    J.F. |
| | 631 | | 6/9 | 6/9 | Letter dated 4-16    J.F. |
| | 632 | | 6/9 | 6/9 | Request for information from Elm Haven "John Ford"    J.F. |
| | 633 | | 6/9 | 6/9 | Multiple documents (letters)    J.F.  w/ ano' |
| | 634 | | 6/10 | 6/10 | Multiple Drawings to include Ex 5 Attach B. 1+2    J.F.   6/17/05 V.N. by def. |
| | 635 | | 6/10 | 6/10 | Document Ref Empire Subcontract Attached    J.F. |
| | 636 | | 6/10 | 6/10 | Letter dated 6-10-00 from Neri    J.F. |
| | 637 | | 6/10 | 6/10 | Letter from John Ford    J.F. |
| | 638 | | 6/10 | 6/10 | Letter dated 6-13-00 from John Ford    J.F. |
| | 639 | | 6/10 | 6/10 | Letter " 10-17-00 from Neri    J.F. |
| | 640 | | 6/10 | 6/10 | Letter " 10-23-00 from Mr. Roziette    J.F. |
| | 641 | | 6/10 | 6/10 | Letter Fax " 10-24-00 from John Ford    J.F. |
| | 642 | | 6/10 | 6/10 | Letter " 10-24-00    J.F. |
| | 643 | | 6/10 | 6/10 | Field Memorandum dated 10-25-00    J.F. |
| | 644 | | 6/10 | 6/10 | Application For Payment 27    J.F. |
| | 645 | | 6/10 | 6/10 | Application For Payment ~~Period~~ 22    J.F. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___ Pages