*Plaintiff's Exhibit List*

### AMENDED EXHIBIT LIST
### BRIDGEPORT, CONNECTICUT MAGISTRATE COURTROOM
### JUDGE GARFINKEL
### DOCKET # 3:01-CV-01307-WIG

*ELM HAVEN CONSTRUCTION, LP V. NERI CONSTRUCTION, LLC*

| Ex. No. | DATE | FROM | TO | DESCRIPTION |
|---|---|---|---|---|
| | | | | |

**Elm Haven Construction Limited Partnership / Neri Construction LLC - Subcontract**

| Ex. No. | DATE | FROM | TO | DESCRIPTION |
|---|---|---|---|---|
| 1 | 03/05/99 03/18/99 | EHC | Neri | Subcontract with, J.F. Attachments A thru F 6.17.05 V.N. *cross by Plaintiff* |
| 2 | | | | Addendums 1 thru 4 J.F. |
| 3 | | EHC | Neri | Specifications: Volume I, J.F. Volume II V.N (cross by P) 6.17.05 |
| 4 | | EHC | Neri | Subcontract Geotechnical Reports J.F. |
| 5 | | EHC | Neri | Subcontract Drawings (*XL Exhibit*) J.F. |
| 6 | | EHC | | Elm Haven Unit Address Plan (with added text) (*XL Exhibit*) |
| 7 | | EHC | | Elm Haven Unit Address Plan (with added text & color coding) (*XL Exhibit*) J.F. |

Handwritten left margin notes: Full 6-6 (rows 1,2); Full 6-6 (row 3); Full 6-6, Full 6-6 (rows 4,5); Full 6-6 (row 7)

**Owner Contracts**

| Ex. No. | DATE | FROM | TO | DESCRIPTION |
|---|---|---|---|---|
| 8 | | | | Owner/EHC Contract |
| 9 | | | | Owner/Architect Contract |
| ~~10~~ | - | - | - | ~~Owner/Landscape Architect Contract~~ |
| 11 | | · · | | Owner/Engineer Contract |
| ~~12~~ | - | - | - | ~~Owner/City of New Haven Development Agreement~~ |

**Elm Haven/Neri Project Correspondence and Schedules**

| Ex. No. | DATE | FROM | TO | DESCRIPTION |
|---|---|---|---|---|
| 13 | 22-Jun-99 | EHC | Neri | FAX |
| 14 | 15-Sep-99 | | | Schedule |
| 15 | 15-Mar-00 | EHC | Neri | Letter |
| 16 | 15-Mar-00 | Neri | EHC | FAX |
| 17 | 27-Mar-00 | EHC | Neri | Letter |
| 18 | 12-Apr-00 | EHC | Neri | Letter *of 2000* J.F. |
| 19 | 13-Apr-00 | EHC | Neri | Letter |

Handwritten left margin note: Full-6-6 (row 18)

RJT/29497/3/727579v1
06/02/05-HRT/

| | | | | |
|---|---|---|---|---|
| 20 | 18-Apr-00 | | | Schedule |
| 21 | 19-Apr-00 | EHC | Neri | FAX |
| 22 | 19-Apr-00 | EHC | Neri | FAX |
| 23 | 26-Apr-00 | EHC | Neri | Letter |
| 24 | 29-Apr-00 | EHC | Neri | FAX |
| 25 | 12-May-00 | EHC | Neri | Letter |
| 26 | 16-May-00 | EHC | Neri | Letter |
| 27 | 16-May-00 | EHC | Neri | Letter |
| 28 | 16-May-00 | EHC | Neri | Letter |
| 29 | 16-May-00 | EHC | Neri | Letter |
| 30 | 18-May-00 | EHC | Neri | Letter    J.F. |
| 31 | 19-May-00 | EHC | Neri | Letter    J.F. |
| 32 | 22-May-00 | EHC | Neri | Letter |
| 33 | 23-May-00 | EHC | Neri | Letter |
| 34 | 23-May-00 | EHC | Neri | Letter |
| 35 | 26-May-00 | EHC | Neri | Letter |
| 36 | 26-May-00 | Neri | EHC | Letter |
| 37 | 31-May-00 | EHC | Neri | Letter |
| 38 | 1-Jun-00 | EHC | Neri | Letter |
| 39 | 1-Jun-00 | EHC | Neri | Letter |
| 40 | 1-Jun-00 | EHC | Neri | Letter |
| 41 | 2-Jun-00 | EHC | Neri | Letter |
| 42 | 5-Jun-00 | EHC | Neri | Letter |
| 43 | 6-Jun-00 | Neri | EHC | Letter    J.F. |
| 44 | 8-Jun-00 | Neri | EHC | Letter |
| 45 | 8-Jun-00 | EHC | USF&G | Letter |
| 46 | 8-Jun-00 | EHC | | Notes |
| 47 | 9-Jun-00 | EHC | Neri | Letter |
| 48 | 12-Jun-00 | EHC | Neri | Letter |
| 49 | 14-Jun-00 | EHC | | Note to File |
| 50 | 15-Jun-00 | EHC | Neri | Letter |
| 51 | 15-Jun-00 | EHC | Neri | Letter |

Handwritten annotations in left margin:
- Full 6-6 (next to row 30)
- Full 6-6 (next to row 31)
- Full 6-6 (next to row 43)

| | | | | |
|---|---|---|---|---|
| 52 | 16-Jun-00 | EHC | Neri | Letter |
| 53 | 16-Jun-00 | EHC | Neri | Letter |
| 54 | 21-Jun-00 | EHC | Neri | Letter |
| 55 | 26-Jun-00 | EHC | Neri | Letter |
| 56 | 1-Aug-00 | EHC | Neri | Letter |
| 57 | 8-Aug-00 | EHC | Neri | Letter |
| 58 | 14-Aug-00 | EHC | Neri | Letter |
| 59 | 13-Sep-00 | EHC | Neri | Draft Letter |
| 60 | 13-Sep-00 | EHC | Neri | Punch List |
| 61 | 14-Sep-00 | Neri | EHC | Schedule    *J.F.* |
| 62 | 14-Sep-00 | EHC | Neri | EHC's graphic depiction of  Neri's 9/14/00 *J.F.* Schedule |
| 63 | 25-Sep-00 | EHC | Neri | Letter    *J.F.* |
| 64 | 22-Sep-00 | EHC | Neri | Letter |
| 65 | 22-Sep-00 | EHC | Neri | Letter |
| 66 | 22-Sep-00 | EHC | Neri | Letter |
| 67 | 22-Sep-00 | EHC | Neri | Letter    *J.F.* |
| 68 | 22-Sep-00 | EHC | Neri | Letter    *J.F.* |
| 69 | 25-Sep-00 | EHC | Neri | Letter    *J.F.* |
| 70 | 26-Sep-00 | EHC | Neri | Letter    *J.F.* |
| 71 | 27-Sep-00 | EHC | Neri | Letter |
| 72 | 3-Oct-00 | EHC | Neri | . Letter |
| 73 | 4-Oct-00 | Neri | EHC | Letter |
| 74 | 4-Oct-00 | EHC | Neri | Letter |
| 75 | 5-Oct-00 | EHC | Neri | Letter |
| 76 | 6-Oct-00 | EHC | Neri | Letter    *J.F.* |
| 77 | 6-Oct-00 | EHC | Neri | Letter |
| 78 | 6-Oct-00 | EHC | Neri | Letter |
| ~~79~~ | ~~10-Oct-00~~ | | | ~~Murano Letter~~ |
| 80 | 11-Oct-00 | Waters | EHC | Contract    *J.F.* |
| 81 | 11-Oct-00 | EHC | Neri | Letter |
| 82 | 11-Oct-00 | EHC | Neri | Letter    *J.F.* |
| 83 | 11-Oct-00 | EHC | Neri | Letter |

Handwritten annotations in left margin: *Full 6-6* (61), *Full 6-6* (62), *Full 6-6* (63), *Full 6-6* (67), *Full 6-6* (68), *Full 6-6* (69), *Full 6-6* (70), *Full 6-6* (76), *Full 6-6* (80), *Full 10-4* (82)

Handwritten at bottom: *Full 6-6  76a – Quotation received from Neri   - J.F.*

| | | | | |
|---|---|---|---|---|
| 84 | 11-Oct-00 | EHC | Neri | Letter |
| 85 | 12-Oct-00 | EHC | Neri | Letter |
| 86 | 12-Oct-00 | EHC | Neri | Letter    J.F. |
| 87 | 12-Oct-00 | EHC | | Meeting Minutes |
| 88 | 13-Oct-00 | EHC | Neri | Letter    J.F. |
| 89 | 13-Oct-00 | EHC | Neri | Letter |
| 90 | 13-Oct-00 | EHC | Neri | Letter |
| 91 | 13-Oct-00 | EHC | Neri | Letter |
| 92 | 13-Oct-00 | EHC | Neri | Letter |
| 93 | 13-Oct-00 | EHC | Neri | Letter |
| 94 | 16-Oct-00 | EHC | Neri | Letter |
| 95 | 16-Oct-00 | EHC | Neri | Letter |
| 96 | 16-Oct-00 | EHC | Neri | Letter |
| 97 | 17-Oct-00 | EHC | Neri | Letter |
| 98 | 17-Oct-00 | EHC | Neri | Letter |
| 99 | 19-Oct-00 | EHC | Neri | Letter |
| 100 | 1-Nov-00 | EHC | Neri | Letter |
| 101 | 2-Nov-00 | EHC | Neri | Meeting Minutes    J.F. |
| 102 | 6-Nov-00 | EHC | Neri | Letter    J.F. |
| 103 | 6-Nov-00 | EHC | Neri | Letter |
| 104 | 6-Nov-00 | EHC | Neri | Letter |
| 105 | 6-Nov-00 | EHC | Neri | Letter |
| 106 | 6-Nov-00 | EHC | Neri | Letter |
| 107 | 6-Nov-00 | EHC | Neri | Letter |
| 108 | 6-Nov-00 | EHC | Neri | Letter |
| 109 | 6-Nov-00 | EHC | Neri | Letter |
| 110 | 6-Nov-00 | EHC | Neri | Letter |
| 111 | 6-Nov-00 | EHC | Neri | Letter |
| 112 | 17-Nov-00 | EHC | Neri | Letter |
| 113 | 15-Jan-01 | Neri | EHC | Letter |
| 114 | 18-Jan-01 | EHC | Neri | Letter    J.F. |
| 115 | 18-Jan-01 | EHC | Neri | Letter |

Handwritten margin notes (left): Full 6-6, Full 6-6, Full 6-6, Full 6-7, Full 6-6, Full 6-7

Handwritten margin notes (right, row 101): 6.17.05 V.N. Cross by P

| | | | | |
|---|---|---|---|---|
| 116 | 18-Jan-01 | EHC | Neri | An Attachment to EHC's January 18, 2001 letter to Neri |
| 117 | 18-Jan-01 | EHC | USF&G | Letter |
| 118 | 22-Jan-01 | EHC | Neri | Letter |
| 119 | 24-Jan-01 | EHC | Neri | Letter |
| 120 | 24-Jan-01 | EHC | Neri | Letter |
| 121 | 7-Feb-01 | EHC | Neri | Letter |
| 122 | 9-Feb-01 | EHC | USF&G | Letter |
| 123 | 15-Feb-00 | City | Neri | Excavation Permit |
| 124 | 22-Feb-01 | | | *Murano Letter* |
| 125 | 2-Mar-01 | EHC | Neri | Letter |
| 126 | 7-Mar-01 | Neri | CNA | Letter |
| 127 | 12-Mar-01 | EHC | Neri | Letter    J.F. |
| 128 | 13-Mar-01 | Neri | EHC | Letter |
| 129 | 14-Mar-01 | EHC | USF&G | Letter |
| 130 | 15-Mar-01 | EHC | Neri | Letter    J.F. |
| 131 | 16-Mar-01 | EHC | Neri | Letter    J.F. |
| 132 | 16-Mar-01 | EHC | Neri | Letter    J.F. |
| 133 | 19-Mar-01 | EHC | Neri | Letter |
| 134 | 19-Mar-01 | EHC | USF&G | FAX w/ Letter & RFIs |
| 135 | 26-Mar-01 | EHC | Neri | Letter |
| 136 | 26-Mar-01 | EHC | EHC | Memo |
| 137 | 28-Mar-01 | Neri | EHC | FAX |
| 138 | 28-Mar-01 | Neri | EHC | Letter |
| 139 | 28-Mar-01 | EHC | Neri | Letter |
| 140 | 28-Mar-01 | EHC | Neri | Letter |
| 141 | 29-Mar-01 | EHC | | Field Notes |
| 142 | 30-Mar-01 | Neri | EHC | Letter |
| 143 | 2-Apr-01 | EHC | Neri | Letter    J.F. |
| 144 | 2-Apr-01 | CNA | Neri | Letter |
| 145 | 4-Apr-01 | EHC | | Handwritten Note    J.F. |
| 146 | 6-Apr-01 | Neri | EHC | FAX    J.F |
| 147 | 10-Apr-01 | EHC | Neri | Letter    J.F. |

*(handwritten margin notes:)*
Full 67 — 127
Full 67 — 130
Full 67 — 131
Full 67 — 132
Full 67 — 143
Full 67 — 145
Full 67 — 146
Full 67 — 147

| | | | | |
|---|---|---|---|---|
| *Full 6-8-* | 148 | 12-Apr-01 | EHC | Neri | Letter |
| | 149 | 13-Apr-01 | CNA | Neri | Letter |
| | 150 | 18-Apr-01 | CNA | Neri | Letter |
| | 151 | 19-Apr-01 | Neri | EHC | Transmittal |
| *Full 6-8* | 152 | 19-Apr-01 | EHC | Neri | Letter    J.F. |
| | 153 | 19-Apr-01 | EHC | Neri | Letter |
| | 154 | 20-Apr-01 | EHC | Neri | Letter |
| | 155 | 25-Apr-01 | EHC | Neri | Letter |
| *Full 6-8* | 156 | 25-Apr-01 | EHC | Neri | Letter    J.F. |
| *Full 6-8* | 157 | 25-Apr-01 | EHC | Neri | Letter    J.F. |
| *Full 6-8* | 158 | 30-Apr-01 | EHC | Neri | Letter    J.F. |
| *Full 6-8* | 159 | 1-May-01 | EHC | Neri | Letter    J.F. |
| | 160 | 1-May-01 | EHC | Neri | Punch List |
| | 161 | 1-May-01 | EHC | Neri | Letter |
| | 162 | 1-May-01 | EHC | Neri | Letter |
| | 163 | 1-May-01 | EHC | Neri | Letter |
| *Full 6-8* | 164 | 1-May-01 | EHC | Neri | Letter    J.F. |
| *Full 6-8* | 165 | 2-May-01 | EHC | Neri | Letter    J.F. |
| *Full 6-8* | 166 | 10-May-01 | EHC | Neri | Letter    J.F. |
| | 167 | 10-May-01 | EHC | Neri | Letter |
| | **168** | **10-May-01** | | | **2nd May 10th Murano Letter** |
| *Full 6-8* | 169 | 11-May-01 | EHC | Neri | Letter    J.F. |
| *Full 6-8* | 170 | 11-May-01 | EHC | Neri | Letter    J.F. |
| | 171 | 14-May-01 | EHC | Neri | Letter |
| *Full 6-8* | 172 | 14-May-01 | EHC | Neri | Letter    J.F. |
| | 173 | 25-May-01 | LEA | EHC | Punch List |
| | 174 | 15-May-01 | EHC | Neri | Letter |
| | 175 | 25-May-01 | EHC | Neri | Letter |
| | 176 | 1-Jun-01 | EHC | Neri | Letter |
| | 177 | 6-Jun-01 | EHC | Neri | Letter |
| | 178 | 26-Jun-01 | EHC | USF&G | Letter |
| | 179 | 26-Jun-01 | EHC | USF&G | Letter |

| 180 | 28-Jun-01 | CNA | Neri | Letter |
|---|---|---|---|---|

## Elm Haven/Neri Meeting Minutes

| 181 | 9-Sep-99 | EHC | | Meeting Minutes |
|---|---|---|---|---|
| 182 | 23-Sep-99 | EHC | | Meeting Minutes |
| 183 | 7-Oct-99 | EHC | | Meeting Minutes |
| 184 | 21-Oct-99 | EHC | | Meeting Minutes |
| 185 | 18-Nov-99 | EHC | | Meeting Minutes |
| 186 | 2-Dec-99 | EHC | | Meeting Minutes |
| 187 | 27-Jan-00 | EHC | | Meeting Minutes |
| 188 | 10-Feb-00 | EHC | | Meeting Minutes |
| 189 | 9-Mar-00 | EHC | | Meeting Minutes |
| 190 | 30-Mar-00 | EHC | | Meeting Agenda |
| 191 | 30-Jun-00 | EHC | | Subcontractor Coordination meeting |
| 192 | 30-Oct-00 | EHC | | Meeting Minutes |
| 193 | None | EHC | | Meeting No. 2001-1 |
| 194 | 16-May-01 | EHC | | Meeting No. 2001-3 |
| 195 | 24-May-01 | EHC | | Meeting No. 2001-4 |

## LEA Reports & Correspondence

| 196 | 14-Mar-00 | LEA | EHC | Monthly Summary Report for November 1999 |
|---|---|---|---|---|
| 197 | 14-Mar-00 | LEA | EHC | Monthly Summary Report for December 1999 |
| 198 | 24-Mar-00 | LEA | EHC | Monthly Summary Report for January and February 2000 |
| 199 | 15-May-00 | LEA | EHC | Monthly Summary Report for March 2000 |
| 200 | 12-Jun-00 | LEA | | Monthly Summary Report for April 2000 |
| 201 | 16-Jun-00 | LEA | EHC | Monthly Summary Report for May 2000 |
| 202 | - | LEA | - | Monthly Summary Report for June 2000 |
| 203 | - | LEA | - | Monthly Summary Report for July 2000 |
| 204 | - | LEA | - | Monthly Summary Report for August 2000 |
| 205 | - | LEA | - | Monthly Summary Report for September 2000 |
| 206 | 15-Dec-00 | LEA | Owner | Monthly Summary Report for October 2000 |
| 207 | 22-Dec-00 | LEA | Owner | Monthly Summary Report for November 2000 |
| 208 | - | LEA | - | Monthly Summary Report for December 2000 |
| 209 | - | LEA | - | Monthly Summary Report for January 2001 |
| 210 | - | LEA | - | Monthly Summary Report for February 2001 |
| 211 | - | LEA | - | Monthly Summary Report for March 2001 |

| 212 | - | LEA | - | Monthly Summary Report for April 2001 |
|---|---|---|---|---|
| 213 | - | LEA | - | Monthly Summary Report for May 2001 |
| 214 | - | LEA | - | Monthly Summary Report for June 2001 |
| 215 | 20-Sep-01 | LEA | Owner | Monthly Summary Report for July 2001 |
| 216 | 20-Jan-00 | EHC | LEA | Letter re: site subcontractor - additional compensation |
| 217 | 5-May-00 | LEA | EHC | Interpretation of Contract Documents for Sewer Testing |
| 218 | 5-May-00 | EHC | LEA | Request for Information re: Unsuitable Material Excavations |
| 219 | 24-May-00 | City | LEA | Letter |
| 220 | 25-Sep-00 | LEA | EHC | FAX |
| 221 | 8-Nov-00 | LEA | EHC | Memo |
| 222 | 21-Nov-00 | EHC | LEA | Transmittal of Sanitary Sewer Video inspection of Mains and House & Foote Laterals |
| 223 | 22-May-01 | City | Owner | Punch List |

## Project Photographs

| | | | | |
|---|---|---|---|---|
| 224 | | | | Project Photo V. N. (cross by plaintiff) |
| 225 | | | | Project Photo J.F. |
| 226 | | | | Project Photo |
| 227 | | | | Project Photo |
| 228 | | | | Project Photo |
| 229 | | | | Project Photo |
| 230 | | | | Project Photo |
| 231 | | | | Project Photo |
| 232 | | | | Project Photo |
| 233 | | | | Project Photo V. N. (cross by plaintiff) |

*(handwritten margin notes:)* full 6.17.05 (224); full 6-8 (225); 6-24-05 (228); full 6.17.05 (233)

## Change Orders

| 234 | 26-Apr-99 | EHC | Neri | Job 204 - Change Order #1 |
|---|---|---|---|---|
| 235 | 28-Apr-99 | EHC | Neri | Job 204 - Change Order #2 |
| 236 | 3-Aug-99 | EHC | Neri | Job 204 - Change Order #3 |
| 237 | 3-Aug-99 | EHC | Neri | Job 204 - Change Order #4 |
| 238 | 13-Aug-99 | EHC | Neri | Job 204 - Change Order #5 |
| 239 | 17-Aug-99 | EHC | Neri | Job 204 - Change Order #6 |

| | | | | |
|---|---|---|---|---|
| 240 | 30-Aug-99 | EHC | Neri | Job 204 - Change Order #7 |
| 241 | 3-Nov-99 | EHC | Neri | Job 204 - Change Order #8 |
| 242 | 3-Nov-99 | EHC | Neri | Job 204 - Change Order #9 |
| 243 | 3-Nov-99 | EHC | Neri | Job 204 - Change Order #10 |
| 244 | 3-Nov-99 | EHC | Neri | Job 204 - Change Order #11 |
| 245 | 10-Apr-00 | EHC | Neri | Job 204 - Change Order #12 *V.N.* |
| 246 | 6-Apr-00 | EHC | Neri | Job 204 - Change Order #13 *J.F.* |
| 247 | 24-Apr-00 | EHC | Neri | Job 204 - Change Order #14 *V.N.* |
| 248 | 13-Apr-00 | EHC | Neri | Job 204 - Change Order #15 |
| 249 | 1-May-00 | EHC | Neri | Job 204 - Change Order #16 *V.N.* |
| 250 | 3-May-00 | EHC | Neri | Job 204 - Change Order #17 *V.N.* |
| 251 | 17-May-00 | EHC | Neri | Job 204 - Change Order #18 |
| 252 | 19-May-00 | EHC | Neri | Job 204 - Change Order #19 |
| 253 | 30-May-00 | EHC | Neri | Job 204 - Change Order #20 *V.N.* |
| 254 | 30-May-00 | EHC | Neri | Job 204 - Change Order #21 *V.N.* |
| 255 | 30-Jun-00 | EHC | Neri | Job 204 - Change Order #22 *V.N.* |
| 256 | 20-Jul-00 | EHC | Neri | Job 204 - Change Order #23 |
| 257 | 20-Jul-00 | EHC | Neri | Job 204 - Change Order #24 *V.N.* |
| 258 | 20-Jul-00 | EHC | Neri | Job 204 - Change Order #25 *V.N.* |
| 259 | 20-Jul-00 | EHC | Neri | Job 204 - Change Order #26 *V.N.* |
| 260 | 24-Jul-00 | EHC | Neri | Job 204 - Change Order #27 |
| 261 | 24-Jul-00 | EHC | Neri | Job 204 - Change Order #28 *V.N.* |
| 262 | 24-Jul-00 | EHC | Neri | Job 204 - Change Order #29 |
| 263 | 24-Jul-00 | EHC | Neri | Job 204 - Change Order #30 |
| 264 | 24-Jul-00 | EHC | Neri | Job 204 - Change Order #31A |
| 265 | 24-Jul-00 | EHC | Neri | Job 204 - Change Order #31B |
| 266 | 24-Jul-00 | EHC | Neri | Job 204 - Change Order #32 |
| 267 | 24-Jul-00 | EHC | Neri | Job 204 - Change Order #33 *J.F.* |
| 268 | 3-Aug-00 | EHC | Neri | Job 204 - Change Order #34 |
| 269 | 3-Aug-00 | EHC | Neri | Job 204 - Change Order #35 *V.N.* |
| 270 | 3-Aug-00 | EHC | Neri | Job 204 - Change Order #36 |
| 271 | 22-Aug-00 | EHC | Neri | Job 204 - Change Order #37 |

Handwritten margin notes:
- (245) Full 6.15.05 offered by def
- (246) Full 6.15
- (247) Full 6.15.05 offered by def
- (249) Full 6.15.05 offered by def
- (250) Full 6.15.05 offered by def
- (253) Full 6.37
- (254) Full 6.38
- (255) Full 6.88
- (257) Full 6.15.05 offered by def
- (258) Full 6.15.05 offered by def
- (259) Full 6.15.05 offered by def
- (261) Full 6.38
- (267) Full 6.9 offered by def
- (269) Full 6.15.05 offered by def

*Defendant made the offer*

| | | | | |
|---|---|---|---|---|
| 272 | 22-Aug-00 | EHC | Neri | Job 204 - Change Order #38 |
| 273 | 22-Aug-00 | EHC | Neri | Job 204 - Change Order #39 |
| 274 | 22-Aug-00 | EHC | Neri | Job 204 - Change Order #39 v.N. |
| 275 | 11-Sep-00 | EHC | Neri | Job 204 - Change Order #40 |
| 276 | 11-Sep-00 | EHC | Neri | Job 204 - Change Order #41 |
| 277 | 3-Oct-00 | EHC | Neri | Job 204 - Change Order #42 |
| 278 | 11-Sep-00 | EHC | Neri | Job 204 - Change Order #43 |
| 279 | 11-Sep-00 | EHC | Neri | Job 204 - Change Order #44 |
| 280 | 11-Sep-00 | EHC | Neri | Job 204 - Change Order #45 |
| 281 | 11-Sep-00 | EHC | Neri | Job 204 - Change Order #46 |
| 282 | 11-Sep-00 | EHC | Neri | Job 204 - Change Order #47 |
| 283 | 11-Sep-00 | EHC | Neri | Job 204 - Change Order #48 |
| 284 | 3-Oct-00 | EHC | Neri | Job 204 - Change Order #49 |
| 285 | 3-Oct-00 | EHC | Neri | Job 204 - Change Order #50 |
| 286 | 3-Oct-00 | EHC | Neri | Job 204 - Change Order #51 |
| 287 | 19-Oct-00 | EHC | Neri | Job 204 - Change Order #52 |
| 288 | 25-Oct-00 | EHC | Neri | Job 204 - Change Order #53 |
| 289 | 30-Oct-00 | EHC | Neri | Job 204 - Change Order #54 |
| 290 | 27-Mar-01 | EHC | Neri | Job 204 - Change Order #55      J.F. |
| 291 | 27-Mar-01 | EHC | Neri | Job 204 - Change Order #55      J.F. (includes a full binder of support)  V.N. |
| 292 | 18-Jun-01 | EHC | | Revised      J.F. Change Order #55 Summary Sheet |
| 293 | 13-Aug-99 | EHC | Neri | Job 207 - Change Order #1 |
| 294 | 17-Aug-99 | EHC | Neri | Job 207 - Change Order #2 |
| 295 | 30-Aug-99 | EHC | Neri | Job 207 - Change Order #3 |
| 296 | 28-Sep-99 | EHC | Neri | Job 207 - Change Order #4      J.F. |
| 297 | 29-Oct-99 | EHC | Neri | Job 207 - Change Order #5 |
| 298 | 3-Nov-99 | EHC | Neri | Job 207 - Change Order #6 |
| 299 | 3-Nov-99 | EHC | Neri | Job 207 - Change Order #7 |
| 300 | 3-Nov-99 | EHC | Neri | Job 207 - Change Order #8 |
| 301 | 3-Nov-99 | EHC | Neri | Job 207 - Change Order #9 |
| 302 | 3-Nov-99 | EHC | Neri | Job 207 - Change Order #10 |

Handwritten annotations: "Full 6-9", "All 6.15.05 Rec'd by def", "offered by P 6.17.05 v.N.", "Full 6-6", "Full 6-6", "V.N → 6.15.06 offered by def 17.06 → " v.N.", "Full 6-6", "Full 6-9 offer by Defense"

| 303 | 3-Nov-99 | EHC | Neri | Job 207 – Change Order #11 |
|---|---|---|---|---|
| 304 | 3-Nov-99 | EHC | Neri | Job 207 – Change Order #12 |
| 305 | 3-Nov-99 | EHC | Neri | Job 207 – Change Order #13 – *V.N.* |
| 306 | 7-Feb-00 | EHC | Neri | Job 207 – Change Order #14 |
| 307 | 10-Apr-00 | EHC | Neri | Job 207 – Change Order #15 |
| 308 | 10-Apr-00 | EHC | Neri | Job 207 – Change Order #16 |
| 309 | 10-Apr-00 | EHC | Neri | Job 207 – Change Order #17 |
| 310 | 14-Apr-00 | EHC | Neri | Job 207 – Change Order #18 |
| 311 | 14-Apr-00 | EHC | Neri | Job 207 – Change Order #19 |
| 312 | 14-Apr-00 | EHC | Neri | Job 207 – Change Order #20 |
| 313 | 14-Apr-00 | EHC | Neri | Job 207 – Change Order #21   *V.N.* |
| 314 | 14-Apr-00 | EHC | Neri | Job 207 – Change Order #22   *J.F.* |
| 315 | 19-Apr-00 | EHC | Neri | Job 207 – Change Order #23 |
| 316 | 20-Apr-00 | EHC | Neri | Job 207 – Change Order #24   *V.N.* |
| 317 | 20-Apr-00 | EHC | Neri | Job 207 – Change Order #25 |
| 318 | 20-Apr-00 | EHC | Neri | Job 207 – Change Order #26 |
| 319 | 20-Apr-00 | EHC | Neri | Job 207 – Change Order #27 |
| 320 | 1-May-00 | EHC | Neri | Job 207 – Change Order #28   *V.N.* |
| 321 | 17-May-00 | EHC | Neri | Job 207 – Change Order #30 |
| 322 | 19-May-00 | EHC | Neri | Job 207 – Change Order #31 |
| 323 | 23-May-00 | EHC | Neri | Job 207 – Change Order #32 |
| 324 | 23-May-00 | EHC | Neri | Job 207 – Change Order #33 |
| 325 | 8-Jun-00 | EHC | Neri | Job 207 – Change Order #34 |
| 326 | 8-Jun-00 | EHC | Neri | Job 207 – Change Order #35 |
| 327 | 24-Jul-00 | EHC | Neri | Job 207 – Change Order #36 |
| 328 | 3-Oct-00 | EHC | Neri | Job 207 – Change Order #37 |
| 329 | 11-Sep-00 | EHC | Neri | Job 207 – Change Order #38 |
| 330 | 3-Oct-00 | EHC | Neri | Job 207 – Change Order #39   *V.N.* |
| **Requisitions & Payments** | | | | |
| 331 | | EHC | | Summary of Neri Requisitions and EHC Payments |
| 332 | 20-Feb-99 | EHC | Owner | EHC's Requisition 1B(204)-1 for period ending 2/20/99 |

Handwritten annotations in left margin: full·10·5 (row 305), full·6·8, full·10·4 (rows 313–314), full·6·28 (row 316), full·6·8 (row 320), full·6·8 (row 330)

| | | | | |
|---|---|---|---|---|
| | 20-Feb-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-1<br>for period ending 2/20/99 |
| | 8-Apr-99 | EHC | Neri | Neri's Payment/Check #1517<br>for period ending 2/20/99 |
| 333 | 20-Feb-99 | EHC | Owner | EHC's Requisition 1C(207)-1<br>for period ending 2/20/99 |
| | 20-Feb-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-1<br>for period ending 2/20/99 |
| | 8-Apr-99 | EHC | Neri | Neri's Payment/Check #1517<br>for period ending 2/20/99 |
| 334 | 20-Mar-99 | EHC | Owner | EHC's Requisition 1B(204)-2<br>for period ending 3/20/99 |
| | 29-Mar-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-2<br>for period ending 3/20/99 |
| | 22-Apr-99 | EHC | Neri | Neri's Payment/Check #1542<br>for period ending 3/20/99 |
| 335 | 20-Mar-99 | EHC | Owner | EHC's Requisition 1C(207)-2<br>for period ending 3/20/99 |
| | 20-Mar-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-2<br>for period ending 3/20/99 |
| | 22-Apr-99 | EHC | Neri | Neri's Payment/Check #1542<br>for period ending 3/20/99 |
| 336 | 20-Apr-99 | EHC | Owner | EHC's Requisition 1B(204)-3<br>for period ending 4/20/99 |
| | 20-Apr-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-3<br>for period ending 4/20/99 |
| | 20-May-99 | EHC | Neri | Neri's Payment/Check #1587<br>for period ending 4/20/99 |
| 337 | 20-Apr-99 | EHC | Owner | EHC's Requisition 1C(207)-3<br>for period ending 4/20/99 |
| | 20-Apr-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-3<br>for period ending 4/20/99 |
| | 20-May-99 | EHC | Neri | Neri's Payment/Check #1587<br>for period ending 4/20/99 |
| | 21-May-99 | EHC | Neri | Neri's Payment/Check #1589<br>for Job 207-3 materials |
| 338 | 20-May-99 | EHC | Owner | EHC's Requisition 1B(204)-4<br>for period ending 5/20/99 |

| | 20-May-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-4 for period ending 5/20/99 |
|---|---|---|---|---|
| | 17-Jun-99 | EHC | Neri | Neri's Payment/Check #1626 for period ending 5/20/99 |
| 339 | 20-May-99 | EHC | Owner | EHC's Requisition 1C(207)-4 for period ending 5/20/99 |
| | 20-May-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-4 for period ending 5/20/99 |
| | 17-Jun-99 | EHC | Neri | Neri's Payment/Check #1627 for period ending 5/20/99 |
| 340 | 20-Jun-99 | EHC | Owner | EHC's Requisition 1B(204)-5 for period ending 6/20/99 |
| | 20-Jun-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-5 for period ending 6/20/99 |
| | 23-Jul-99 | EHC | Neri | Neri's Payment/Check #1697 for period ending 6/20/99 |
| 341 | 20-Jun-99 | EHC | Owner | EHC's Requisition 1C(207)-5 for period ending 6/20/99 |
| | 20-Jun-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-5 for period ending 6/20/99 |
| | 23-Jul-99 | EHC | Neri | Neri's Payment/Check #1698 for period ending 6/20/99 |
| 342 | 20-Jul-99 | EHC | Owner | EHC's Requisition 1B(204)-6 for period ending 7/20/99 |
| | 20-Jul-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-6 for period ending 7/20/99 |
| | 18-Aug-99 | EHC | Neri | Neri's Payment/Check #1760 for period ending 7/20/99 |
| 343 | 20-Jul-99 | EHC | Owner | EHC's Requisition 1C(207)-6 for period ending 7/20/99 |
| | 20-Jul-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-6 for period ending 7/20/99 |
| | 18-Aug-99 | EHC | Neri | Neri's Payment/Check #1761 for period ending 7/20/99 |
| 344 | 20-Aug-99 | EHC | Owner | EHC's Requisition 1B(204)-7 for period ending 8/20/99 |
| | 20-Aug-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-7 for period ending 8/20/99 |

|  | 20-Aug-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-7 for period ending 8/20/99 |
|  | 9-Sep-99 | EHC | Neri | Neri's Payment/Check #1826 for period ending 8/20/99 |
| 345 | 20-Aug-99 | EHC | Owner | EHC's Requisition 1C(207)-7 for period ending 8/20/99 |
| | 20-Aug-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-7 for period ending 8/20/99 |
| | 20-Aug-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-7 for period ending 8/20/99 |
| | 9-Sep-99 | EHC | Neri | Neri's Payment/Check #1827 for period ending 8/20/99 |
| 346 | 20-Sep-99 | EHC | Owner | EHC's Requisition 1B(204)-8 for period ending 9/20/99 |
| | 20-Sep-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-8 for period ending 9/20/99 |
| | 20-Sep-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-8 for period ending 9/20/99 |
| | 4-Nov-99 | EHC | Neri | Neri's Payment/Check #1952 for period ending 9/20/99 |
| 347 | 20-Sep-99 | EHC | Owner | EHC's Requisition 1C(207)-8 for period ending 9/20/99 |
| | 20-Sep-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-8 for period ending 9/20/99 |
| | 20-Sep-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-8 for period ending 9/20/99 |
| | 4-Nov-99 | EHC | Neri | Neri's Payment/Check #1953 for period ending 9/20/99 |
| | 5-Nov-99 | EHC | Neri | Neri's Payment/Check #1976 for Job 207-8 materials |
| 348 | 20-Oct-99 | EHC | Owner | EHC's Requisition 1B(204)-9 for period ending 10/20/99 |
| | 20-Oct-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-9 for period ending 10/20/99 |
| | 18-Nov-99 | EHC | Neri | Neri's Payment/Check #2012 for period ending 10/20/99 |
| 349 | 20-Oct-99 | EHC | Owner | EHC's Requisition 1C(207)-9 for period ending 10/20/99 |

| | | | | |
|---|---|---|---|---|
| | 20-Oct-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-9 for period ending 10/20/99 |
| | 18-Nov-99 | EHC | Neri | Neri's Payment/Check #2013 for period ending 10/20/99 |
| 350 | 20-Nov-99 | EHC | Owner | EHC's Requisition 1B(204)-10 for period ending 11/20/99 |
| | 20-Nov-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-10 for period ending 11/20/99 |
| | 3-Jan-00 | EHC | Neri | Neri's Payment/Check #2145 for period ending 11/20/99 |
| 351 | 20-Nov-99 | EHC | Owner | EHC's Requisition 1C(207)-10 for period ending 11/20/99 |
| | 20-Nov-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-10 for period ending 11/20/99 |
| | 3-Jan-00 | EHC | Neri | Neri's Payment/Check #2146 for period ending 11/20/99 |
| 352 | 13-Dec-99 | EHC | Neri | Neri's Joint Payment/Check #1003 for Tilcon work ending 12/13/99 |
| 353 | 20-Dec-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-10A for period ending 12/31/99 |
| | 3-Feb-00 | EHC | Neri | Neri's Payment/Check #2271 for period ending 12/20/99 |
| | 3-Feb-00 | EHC | Neri | Neri's Payment/Check #2271 for period ending 12/20/99 |
| 354 | 31-Dec-99 | EHC | Owner | EHC's Requisition 1B(204)-11 for period ending 12/31/99 |
| | 20-Dec-99 | Neri | EHC | Neri's Approved Requisition 1B(204)-11 for period ending 12/31/99 |
| | 23-Feb-00 | EHC | Neri | Neri's Payment/Check #2290 for period ending 12/20/99 |
| 355 | 31-Dec-99 | EHC | Owner | EHC's Requisition 1C(207)-11 for period ending 12/31/99 |
| | 20-Dec-99 | Neri | EHC | Neri's Approved Requisition 1C(207)-11 for period ending 12/31/99 |
| | 23-Feb-00 | EHC | Neri | Neri's Payment/Check #2291 for period ending 12/20/99 |
| 356 | 20-Jan-00 | EHC | Owner | EHC's Requisition 1B(204)-12 for period ending 1/20/00 |

| | | | | |
|---|---|---|---|---|
| | 20-Jan-00 | Neri | EHC | Neri's Approved Requisition 1B(204)-12 for period ending 1/20/00 |
| | 27-Mar-00 | EHC | Neri | Neri's Payment/Check #2393 for period ending 1/20/00 |
| 357 | 20-Jan-00 | EHC | Owner | EHC's Requisition 1C(207)-12 for period ending 1/20/00 |
| | 20-Jan-00 | Neri | EHC | Neri's Approved Requisition 1C(207)-12 for period ending 1/20/00 |
| | 20-Jan-00 | Neri | EHC | Neri's Approved Requisition 1C(207)-12 for period ending 1/20/00 |
| | 27-Mar-00 | EHC | Neri | Neri's Payment/Check #2394 for period ending 1/20/00 |
| 358 | 24-Apr-00 | EHC | Neri | Neri's Joint Payment/Check #2480 for Noth Carolina Corp & Hammon Asset Construction work ending 4/24/00 |
| 359 | 2-Jun-00 | EHC | Neri | Neri's Joint Payment/Check #2580 for Empire Paving work ending 5/30/00 |
| 360 | 20-Feb-99 | EHC | Owner | EHC's Requisition 1B(204)-13 for period ending 2/20/00 |
| 361 | 20-Feb-00 | EHC | Owner | EHC's Requisition 1C(207)-13 for period ending 2/20/00 |
| 362 | 20-Mar-00 | EHC | Owner | EHC's Requisition 1B(204)-14 for period ending 3/20/00 |
| 363 | 20-Mar-00 | EHC | Owner | EHC's Requisition 1C(207)-14 for period ending 3/20/00 |
| 364 | 20-Apr-99 | EHC | Owner | EHC's Requisition 1B(204)-15 for period ending 4/20/00 |
| | 20-Apr-00 | Neri | EHC | Neri's Approved Requisition 1B(204)-12 for period ending 4/20/00 |
| | 12-Jun-00 | EHC | Neri | Neri's Payment/Check #2604 for period ending 4/20/00 |
| 365 | 20-Apr-00 | EHC | Owner | EHC's Requisition 1C(207)-15 for period ending 4/20/00 |
| | 20-Apr-00 | Neri | EHC | Neri's Approved Requisition 1C(207)-12 for period ending 4/20/00 |
| | 12-Jun-00 | EHC | Neri | Neri's Payment/Check #2605 for period ending 4/20/00 |
| 366 | 20-May-99 | EHC | Owner | EHC's Requisition 1B(204)-16 for period ending 5/20/00 |

| | | | | |
|---|---|---|---|---|
| | 20-May-00 | Neri | EHC | Neri's Approved Requisition 1B(204)-13 for period ending 5/20/00 |
| | 21-Jul-00 | EHC | Neri | Neri's Payment/Check #2683 for period ending 5/20/00 |
| 367 | 20-May-00 | EHC | Owner | EHC's Requisition 1C(207)-16 for period ending 5/20/00 |
| | 20-May-00 | Neri | EHC | Neri's Approved Requisition 1C(207)-13 for period ending 5/20/00 |
| | 21-Jul-00 | EHC | Neri | Neri's Payment/Check #2684 for period ending 5/20/00 |
| 368 | 20-Jun-00 | EHC | Owner | EHC's Requisition 1B(204)-17 for period ending 6/20/00 |
| | 20-Jun-00 | Neri | EHC | Neri's Approved Requisition 1B(204)-13 for period ending 6/20/00 |
| | 14-Aug-00 | EHC | Neri | Neri's Payment/Check #2776 for period ending 6/20/00 |
| 369 | 20-Jun-00 | EHC | Owner | EHC's Requisition 1C(207)-17 for period ending 6/20/00 |
| | 20-Jun-00 | Neri | EHC | Neri's Approved Requisition 1C(207)-14 for period ending 6/20/00 |
| | 14-Aug-00 | EHC | Neri | Neri's Payment/Check #2777 for period ending 6/20/00 |
| 370 | 20-Jul-00 | EHC | Owner | EHC's Requisition 1B(204)-18 for period ending 7/20/00 |
| | 20-Jul-00 | Neri | EHC | Neri's Approved Requisition 1B(204)-15 for period ending 7/20/00 |
| | 21-Sep-00 | EHC | Neri | Neri's Payment/Check #1068 for period ending 7/20/00 |
| 371 | 20-Jul-00 | EHC | Owner | EHC's Requisition 1C(207)-18 for period ending 7/20/00 |
| | 20-Jul-00 | Neri | EHC | Neri's Approved Requisition 1C(207)-15 for period ending 7/20/00 |
| | 21-Sep-00 | EHC | Neri | Neri's Payment/Check #1069 for period ending 7/20/00 |
| 372 | 5-Oct-00 | EHC | Neri | Neri's Payment/Check #1074 for Paving work ending 10/5/00 |
| 373 | 20-Aug-00 | EHC | Owner | EHC's Requisition 1B(204)-19 for period ending 8/20/00 |

| | | | | |
|---|---|---|---|---|
| | 20-Aug-00 | Neri | EHC | Neri's Approved Requisition 1B(204)-16 for period ending 8/20/00 |
| | 20-Oct-00 | EHC | Neri | Neri's Payment/Check #1127 for period ending 8/20/00 |
| 374 | 20-Aug-00 | EHC | Owner | EHC's Requisition 1C(207)-19 for period ending 8/20/00 |
| | 20-Aug-00 | Neri | EHC | Neri's Approved Requisition 1C(207)-16 for period ending 8/20/00 |
| | 20-Oct-00 | EHC | Neri | Neri's Payment/Check #1128 for period ending 8/20/00 |
| | 20-Sep-00 | EHC | Owner | EHC's Requisition 1B(204)-20 for period ending 9/20/00 |
| | 20-Sep-00 | EHC | Owner | EHC's Requisition 1C(207)-20 for period ending 9/20/00 |
| 375 | 20-Sep-00 | Neri | EHC | Neri's Approved Requisition 1B(204)-17 J.F. for period ending 9/20/00 |
| | 14-Dec-00 | EHC | Neri | Neri's Payment/Check #1276 for period ending 9/20/00 |
| | 27-Dec-00 | EHC | Neri | Neri's Payment/Check #1295 for period ending 9/20/00 |

**Cost to Complete**

| | | | | |
|---|---|---|---|---|
| 376 | | EHC | | EHC Summary of Costs incurred to perform Neri's scope of work |
| 377 | 24-May-01 | EHC | Sweeney | Sweeney Subcontract |
| 378 | 16-Jul-01 | EHC | Sweeney | Change Order 204-1: Webster St. CSO Drainage Work |
| 379 | 25-Sep-01 | EHC | Sweeney | Change Order 207-1: Extend Ashmun cul-de-sac; replace curb; install light poles, catch basins, etc. |
| 380 | 25-Sep-01 | EHC | Sweeney | Change Order 204-2: Add'l Sum to Complete Change Order 204-1 |
| 381 | 25-Sep-01 | EHC | Sweeney | Change Order 204-3: UG Piping, Conduit/base for light, rework Ash/Web intersection, sidewalk/HC ramps, etc. |
| 382 | 22-Oct-01 | EHC | Sweeney | Change Order 204-4: Labor, Equipment, Mat'ls in Block G |
| 383 | 21-Jan-02 | EHC | Sweeney | Change Order 204-5: Clean Up Debris on Block K |
| 384 | 1-Mar-02 | EHC | Sweeney | Change Order 204-6: Water Service/San. Sewer Lateral |

*Handwritten annotations in left margin:*
Full 10.50 (next to 375)
"      " (below)
"      " (below)
Full 6-8 (next to 376)
Full 6-8 (next to 377)
Full 6-8 (next to 381)
Full 6-8 (next to 382)
Full 6-8 (next to 383)
Full 6-8 (next to 384)

*Handwritten annotations in right margin:*
J.F. (next to 376)
J.F.
Full 6.17.05
offered by De
V.N.
J.F. (next to 381)
J.F. (next to 382)
J.F. (next to 383)
J.F. (next to 384)

| | | | | |
|---|---|---|---|---|
| 385 | 23-Apr-02 | EHC | Sweeney | Change Order 204-7: Costs to Remove Neri Stockpile |
| 386 | 22-May-02 | EHC | Sweeney | Change Order 204-8: Police Traffic Control to repair/locate sewer lateral |
| 387 | 17-Sep-02 | EHC | Sweeney | Change Order 204-9: Replace meter valuts & curb boxes |
| 388 | 17-Sep-02 | EHC | Sweeney | Change Order 204-10: Remove water meter vault/curb boxes, repair/replace sidewalks |
| 389 | 6-Nov-02 | EHC | Sweeney | Change Order 204-11: Pave Ashmun, replace manhole frames on Ash/Canal, remove/replace damaged walks |
| 390 | 19-Dec-02 | EHC | Sweeney | Change Order 204-12: Installation of Sidewalks |
| 391 | 5-Jun-03 | EHC | Sweeney | Change Order 204-13: Repair/Complete Curb, Sidewalks; locate laterals |
| 392 | 20-May-01 | EHC | Sweeney | Phase 1B New Construction Req. No. 1 |
| 393 | 20-Jun-01 | EHC | Sweeney | Phase 1B New Construction Req. No. 2 |
| 394 | 20-Jul-01 | EHC | Sweeney | Phase 1B New Construction Req. No. 3 |
| 395 | 20-Jul-01 | EHC | Sweeney | Phase 1B New Construction Req. No. 3B |
| 396 | 20-Aug-01 | EHC | Sweeney | Phase 1B New Construction Req. No. 4 |
| 397 | 1-Sep-01 | EHC | Sweeney | Phase 1B New Construction Req. No. 5 |
| 398 | 20-Sep-01 | EHC | Sweeney | Phase 1B New Construction Req. No. 6 |
| 399 | 20-Oct-01 | EHC | Sweeney | Phase 1B New Construction Req. No. 7 |
| 400 | 20-Jan-02 | EHC | Sweeney | Phase 1B New Construction Req. No. 8 |
| 401 | 20-Feb-02 | EHC | Sweeney | Phase 1B New Construction Req. No. 9 |
| 402 | 20-Apr-02 | EHC | Sweeney | Phase 1B New Construction Req. No. 10 |
| 403 | 20-Apr-01 | EHC | Sweeney | Phase 1C New Construction Req. No. 1 |
| 404 | 20-May-01 | EHC | Sweeney | Phase 1C New Construction Req. No. 2 |
| 405 | 20-Jun-01 | EHC | Sweeney | Phase 1C New Construction Req. No. 3 |
| 406 | 20-Jul-01 | EHC | Sweeney | Phase 1C New Construction Req. No. 4 |
| 407 | 20-Aug-01 | EHC | Sweeney | Phase 1C New Construction Req. No. 5 |
| 408 | 1-Sep-01 | EHC | Sweeney | Phase 1C New Construction Req. No. 6 |
| 409 | 20-Sep-01 | EHC | Sweeney | Phase 1C New Construction Req. No. 7 |
| 410 | 9-May-03 | EHC | Sweeney | Final Payment Check to Sweeney ($10,403.35) for Phase 1B and 1C |

Handwritten annotations in left margin: Full 6-8 (385), Full 6-8 (386), Full 6-8 (388), Full 6-8 (389), Full 6-8 (390), Full 6-10 (392), Full 6-10 (403). Handwritten "J.F." initials appear on rows 385, 386, 388, 389, 390, 392, 403.

| | | | | | |
|---|---|---|---|---|---|
| Full 6-8 | 411 | | EHC | Sweeney | Sweeney $6700.00 Invoice for Foote St. Pavement J.F. |
| Full 6-8 | 412 | | EHC | Executive Landscaping | National Rent-a-Fence J.F. |
| Full 6-8 | 413 | 3-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Excavate and backfill for sewer main Building Underground work J.F. |
| Full 6-8 | 414 | 4-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Install storm drainage Block G J.F. |
| Full 6-8 | 415 | 4-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Install Block G underground electrical ductbank to Townhouse no. 3 J.F. |
| Full 6-8 | 416 | 4-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Repairs to Roof Drainage and electrical conduit damaged by NERI Block G J.F. |
| Full 6-8 | 417 | 4-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Excavation and Backfill of Sanitary lines within Building area (underground) J.F. |
| Full 6-8 | 418 | 2-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Excavation and Backfill of Sanitary lines within Building area (underground) J.F. |
| Full 6-8 | 419 | 10-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Block G Drainage Installation and Removal of Surplus Material from Excavation J.F. |
| Full 6-8 | 420 | 8-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Install storm drainage Block G Townhouse no. 2 J.F. |
| Full 6-8 | 421 | 9-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Install storm drainage at Townhouses nos. 2 and 3 J.F. |
| Full 6-8 | 422 | 9-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Install storm drainage at Townhouses nos. 2 and 3 J.F. |
| Full 6-8 | 423 | 14-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Install storm drainage Block G J.F. |
| Full 6-8 | 424 | 15-May-01 | EHC | Executive Landscaping | Executive Landscaping Invoices: Install storm drainage Block G J.F. |
| Full 6-8 | 425 | | EHC | Blue Diamond Quarry | Blue Diamond Quarry Invoice: 34.77 tons @ $13/ton J.F. |
| Full 6-8 | 426 | 7-May-01 | EHC | Semac Electrical Contractors | Semac Invoice: 7 hr @ $60/hr J.F. |

| | | | | |
|---|---|---|---|---|
| *Full 6-8* | 427 | 12-Mar-01 | EHC | Paul P's Welding | Paul P's Invoice: two additional handrails, 30 LF @ $14/LF, plus tax    J.F. |
| *Full 6-8* | 428 | 26-May-01 | EHC | Joseph Merritt & Co. | Merritt Invoice: five copies of Neri manuals (six volumes), plus tax    J.F. |
| *Full 6-8* | 429 | 9-May-01 | EHC | Arrow Concrete Products | Arrow Concrete Invoice: slabs    J.F. |

## Supplemental Exhibits

| | | | | |
|---|---|---|---|---|
| | 430 | 20-Oct-99 | | | Schedule |
| | 431 | 10-Nov-99 | EHC | Neri | Letter & Schedule |
| | 432 | 14-Mar-00 | | | Schedule |
| | 433 | 29-Mar-00 | EHC | Neri | Letter |
| *Full 6-8* | 434 | 9-May-01 | EHC | David Towle Company | Transmittal of Estimates    J.F. |
| *Full 6-9* | 435 | 10-Jan-01 | EHC | Neri | Settlement Effort    J.F. |

*Defendant made the offer*

| | | | |
|---|---|---|---|
| *Full 6-10* | 436 | Memo received from Ms. Beckwith | J.F. |
| 6-22 | n/a | | |