| 425 | | EHC | Blue Diamond Quarry | Blue Diamond Quarry Invoice: 34.77 tons @ $13/ton |
| 426 | 7-May-01 | EHC | Semac Electrical Contractors | Semac Invoice: 7 hr @ $60/hr |
| 427 | 12-Mar-01 | EHC | Paul P's Welding | Paul P's Invoice: two additional handrails, 30 LF @ $14/LF, plus tax |
| 428 | 26-May-01 | EHC | Joseph Merritt & Co. | Merritt Invoice: five copies of Neri manuals (six volumes), plus tax |
| 429 | 9-May-01 | EHC | Arrow Concrete Products | Arrow Concrete Invoice: slabs |

11 B.   Exhibits (Defendant).

EX.#

500    Neri Requisition No. 1, Project 207-1-C, dated February 20, 1999

501    Neri Requisition No. 2, Project 207-1-C, dated March 20, 1999

*Full 6-13- 502    Neri Requisition No. 3, Project 207-1-C, dated April 20, 1999 *V.N.*

503    Neri Requisition No. 4, Project 207-1-C, dated May 20, 1999

504    Neri Requisition No. 5, Project 207-1-C, dated June 20, 1999

505    Neri Requisition No. 6, Project 207-1-C, dated July 20, 1999

506    Neri Requisition No. 7, Project 207-1-C, dated August 20, 1999

55

RJT/29497/3/723242v1
05/18/05-HRT/

507     Neri Requisition No. 8, Project 207-1-C, dated September 20, 1999

508     Neri Requisition No. 9, Project 207-1-C, dated October 20, 1999

509     Neri Requisition No. 10, Project 207-1-C, dated November 20, 1999

510     Neri Requisition No. 11, Project 207-1-C, dated December 31, 1999

511     Neri Requisition No. 12, Project 207-1-C, dated January 31, 2000

512     Neri Requisition No. 13, Project 207-1-C, dated February 29, 2000

513     Neri Requisition No. 14, Project 207-1-C, dated March 31, 2000

514     Neri Requisition No. 15, Project 207-1-C, dated April 20, 2000

515     Neri Requisition No. 16, Project 207-1-C, dated May 20, 2000

516     Neri Requisition No. 17, Project 207-1-C, dated June 20, 2000

517     Neri Requisition No. 18, Project 207-1-C, dated July 20, 2000

518     Neri Requisition No. 19, Project 207-1-C, dated August 20, 2000

519     Neri Requisition No. 20, Project 207-1-C, dated September 20, 2000

520     Neri Requisition No. 21, Project 207-1-C, dated October 20, 2000

521     Neri Requisition No. 22, Project 207-1-C, dated November 20, 2000

522     Neri Requisition No. 23, Project 207-1-C, dated December 20, 2000

523     Neri Requisition No. 24, Project 207-1-C, dated January 20, 2001

Full   9-13-05  524     Neri Requisition No. 24-A, Project 207-1-C, dated May 21, 2001 · K. N

RJT/29497/3/723242v1
05/18/05-HRT/

525    Neri Requisition No. 1, Project 204-1-B, dated February 20, 1999

526    Neri Requisition No. 2, Project 204-1-B, dated March 20, 1999

full - 6-1527    Neri Requisition No. 3, Project 204-1-B, dated April 20, 1999  V.N.

528    Neri Requisition No. 4, Project 204-1-B, dated May 20, 1999

529    Neri Requisition No. 5, Project 204-1-B, dated June 20, 1999

530    Neri Requisition No. 6, Project 204-1-B, dated July 20, 1999

531    Neri Requisition No. 7, Project 204-1-B, dated August 20, 1999

532    Neri Requisition No. 8, Project 204-1-B, dated September 20, 1999

533    Neri Requisition No. 9, Project 204-1-B, dated October 20, 1999

534    Neri Requisition No. 10, Project 204-1-B, dated November 20, 1999

535    Neri Requisition No. 11, Project 204-1-B, dated December 30, 1999

536    Neri Requisition No. 12, Project 204-1-B, dated January 31, 2000

537    Neri Requisition No. 13, Project 204-1-B, dated February 29, 2000

538    Neri Requisition No. 14, Project 204-1-B, dated March 31, 2000

539    Neri Requisition No. 15, Project 204-1-B, dated April 20, 2000

540    Neri Requisition No. 16, Project 204-1-B, dated May 20, 2000

full 6.15.05    541    Neri Requisition No. 17, Project 204-1-B, dated June 20, 2000 V. N.

542    Neri Requisition No. 18, Project 204-1-B, dated July 20, 2000

RJT/29497/3/723242v1
05/18/05-HRT/

543    Neri Requisition No. 19, Project 204-1-B, dated August 20, 2000

544    Neri Requisition No. 20, Project 204-1-B, dated September 20, 2000

545    Neri Requisition No. 21, Project 204-1-B, dated October 20, 2000
546    Neri Requisition No. 22, Project 204-1-B, dated November 20, 2000

*Full - 6-13* 547    Neri Requisition No. 23, Project 204-1-B, dated December 20, 2000 *-V.N.*
*6-15*                                                                  *V.N.*
*Full  9-15* 548    Neri Requisition No. 24, Project 204-1-B, dated January 20, 2001 *- K.N.*

*Full - 6-13* 549    Elm Haven Construction Correspondence dated February 27, 1999 *- V.N.*

*Full  9-20* 550    Elm Haven Construction Correspondence dated June 22, 1999 *I.C.*

*Full - 6-14* 551    Elm Haven Construction Correspondence dated August 3, 1999 *- V.N. -I.C*

552    <u>NERI PCO 2-207-1-C</u>

    - Neri Receiving Ticket #2-207-1-C dated 5/3/00
    - Neri Transmittal dated 5/4/00

*6-14-05*
*Full* 553    <u>NERI PCO 013-207-1</u> *V.N.*
                                        *-I.C.*

    - Neri Job Invoice #NC-013
    - Neri RF2 dated 3/22/99

554    <u>NERI PCO 017-207-1</u>

    - Neri Job Invoice 4/23/99 – 5/3/99
    - Neri Job Invoice 5/4/99 – 5/13/99
    - Neri Job Invoice 5/14/99 – 5/28/99

*Full - 6-14* 555    <u>NERI PCO 022-207-1</u> *- V.N. I.C*

    - Neri Receiving Ticket #022-207-1 dated 1/3/00

RJT/29497/3/723242v1
05/18/05-HRT/

- Neri Field Sketch dated 1/3/00
- Neri Transmittal dated 1/12/00
- LEA Field Report dated 1/3/00

*Full 6-14-05* 556   NERI PCO 022-207-1-C – V.N. – I.C.

- Neri Receiving Ticket #NC-022-207-1-C dated 1/4/00
- Field Sketch dated 1/4/00
- Neri Transmittal dated 2/16/00

*Full- 6-14-05* 557   NERI PCO 039-207-2B – V.N.

- Neri Receiving Ticket #NC-039-207-2B dated 3/24/00
- Neri Field Note and Work Order dated 3/24/00

558   NERI PCO 045-207-1

- Neri Receiving Ticket dated 10/27/99
- Neri Transmittal to Elm Haven dated 3/1/00

559   NERI PCO 047-207-1

- Neri Invoice #NC-047-207-1 dated 11/1/99
- Neri Field Note and Work Order dated 11/1/99

*Full - 6-14-05* 560   NERI PCO 051-207 – V.N.

- Neri Receiving Ticket #NC-051-207 dated 11/12/99
- Neri Job Invoice #NC-051
- Neri Transmittal dated 11/29/99

*Full 6-14-05* 561   NERI PCO 052-207 – V.N. -I.C.

- Neri Job Invoice #1592
- LEA Daily Field Report dated 11/12/99

*Full - 6-14-05* 562   NERI PCO 055-207-1 – V.N. -I.C.

RJT/29497/3/723242v1
05/18/05-HRT/

- Neri Receiving Ticket #NC-055-207-1 dated 11/22/99
- Neri Transmittal dated 3/1/00
- Confirmation of Change dated 12/11/99

Full - 6-14-05 563   NERI PCO 056-207-1 - V.N.

- Neri Receiving Ticket #NC-056-207-1 dated 11/22/99
- Dispazio Construction Time Equipment & Materials Form dated 12/6/99
- Dispazio Construction Time Materials & Equipment Form dated 12/9/99
- Dispazio Construction Time Materials & Equipment Form dated 12/10/99
- Dispazio Construction Time Materials & Equipment Form dated 12/13/99
- Dispazio Construction Time Materials & Equipment Form dated 12/14/99
- Dispazio Construction Time Materials & Equipment Form dated 12/15/99
- Neri Transmittal dated 3/1/00
- Confirmation of Change dated 12/11/99
- Map of Block B (highlight) re Curb install
- _____ Take Off Sheet
- Dispazio Invoice dated 12/16/99
- Hammonassett Construction dated 12/16/99

Full 6-14-05 564   NERI PCO 056-207-4 - V.N. -I.C.

- Neri Receiving Ticket dated 11/22/99 (1 of 3)
- Neri Receiving Ticket dated 11/22/99 (2 of 3)
- Neri Receiving Ticket dated 11/22/99 (3 of 3)
- Neri Receiving Ticket dated 12/6/99
- Neri Receiving Ticket dated 11/28/99
- Confirmation of Change dated 12/17/99
- Neri Transmittal to Elm Haven dated 3/1/00
*   - Invoices from L. Suzio for period 11/6/99 – 12/23/99

Full - 6-14-05 565   NERI PCO 058-207-1 - V.N. -I.C.

- Neri Receiving Ticket #058-207-1 dated 11/24/99
- Neri Job Invoice dated 11/24/99

60

- Confirmation of Change *re* Invoice #NC-058
- Neri Transmittal dated 3/1/00

*full - 614.05*566   **NERI PCO 059-207-1** -V.N. -I.C.

- Neri Receiving Ticket #059-207-1 dated 11/26/99
- Neri Job Ticket dated 11/26/99
- Neri Receiving Ticket dated 11/27/99
- Neri Job Invoice dated 11/27/99
- Neri Transmittal dated 3/1/00
- Confirmation of Change dated 12/17/99

*full 614.05*567   **NERI PCO 060-207-1** -V.N. -I.C.

- Neri Receiving Ticket #NC-060-207-1 dated 12/6/99
- Neri Receiving Ticket #NC-060-207-1 dated 12/7/99
- Neri Receiving Ticket #NC-060-207-1 dated 11/26/99
- Neri Receiving Ticket dated 3/14/00
- Neri Receiving Ticket #NC-060-207-1B dated 3/13/00
- Neri Receiving Ticket #NC-060-207-1 dated 3/10/00
- Confirmation of Change dated 12/17/99
- Neri Transmittal dated 3/1/00
- Neri Field Note and Work Orders dated 12/6/99, 12/7/99,
    11/26/99, 3/14/00, 3/13/00, 3/10/00 and 12/17/99
- LEA Detail dated 11/23/99

*full 614.05*568   **NERI PCO 061-207-1** -V.N. -I.C.

- Neri Receiving Ticket #NC-061-207-1 dated 12/6/99
- Neri Job Invoice dated 12/6/99
- Neri Receiving Ticket #NC-061-207-1 dated 12/3/99
- Neri Receiving Ticket #NC-061-207-1 dated 12/9/99
- Neri Receiving Ticket #NC-061-207-1 dated 12/10/99
- Neri Transmittal dated 3/1/00
- Confirmation of Change dated 12/17/99
- Neri Field Notes and Work Orders dated 12/3/99, 12/6/99,

61

12/9/99 and 12/10/99

Full - 6/14/05 569    NERI PCO 062-207-1 - V.N. - I.C.
6-14-05
VN
(crossout)

- Neri Receiving Ticket #NC-062-207-1 dated 12/11/99
- 3/1/00 Neri fax to Elm Haven with Receiving Ticket
- Confirmation of Change dated 12/11/99
- Neri Field Notes and Work Orders 12/12/99 – 12/17/99

Full - 6-14-05 570    NERI PCO 063-207 - V.N. – I.C.

- Neri Receiving Ticket #NC-063-207 dated 12/6/99
- Neri Transmittal dated 3/1/00

Full 10-4-05 571    NERI PCO 063-207-1    J.F.

- Confirmation of Change – Invoice #NC-063 (207) dated 12/11/99
- Elm Haven letter to Neri re Request for Additional
  Compensation dated 2/7/00

Full - 6-14-05 572    NERI PCO 064-207 - V.N.

- Neri Receiving Ticket #NC-064-207 dated 12/13/99
- Neri Receiving Ticket #NC-064-207 dated 12/15/99
- Neri Transmittal dated 3/1/00

Full - 6-14-05 573    NERI PCO 064-207-1

- Neri Receiving Ticket #NC-064-207-1 dated 12/11/99
- Neri Transmittal dated 3/1/00
- Tilcon Invoice #10968 to Hammonassett Construction dated 12/20/99
- Confirmation of Change dated 12/11/99

Full - 6-14-05 574    NERI PCO 065-207-2 - V.N.

- Neri Receiving Ticket #NC-065-207-2 dated 12/13/99

62

- Valley Sand & Gravel Invoice #88182
- Valley Sand & Gravel Invoice #88183
- Valley Sand & Gravel Invoice #88184
- Valley Sand & Gravel Invoice #88185
- Valley Sand & Gravel Invoice #88186
- Valley Sand & Gravel Invoice #88187
- Valley Sand & Gravel Invoice #88188
- Neri Receiving Ticket #NC-065-207-2 dated 12/14/99
- Valley Sand & Gravel Invoice #88189
- Valley Sand & Gravel Invoice #88208
- Valley Sand & Gravel Invoice #88209
- Valley Sand & Gravel Invoice #88219
- Valley Sand & Gravel Invoice #88220
- Valley Sand & Gravel Invoice #88232
- Neri Receiving Ticket #NC-065-207-2 dated 12/15/99
- Valley Sand & Gravel Invoice #88317
- Valley Sand & Gravel Invoice #88336
- Valley Sand & Gravel Invoice #88356
- Neri Receiving Ticket #NC-065-207-2 dated 12/16/99
- Valley Sand & Gravel Invoice #88419
- Valley Sand & Gravel Invoice #88429
- Neri Transmittal dated 3/1/00
- Confirmation of Change dated 12/11/99
- Summary Sheet – Invoice #NC-065-207-2

Full - 614.05 575    **NERI PCO 065-207-4** - V.N. - I.C.

- Neri Receiving Ticket #NC-065-207-4 dated 12/11/99
- Neri Receiving Ticket #NC-065-207-4 dated 12/12/99
- Neri Receiving Ticket #NC-065-207-4 dated 12/18/99
- Neri Transmittal dated 3/1/00
- Schedule *re* Invoice #065-207-4
- T & S Tracking Ticket 12/11/99, 12/12/99 and 12/18/99

Full - 614.05 576    **NERI PCO 067-207-1** - V.N. - I.C.

63

- Neri Receiving Ticket #NC-067-207-1 dated 12/2/99
- Neri Transmittal dated 3/1/00
- Confirmation of Change dated 12/17/99
-Neri Field Notes and Work Orders dated 12/2/99, 12/7/99, 12/8/99, 12/9/99, 12/15/99 and 12/16/99

Full - 6-14-05 **577**    **NERI PCO 067-207-2** V.N.

- Neri Receiving Ticket #NC-067-207-2 dated 12/18/99
- Neri Transmittal dated 3/1/00
- Neri Field Notes and Work Orders dated 12/18/99, 12/20/99, 12/21/99 and 12/22/99
- Murano Invoice dated 12/28/99

Full - 6-14-05 **578**    **NERI PCO 068-207-1** - V.N. -I.C.

- Neri Receiving Ticket #NC-068-207-1 dated 11/16/99
- Neri Transmittal dated 3/1/00
- Confirmation of Change *re* Invoice #NC-068-1
- Neri Field Notes and Work Orders dated 11/16/99, 12/11/99, 12/13/99, 12/16/99 and 12/17/99

**579**    **NERI PCO 069-207**

Neri Receiving Ticket #069-207 dated 4/6/00

Full 6-14-05 **580**    **NERI PCO 069-207-1** - V.N. -I.C.

- Neri Receiving Ticket #NC-069-207-1 dated 12/19/99
- Valley Sand & Gravel Invoice #88477
- Valley Sand & Gravel Invoice #88448
- Valley Sand & Gravel Invoice #88427
- Valley Sand & Gravel Invoice #88426
- Neri Receiving Ticket #069-207-1 dated 12/17/99
- Valley Sand & Gravel Invoice #88569
- Valley Sand & Gravel Invoice #88585

RJT/29497/3/723242v1
05/18/05-HRT/

- Valley Sand & Gravel Invoice #88598
- Valley Sand & Gravel Invoice #88609
- Valley Sand & Gravel Invoice #88621
- Valley Sand & Gravel Invoice #88624
- Valley Sand & Gravel Invoice #88638
- Valley Sand & Gravel Invoice #88639
- Valley Sand & Gravel Invoice #88648
- Valley Sand & Gravel Invoice #88653
- Valley Sand & Gravel Invoice #88655
- Neri Receiving Ticket #NC-069-207-1 dated 12/18/99
- Valley Sand & Gravel Invoice #88657
- Valley Sand & Gravel Invoice #88661
- Valley Sand & Gravel Invoice #88672
- Neri Receiving Ticket #NC-069-207-1 dated 12/20/99
- Valley Sand & Gravel Invoice #88679
- Valley Sand & Gravel Invoice #88686
- Valley Sand & Gravel Invoice #88690
- Valley Sand & Gravel Invoice #88701
- Valley Sand & Gravel Invoice #88702
- Valley Sand & Gravel Invoice #88724
- Valley Sand & Gravel Invoice #88752
- Valley Sand & Gravel Invoice #88753
- Valley Sand & Gravel Invoice #88762
- Valley Sand & Gravel Invoice #88765
- Valley Sand & Gravel Invoice #88773
- Valley Sand & Gravel Invoice #88776
- Confirmation of Change dated 12/17/99
- Neri Transmittal dated 3/1/00

*Full- 6-14-05* 581    <u>NERI PCO 070-207</u> - V.N. - I.C.

- Neri Receiving Ticket #070-207 dated 12/20/99
- Tilcon Invoice #839927
- Neri Receiving Ticket #070-207 dated 12/21/99
- Tilcon Invoice #839760
- Tilcon Invoice #839995

RJT/29497/3/723242v1
05/18/05-HRT/

- Tilcon Invoice #840128
- Tilcon Invoice #840214
- Neri Receiving Ticket #NC-070-207 dated 12/22/99
- Tilcon Invoice #840318
- Neri Receiving Ticket #NC-070-207 dated 12/18/99
- Valley Sand & Gravel Invoice #88659
- Valley Sand & Gravel Invoice #88662
- Valley Sand & Gravel Invoice #88669
- Blue Diamond Quarry Invoices (2) #5940 and #5944
- Neri Receiving Ticket #NC-070-207 dated 1/8/00
- Confirmation of Change dated 12/21/99
- Neri Transmittal dated 3/1/00

*Full - 6-14-05* 582   <u>NERI PCO 070-207-1</u>  *V.N.*

- Neri Receiving Ticket dated 12/16/99
- Valley Sand & Gravel Ticket #88470
- Valley Sand & Gravel Ticket #88523
- Neri Transmittal dated 3/1/00
- Neri Field Note and Work Order dated 12/16/99

*Full - 6-14-05* 583   <u>NERI PCO 074-207-2-B</u>  *V.N.*

- Neri Receiving Ticket #NC-074-207-2-B dated 4/17/00
- Neri Field Note and Work Order dated 4/17/00

*Full - 6-14-05* 584   <u>NERI PCO 076-207-3-C</u>  *V.N.*

- Neri Receiving Ticket #NC-076-207-3-C dated 5/18/00
- Neri Field Note and Work Order dated 5/18/00

*Full - 6-15-05* 585   <u>NERI PCO 076-207-6-B</u>  *V.N.*

- Neri Receiving Ticket #NC-076-207-6-B dated 5/22/00
- Neri Field Note and Work Order dated 5/22/00

RJT/29497/3/723242v1
05/18/05-HRT/

Full - 615 586    <u>207-115</u>  V.N. -I.C

- Elm Haven Construction Speed Memo dated 5/23/00
- Neri Job Invoice dated 5/23/00
- Neri correspondence dated 4/22/00
- Neri Receiving Ticket #207-115 dated 5/23/00

Full - 615.005 587    <u>207-126</u>  V.N. - IC

- Neri Receiving Ticket #207-126 dated 5/24/00
- Neri Field Note dated 5/24/00

Full - 615.05 588    <u>207-129</u>    V.N.

- Neri Receiving Ticket #207-129 dated 6/12/00
- Neri Job Invoice dated 6/12/00
- Neri Field Note dated 6/12/00
- Neri Field Ticket dated 6/12/00
- Tilcon Invoice #093712 dated 6/12/00
- Tilcon Invoice #093656 dated 6/12/00
- Tilcon Invoice #093712 dated 6/12/00

589    <u>207-136</u>

- Neri correspondence dated 7/17/00
- Neri Field Calculation Sheet

Full 615.05 590    <u>207-138</u>  V.N.

- Neri Receiving Ticket #207-138 dated 5/2/00
- Neri Field Note and Work Order dated 5/2/00

591    <u>207-140</u>

- Elm Haven Construction transmittal dated 8/18/00
- Neri correspondence dated 8/28/00

67

Full 615 592    207-146 V.N.

    - Neri Receiving Ticket dated 11/27/00

Full - 614 593    010-204 - V.N. - I.C

    - Neri Invoice dated March 30, 1999
    - Neri Field Note dated March 29, 1999

Full - 614 - 594    013-204-1 - V.N. - I.C.

    - Neri Invoice No. 1677
    - Neri Field Note dated May 19, 1999
    - Neri RFI dated March 24, 1999
    - Neri correspondence dated August 2, 1999
    - Neri correspondence dated July 29, 1999
    - Neri correspondence dated July 16, 1999

Full - 61505 595    015-204 V.N. - I.C.

    - Elm Haven Memo dated March 31, 1999
    - Elm Haven Correspondence dated May 5, 1999
    - Neri Receiving Ticket dated June 26, 1999

596    015

    - Neri Receiving Ticket # H6-39 dated March 24, 1999
    - Neri undated Field Drawing

Full - 61505 597    16-204-g V.N.

    - Elm Haven Memo dated March 31, 1999
    - Neri Receiving Ticket dated June 26, 1999

RJT/29497/3/723242v1
05/18/05-HRT/

Full - 614 598  017-204-1  V.N.

    - Neri Receiving Ticket dated 3/26/99
    - Neri Job Invoice dated 4/23/99 – 5/3/99
    - Neri Job Invoice dated 5/4/99 – 5/13/99
    - Neri Job Invoice dated 5/14/99 – 5/28/99
    - Neri Job Invoice dated 4/26/99
    - Neri Job Invoice dated 6/11/99
    - Neri Job Invoice dated 6/23/99
    - Neri Job Invoice dated 6/24/99
    - Neri Job Invoice dated 6/25/99
    - Neri Job Invoice dated 6/29/99
    - Neri Job Invoice dated 6/30/00
    - Neri Job Invoice dated 7/6/99
    - Neri Job Invoice dated 7/8/99
    - Neri Job Invoice dated 9/1/99
    - Neri Job Invoice dated 6/28/99

Full - 6-14-05 599  019-204-1  - V.N. - I.C.

    - Neri Field Notes dated 4/19/99, 4/20/99, 4/21/99, 5/7/99, 5/11/99,
      5/13/99, 5/19/99, 6/2/99, 6/3/99 and 6/10/99
    - Neri Receiving Ticket #NC-019

Full - 6-15-05 600  019-204-1-g  V.N.

    - Neri correspondence dated May 5, 2000
    - LEA Daily Reports dated May 5, 2000
    - Elm Haven Letter dated May 11, 2000

Full - 6-15-05 601  019-204-2-g  V.N.

    - Neri correspondence dated May 5, 2000
    - Neri Field Drawing dated May 5, 2000
    - Neri Field Drawing dated April 28, 2000
    - LEA Daily Report dated April 28, 2000

RJT/29497/3/723242v1
05/18/05-HRT/

- LEA Daily Report dated May 5, 2000

full - 6·14·05 602    023-204-1 - V.N.

- Neri correspondence dated April 29, 1999
- AIA Construction Change Directive dated April 29, 1999
- Neri Invoice dated May 5, 1999
- Neri Invoice dated May 18, 1999

603    028-204-1-g    V.N. - I.C.

full 6.15.05

- Elm Haven Construction Directive dated January 11, 2000
- Elm Haven Construction Directive dated April 24, 2000
- Neri Receiving Ticket dated 1/5/00
- Neri Receiving Ticket dated 1/6/00
- Neri Field Drawing dated 1/5/00
- Neri Receiving Ticket dated 1/6/00
- Neri Receiving Ticket dated 1/10/00
- Neri Receiving Ticket dated 1/11/00
- Neri Receiving Ticket dated 1/12/00
- Neri Receiving Ticket dated 1/13/00
- Neri Receiving Ticket dated 1/14/00
- Neri Receiving Ticket dated 1/19/00
- Neri Receiving Ticket dated 1/20/00
- Neri Receiving Ticket dated 1/21/00
- Neri Receiving Ticket dated 1/24/00
- Neri Receiving Ticket dated 1/26/00
- Neri Receiving Ticket dated 1/27/00
- Neri Receiving Ticket dated 1/28/00
- Neri Receiving Ticket dated 1/31/00
- Neri Receiving Ticket dated 2/1/00
- Neri Receiving Ticket dated 2/2/00
- Neri Receiving Ticket dated 2/3/00
- Neri Receiving Ticket dated 3/2/00
- Neri Receiving Ticket dated 3/14/00
- Neri Receiving Ticket dated 3/15/00

70

- Neri Receiving Ticket dated 3/16/00
- Neri Receiving Ticket dated 4/26/00
- Neri Receiving Ticket dated 4/27/00
- Neri Receiving Ticket dated 4/28/00
- Neri Receiving Ticket dated 4/29/00

Full 9-13-05 **604**   <u>030-204-1</u>

- Elm Haven Change Order #204-13 -C.N.

Full - 6-15-05 **605**   <u>045-204-1</u>  V.N.

- Neri Receiving Ticket dated 10/27/99
- Neri Transmittal dated March 1, 2000

**606**   <u>046-204-1</u>

- Neri Transmittal dated September 30, 1999

Full 6-15-05 **607**   <u>075-204-1-E</u>   V.N.

- Neri Receiving Ticket dated 3/5/00
- Neri Receiving Ticket dated 3/4/00
- Neri Receiving Ticket dated 3/3/00
- Neri Receiving Ticket dated 3/2/00
- Neri Receiving Ticket dated 3/6/00
- Neri Receiving Ticket dated 3/7/00
- Neri Receiving Ticket dated 3/8/00
- Neri Receiving Ticket dated 3/9/00
- Field Memo dated 3/7/00

Full 6-15-05 **608**   <u>204-056</u>   V.N.

- Neri Receiving Ticket dated 5/19/00
- Neri Field Drawing dated 5/19/00

71

609    <u>204-057</u>    V.N.

Full
6-15-05

- Neri Receiving Ticket dated 5/22/00
- Neri Field Note dated 5/22/00

Full
6-15-05

610    <u>204-078</u>    V.N.

- Neri Correspondence dated July 17, 2000
- Neri Field Note dated July 17, 2000
- Field Sketch dated July 17, 2000

Full
6.15.05

611    <u>204-087</u>    V.N.

- Neri Correspondence dated July 28, 2000

Full
6.15.05

612    <u>204-130</u>    V.N.

- Neri Field Note dated 10/25/00
- Neri Field Note dated 10/26/00
- Neri Field Note dated 10/27/00
- Neri Field Note dated 10/30/00
- Neri Field Note dated 10/31/00
- Neri Field Note dated 11/1/00
- Neri Field Note dated 11/2/00
- Neri Field Note dated 11/3/00
- Neri Field Note dated 11/4/00
- Neri Field Note dated 11/8/00
- Neri Field Note dated 11/16/00
- Neri Field Note dated 11/17/00
- RFI dated 10/25/00
- Blades & Gaven #S-9-5 dated 10/26/00
- Elm Haven Letter dated 10/25/00
- Elm Haven Transmittal dated 10/27/00
- Elm Haven Memo dated 11/6/00
- Field Sketch dated 11/3/00

RJT/29497/3/723242v1
05/18/05-HRT/

Full
6.15.05        613    <u>204-131</u> V.N.

- Neri Letter dated 11/22/00
- Field Valuation Sheet dated 11/17/00
- Field Note dated 11/17/00
- Field Sketches
- Field Note dated 11/3/00

Full
6.15.05        614    <u>204-134</u> V.N.

- Neri Receiving Ticket dated 11/27/00
- Neri Receiving Ticket dated 12/1/00
- 3 Truck Tickets dated 11/27/00
- 2 Truck Tickets dated 12/1/00
- Field Sketch undated

Full 6.15.05    615    <u>204-135</u> V.N.                    115B - Full 6.15.05

- Neri Receiving Ticket dated 11/22/00
- Neri Field Notes dated 11/27/00 and 11/28/00
- Elm Haven Letter dated 11/8/00

Full
6.15.05        616    <u>204-139</u> V.N.

- Neri Receiving Ticket dated 11/22/00
- Neri Field Notes dated 11/28/00 and 11/29/00
- 3 Truck Tickets dated 11/29/00
- 1 Truck Ticket dated 12/1/00

617    Photographs - 12/28/98

618    Photographs - 1/26/99

619    Photographs - 5/26/00

Full 9-13-05  620    Photographs - 11/24/00 · C.N.

RJT/29497/3/723242v1
05/18/05-HRT/

9,305-full 621    Photographs - 12/27/00 *C.N.*

9,1305 full 622    Photographs - 10/25/00 *C.N.*

623    Photographs - 10/9/00

12 A.    <u>Deposition Testimony (Plaintiff)</u>.  Elm Haven does not anticipate that it will use deposition testimony of witnesses at trial.

12 B.    <u>Deposition Testimony (Defendant)</u>.  To the extent that a witness is unavailable Defendant anticipates introducing deposition testimony.  At this point, the only deposition testimony could be that from Ivan Carlson.

13.    <u>Requests for Jury Instructions</u>.  This is a court case.

14 A.    <u>Anticipated Evidentiary Problems (Plaintiff)</u>.  At this time, Elm Haven does not anticipate any evidentiary problems.

14 B.    <u>Anticipated Evidentiary Problems (Defendant)</u>.  Defendant does not necessarily anticipate any evidentiary problems.  The extent, however, that a witness is proferred by Plaintiff to provide what would amount to being expert testimony, Defendant would object because there was no expert disclosure.  Defendant reserves its rights with regard to any evidentiary issues that might arise.

15.    <u>Proposed Findings and Conclusions</u>.  Per the Bench Trial Order, the parties have not proposed any findings or conclusions at this time.

74