*Defendant's Witness List*

Haven Construction, as a witness in defense of Neri's counterclaim.

10 B. <u>List of Witnesses (Defendant)</u>.

Def - 6-13-05  
10-5-05

a. <u>Steven Simoncini</u>. *Clinton, CT* Mr. Simoncini was involved with the bidding and negotiation of the Project, and the pricing of certain extra work issues. He will testify as to Neri's original Contract scope of work, the negotiation of the Subcontract, extra work issues with which he was involved, and certain values of the work deleted by Elm Haven Construction.

Def - 6-13-05  
6-14-05  
6-15-05  
6-17-05  
6-24-05  
6-27-05  
9-12-05  
10-5-05

b. <u>Vincent Neri</u>. *Westbrook, CT* Mr. Vincent Neri was one of the Project Managers for the Project. He will testify as to the scope of Neri's work, the progress of Neri's work, and the performance of extra work on the Project.

Def - 9-13-05  
9-23-05  
10-5-05

c. <u>Carl Neri</u>. *Pleasant, CT* Mr. Carl Neri was employed by Neri and was involved with the negotiation of the Subcontract. He was also involved with the discussions, pricing, preparation and negotiation of extra work issues. He will testify as to the negotiation of the Subcontract, Neri's scope of work, the progress of Neri's work and the extra work issues.

Def - 9-13-05

d. <u>Kim Neri</u>. *Clinton, CT* Ms. Kim Neri was involved with Neri's requisitions for payment, payments received from Elm Haven Construction, and the pricing and preparation of Neri's charge order requests. She will testify regarding

26

RJT/29497/3/723242v1  
05/18/05-HRT/

these issues. Moreover, she is the managing member of Hammonassett Construction and will testify as to the paving that Hammonassett was to perform on the Project as Neri's listed WBE Subcontractor for the Project.

e. <u>Mark Rossetti</u>. Mr. Rossetti was a Project Manager for Neri. He was involved with particular extra work issues. He will testify as to the progress of Neri's work and the performance of extra work.

f. <u>Earl Tucker</u>. Mr. Tucker is the President of Empire Paving. He will testify as to the contract Empire had to pave certain portions of the Project in the spring, 2000.

Def - 9-22-05

g. <u>Ivan Carlson</u>. *Bethel, CT* Mr. Carlson was Elm Haven Construction's Project Superintendent until August, 2000. He was involved in reviewing and approving change order requests and will testify to them.

h. <u>Doug King</u>. Mr. King was a consultant to Neri and was involved with reviewing outstanding contract scope in the spring, 2001. Moreover, Mr. King was involved with the Payment Bond claim Neri made to Elm Haven Construction's surety with regard to unpaid balances. He may testify as to both issues.

27

RJT/29497/3/723242v1
05/18/05-HRT/

i. <u>Salvatore Palaia, P.E.</u>  Mr. Palaia is the Vice President of LEA, the engineers for the Project. He will testify as to the design changes made during the Project, and as to daily reports prepared by LEA during the Project with regard to extra work performed by Neri.

j. <u>Earl Gaven</u>. Mr. Gaven is a principal of Blades & Gaven. He will testify as to the design changes made during the Project; in particular regarding handicap ramps, concrete driveway aprons and sidewalks.

k. <u>Representative for Midway Trucking</u>. To testify as to Truck Tickets for materials hauled.

l. <u>Representative from L. Suzio Concrete</u>. To testify as to delivery of materials relating to the performance of extra work.

m. <u>Representative from Valley Sand & Gravel</u>. To testify as to delivery of materials relating to the performance of extra work.

n. <u>Representative from Levesque Trucking</u>. To testify as to Truck Tickets relating to the performance of extra work.