# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELM HAVEN CONSTRUCTION, L.P. | CIVIL NO. 3:01-CV-01307 (WIG) |
| Plaintiff | |
| V. | |
| NERI CONSTRUCTION, LLC. | |
| Defendant/Counterclaim Plaintiff | FEBRUARY 27, 2006 |

## DEFENDANT/COUNTERCLAIM PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT

The Defendant/Counterclaim Plaintiff respectfully requests the court for permission to exceed the page limit for the filing of its Proposed Findings of Fact. These Proposed Findings of Fact were put together at the Judge Garfinkel's request, and in the format requested by Judge Garfinkel.

**NERI CONSTRUCTION, LLC**

**John J. O'Brien, Jr. (CT04856)**
**PECK & O'BRIEN, P.C.**
433 Silas Deane Highway, Second Floor
Wethersfield, CT 06109-2115
Telephone: (860) 563-5500
Facsimile: (860) 563-5520
**Attorney for Defendant/Counterclaim Plaintiff**

## CERTIFICATE OF SERVICE

This is to certify that on this 28th day of February, 2006, the foregoing was mailed to plaintiff's counsel of record:

    Richard Twilley, Esq.
    Pepe & Hazard LLP
    Goodwin Square
    225 Asylum Street
    Hartford, CT 06103-4302

                                      _____
                                      JOHN J. O'BRIEN, JR.

06.02.27 Neri.Elm Haven.Motion to Exceed Page Limit