UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELM HAVEN CONSTRUCTION, L.P., : CIVIL NO. 3:01-CV-01307 (WIG)<br>Plaintiff, :<br>:<br>v. :<br>:<br>NERI CONSTRUCTION, LLC, : JUNE 28, 2007<br>Defendant. : | |

## MOTION FOR WITHDRAWAL OF APPEARANCE

TO:   Clerk of Court
      United States District Court
      District of Connecticut
      915 Lafayette Boulevard
      Bridgeport, CT 06604

Pursuant to United States District Court, District of Connecticut, Local Rule 7(e), the undersigned counsel hereby moves to withdraw his appearance on behalf of Plaintiff Elm Haven Construction, L.P. In support thereof, the undersigned counsel represents as follows:

1.   On or about April 1, 2005, Thomas G. Librizzi, Esq. of Pepe & Hazard LLP, entered his appearance on behalf of Plaintiff Elm Haven Construction, L.P.

2.   On or about September 8, 2005, the undersigned, Richard Twilley, Esq., of Pepe & Hazard LLP, filed his appearance on behalf of Plaintiff Elm Haven Construction, L.P.

3.   As of the filing of this Motion for Withdrawal of Appearance, Plaintiff Elm Haven Construction, L.P., continues to be represented by Thomas G. Librizzi, Esq., and the law firm of Pepe & Hazard LLP.

4.   The undersigned represents he has resigned his position at Pepe & Hazard LLP, effective today.

RJT/29497/3/819167v1

5.   A copy of this Motion for Withdrawal of Appearance has been sent via facsimile, with confirmation of receipt, along with a copy via certified mail, to Plaintiff Elm Haven Construction, L.P.

WHEREFORE, for the foregoing reasons, Richard Twilley, Esq., of Pepe & Hazard LLP hereby files this Motion for the Withdrawal of Appearance on behalf of Plaintiff Elm Haven Construction, L.P., and respectfully requests that this Motion be granted.

PLAINTIFF:<br>
ELM HAVEN CONSTRUCTION, L.P.<br><br>
By: _/s/ Richard Twilley_<br>
Richard Twilley, Esq.<br>
Federal Bar No.: ct26736<br>
Pepe & Hazard LLP<br>
Goodwin Square<br>
225 Asylum Street<br>
Hartford, CT 06103-4302<br>
Telephone No.: (860) 241-2680<br>
Facsimile No.: (860) 522-2796<br>
RTwilley@pepehazard.com

2

## CERTIFICATION

A copy of the foregoing is being served upon counsel for the Plaintiff via first class mail and via the Court's electronic notice this 28th day of June, 2007 to:

John J. O'Brien, Jr.
Law Offices of Peck & O'Brien, P.C.
433 Silas Deane Highway
Wethersfield, CT  06109-2115

_____
Richard Twilley

**And a copy of the foregoing has been sent via facsimile and mailed via certified mail to:**

Mr. John F. Ford
CorJen Construction Inc.
250 State St., Unit A2
North Haven, CT  06473-6102