UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ELM HAVEN CONSTRUCTION
LIMITED PARTNERSHIP

    v.                                                              3:01cv1307 WIG

NERI CONSTRUCTION, LLC

    v.

AMERICAN CASUALTY COMPANY OF
READING, PA

## J U D G M E N T

This matter came on before the Honorable William I. Garfinkel, United States Magistrate Judge, after a bench trial. A Consent to Proceed Before a U.S. Magistrate was entered on June 26, 2004.

The Court filed its Findings of Fact and Conclusions of Law on November 16, 2007. The defendant Neri Construction, LLC is to recover from Elm Haven Construction Limited Partnership the amount of $772,799.00, plus prejudgment interest at the rate of 10% per annum, or $211.7258 per day, from January 1, 2002, to the date judgment is entered. The Third-Party Defendant, American Casualty Company of Reading, PA is also liable to Defendant Neri Construction, LLC in the same amount although defendant Neri is not entitled to a double recovery.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant Neri Construction, LLC against Elm Haven Construction Limited Partnership and American Casualty Company of Reading, PA, jointly and severally, in the amount of $772,799.00, plus prejudgment interest and the case is closed.

Dated at Bridgeport, Connecticut, this 27th day of November, 2007.

                                  ROBERTA D. TABORA, Clerk

                                  By   /s/ Chrystine W. Cody
                                          Deputy-in-Charge

Entered on Docket _____