

2007 DEC 10 P 3: 24

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELM HAVEN CONSTRUCTION<br>LIMITED PARTNERSHIP | : | CIVIL ACTION NO. 3:01cv1307(WIG) |
|       Plaintiff,<br>VS. | : | |
| NERI CONSTRUCTION, LLC<br>and UNITED STATES FIDELITY &<br>GUARANTY COMPANY | : | |
|       Defendants. | : | |
| NERI CONSTRUCTION, LLC | : | |
|       Third-Party Plaintiff,<br>VS. | : | |
| AMERICAN CASUALTY COMPANY<br>OF READING, PA | : | |
|       Third-Party Defendant | : | DECEMBER 10, 2007 |

## DEFENDANT/COUNTERCLAIM PLAINTIFF,
## NERI CONSTRUCTION, LLC'S
## MOTION TO AMEND JUDGMENT

Pursuant to Fed. R. Civ. Pro. 59(e), the Defendant/Counterclaim Plaintiff, **NERI CONSTRUCTION, LLC**, respectfully requests that the Court amend its judgment in two regards:

(1) The Court at Page 86, Paragraph 177, provides the Plaintiff with a credit of $121,560 based upon Exhibit 627 for the work that **NERI**, would have had to perform on Ashumun Street (N). However, the Plaintiff at Exhibit 376 pegs the balance to finish number at $99,455 and not $121,560. As such, the net judgment to **NERI** should be increased by the corresponding $22,105 as well as there being a reduction of $1,105.25 to the markup allowed the Plaintiff for a total net increase to Neri of $23,210.25.

(2) The Court at Page 32, Paragraph 94, indicates that the Parties agreed to certain deductions and then at Page 33 indicates that one of these items was the Canal Street Sidewalk (East Side) with a deduction of $14,885. **NERI** does not recall consenting to this deduction and instead submits that this deduction is not warranted because the evidence before the Court, in particular, Exhibit 668, demonstrates that this Work was not outstanding because it had been performed. **NERI** further submits that there is no testimony from Plaintiff either at trial or most particularly in its post-trial submission with regard to this item, from which its burden of proof on this item can be met.

Accordingly, **NERI** requests that the judgment be amended to reflect a net increase of $38,095.25 to the total amount due to **NERI**.

**NERI CONSTRUCTION, LLC**

By _____
JOHN J. O'BRIEN, JR., ESQ. (CT04856)
Post Office Box 290942
Wethersfield, Connecticut 06109

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 10th day of December, 2007 to the following counsel of record:

Thomas G. Librizzi, Esq.
Pepe & Hazard, LLP
Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103-4302

_____
JOHN J. O'BRIEN, JR., ESQ.

3