# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELM HAVEN CONSTRUCTION, L.P., | : | CIVIL NO. 3:01-CV-01307 (WIG) |
|     Plaintiff & Counterclaimed-Defendant | : | |
| v. | : | |
| NERI CONSTRUCTION, LLC, | : | |
|     Defendant, Counterclaimant & Third-Party Plaintiff | : | |
| v. | : | |
| AMERICAN CASUALTY COMPANY OF READING, PA., | : | |
|     Third-Party Defendant | : | DECEMBER 11, 2007 |

## MOTION TO ALTER OR AMEND JUDGMENT

The Plaintiff, Elm Haven Construction, L.P. ("Elm Haven") and the Third-Party Defendant, American Casualty Company of Reading, PA ("American Casualty"), pursuant to Federal Rule of Civil Procedure 59(e), respectfully requests that this Court alter or amend the judgment entered on November 27, 2007 to correct the Court's mistaken analysis and calculation of certain damages claimed by Elm Haven and the defendant, Neri Construction, LLC ("Neri"). Specifically, the Court's Findings of Fact and Conclusions of Law contains mistaken or incorrect factual analysis concerning the calculation of certain of Elm Haven's back charges and Neri's extra work claims, such

that Neri's net recovery of $772,799 for the total due under the Subcontract and Extra Work claims should be reduced by a total sum of $114,661.18.  The inclusion of said sum of $114,661.18 in judgment is not supported by the undisputed facts and law, and would constitute a manifest injustice to Elm Haven and American Casualty.

    WHERERFORE, and for the reasons more fully set forth in the accompanying memorandum of law, Elm Haven and American Casualty respectfully request that the Court grant this Motion to Alter or Amend Judgment.

<div style="margin-left:40%">

PLAINTIFF and THIRD-PARTY DEFENDANT:
ELM HAVEN CONSTRUCTION, L.P. and
AMERICAN CASUALTY COMPANY OF
READING, PA


By:    ct04647
      Thomas G. Librizzi
      Federal Bar No.: ct04647
      Pepe & Hazard LLP
      Goodwin Square
      225 Asylum Street
      Hartford, CT  06103-4302
      Telephone No.: (860) 241-2680
      Facsimile No.:  (860) 522-2796
      tlibrizzi@pepehazard.com

</div>

**CERTIFICATION**

I hereby certify that on December 11, 2007, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By:     ct04647
Thomas G. Librizzi
Fed. Bar No. ct04647
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT  06103
Phone:  (860) 522-5175
Fax:  (860) 522-2796
E-mail:  tlibrizzi@pepehazard.com