# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELM HAVEN CONSTRUCTION, L.P., | : | CIVIL NO. 3:01-CV-01307 (WIG) |
|     Plaintiff & Counterclaimed- Defendant | : : | |
| | : | |
| v. | : | |
| | : | |
| NERI CONSTRUCTION, LLC, | : | |
|     Defendant, Counterclaimant & Third-Party Plaintiff | : : | |
| | : | |
| v. | : | |
| | : | |
| AMERICAN CASUALTY COMPANY OF READING, PA., | : : | |
|     Third-Party Defendant | : | DECEMBER 11, 2007 |

## MOTION FOR STAY OF PROCEEDINGS TO ENFORCE JUDGMENT

The Plaintiff, Elm Haven Construction, L.P. ("Elm Haven") and Third-Party Defendant, American Casualty Company of Reading, PA. ("American Casualty"), respectfully request that the Court enter an order staying the enforcement of the judgment entered on November 27, 2007. Elm Haven and American Casualty have filed a Motion to Alter or Amend Judgment under Federal Rule of Civil Procedure 59(e) and hereby move that the Court, pursuant to Federal Rule of Civil Procedure 62(b)(3), enter a stay of any proceedings the Defendant, Neri Construction, LLC, may commence to seek enforcement of the judgment.

FAS/29497/3/835173v1
12/11/07-HRT/

WHEREFORE, and for the reasons more fully articulated in the accompanying memorandum of law, Elm Haven and American Casualty respectfully request that the Court grant this Motion for Stay of Proceedings to Enforce Judgment.

                PLAINTIFF AND THIRD
                PARTY DEFENDANT:
                ELM HAVEN CONSTRUCTION, L.P.
                AND AMERICAN CASUALTY
                COMPANY OF READING, PA.

                By: ct04647
                    Thomas G. Librizzi
                    Federal Bar No.: ct04647
                    Pepe & Hazard LLP
                    Goodwin Square
                    225 Asylum Street
                    Hartford, CT  06103-4302
                    Telephone No.: (860) 241-2680
                    Facsimile No.:  (860) 522-2796
                    tlibrizzi@pepehazard.com

**CERTIFICATION**

I hereby certify that on December 11, 2007, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: <u>ct04647</u>
Thomas G. Librizzi
Fed. Bar No. ct04647
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Phone: (860) 522-5175
Fax: (860) 522-2796
E-mail: tlibrizzi@pepehazard.com

FAS/29497/3/835173v1
12/11/07-HRT/