## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELM HAVEN CONSTRUCTION, L.P., | : | CIVIL NO. 3:01-CV-01307 (WIG) |
|     Plaintiff & Counterclaimed- Defendant | : : | |
| | : | |
| v. | : | |
| | : | |
| NERI CONSTRUCTION, LLC, | : | |
|     Defendant, Counterclaimant & Third-Party Plaintiff | : : | |
| | : | |
| v. | : | |
| | : | |
| AMERICAN CASUALTY COMPANY OF READING, PA., | : : | |
|     Third-Party Defendant | : | DECEMBER 11, 2007 |

### MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR STAY OF PROCEEDINGS TO ENFORCE JUDGMENT

The Plaintiff, Elm Haven Construction, L.P. ("Elm Haven") and Third-Party Defendant, American Casualty Company of Reading, P.A. ("American Casualty"), hereby submit this memorandum of law in support of their Motion for Stay of Proceedings to Enforce Judgment.

### FACTS AND PROCEDURAL HISTORY

As set forth in the Court's November 16, 2007 Findings of Fact and Conclusions of Law, this case arises out of a dispute between Elm Haven and the Defendant, Neri

Construction, LLC ("Neri" or "Defendant"), related to a subcontract for site work on a housing project in New Haven, Connecticut.  After eighteen days of trial, the Court ultimately concluded that both parties breached the subcontract and, on November 27, 2007, awarded a net judgment in Neri's favor as compensation for the performance of certain contract work and work beyond the scope of the subcontract.  On December 11, 2007, Elm Haven and American Casualty filed a Motion to Alter or Amend Judgment pursuant to Federal Rule of Civil Procedure 59(e), requesting that the Court alter or amend certain elements of the net damages awarded to Neri.  Elm Haven and American Casualty now respectfully requests that the Court, pursuant to Federal Rule of Civil Procedure 62(b)(3), order a stay to enforce proceedings to enforce the judgment entered in this case.

## ARGUMENT

I. **The conditions for entering a stay pursuant to Rule 62(b)(3) of the Federal Rules of Civil Procedure exist, and the circumstances and equities presented by this case warrant the issuing a stay of proceedings to enforce the judgment.**

Rule 62(b)(3) of the Federal Rules of Civil Procedure provides that "[o]n appropriate terms for the opposing party's security, the court may stay the execution of a judgment—or any proceedings to enforce it—pending disposition of . . . [a motion] under Rule 59 [of the Federal Rules of Civil Procedure] . . . to alter or amend a judgment . . .

2

." Elm Haven and American Casualty filed a Rule 59(e) motion to alter or amend the judgment, which, along with the Court's finding that judgment also enter against American Casualty, permits the Court to enter a stay of proceedings to enforce the judgment. As Elm Haven's surety for the project, American Casualty has already provided a bond sufficient to secure Neri's interest in the judgment entered on November 27, 2007. The surety bond is in evidence as Ex. 661. Moreover, the latest A.M. Best rating of "A (Excellent)" for American Casualty is attached to this memorandum as Ex. A. Requiring additional security from Elm Haven and American Casualty would only serve to over-secure Neri by duplicating the bond currently in place, and prejudice Elm Haven's and American Casualty's rights while they pursue the filing and resolution of post-trial motions.

## CONCLUSION

For all the aforementioned reasons, Elm Haven and American Casualty respectfully request that this Court grant the Motion for Stay of Proceedings to Enforce Judgment and enter an order staying the execution of the judgment entered in this case until such time as this Court rules upon the Motion to Alter or Amend Judgment.

    PLAINTIFF AND THIRD-PARTY DEFENDANT:
ELM HAVEN CONSTRUCTION, L.P.
AND AMERICAN CASUALTY
COMPANY OF READING, PA.

By:   ct04647
Thomas G. Librizzi
Federal Bar No.: ct04647
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
Telephone No.: (860) 241-2680
Facsimile No.: (860) 522-2796
tlibrizzi@pepehazard.com

4

## CERTIFICATION

I hereby certify that on December 11, 2007, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: ct04647
Thomas G. Librizzi
Fed. Bar No. ct04647
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT  06103
Phone:  (860) 522-5175
Fax:  (860) 522-2796
E-mail:  tlibrizzi@pepehazard.com