



- Rating Center
- Rating Methodology
- Industry Research
- Ratings Definitions
- Search Best's Ratings
- Press Releases
- Related Products
- Industry & Regional
- Country Risk
- Structured Finance
- How to Get Rated
- Contact an Analyst

View Ratings: Financial Strength  Issuer Credit  Securities  Advanced Search          Other Web Center

## American Casualty Company of Reading, PA

(a member of CNA Insurance Companies)
A.M.Best #: 02127    NAIC #: 20427    FEIN #: 230342560
Stock Ticker: New York Stock Exchange NYSE CNA

Address: 333 South Wabash, Floor 22
Chicago, IL 60604

Phone: 312-822-5000
Fax: 312-822-6419
Web: www.cna.com

Assigned to companies that have, in our opinion, an excellent ability to meet their ongoing obligations to policyholders.

### Best's Ratings

**Financial Strength Ratings**    View Definitions
Rating: **A (Excellent)**
Affiliation Code: **g (Group)**
Financial Size Category: **XV ($2 Billion or greater)**
Outlook: **Stable**
Action: **Affirmed**
Effective Date: **April 18, 2007**

**Issuer Credit Ratings**    View Definitio
Long-Term: **a**
Outlook: **Stable**
Action: **Affirmed**
Date: **April 18, 2007**

* Denotes *Under* Review Best's Ratings

### Reports and News

Visit our NewsRoom for the latest news and press releases for this company and its A.M. Best Group



BestMark for Secure-Rated Insurers
Find Out More

Understanding Best's Ratings
Business Value & Consumer Confidence

 **Best's Company Report** - includes Best's Financial Strength Rating and rationale along with analytical commentary, detailed business overview and key financial data.
**Report Revision Date:** 05/18/2007 (represents the latest significant change).
Historical Reports are available in Best's Company Report Archive.

 **Best's Executive Summary Reports (Financial Overview)** - available in three versions, the style reports feature balance sheet, income statement, key financial performance tests includ liquidity and reserve analysis.
**Data Status:** 2007 Best's Statement File - P/C, US. Contains data compiled as of 11/28/200 Checked).

- **Single Company** - five years of financial data specifically on this company.
- **Comparison** - side-by-side financial analysis of this company with a peer group of up to companies you select.
- **Composite** - evaluate this company's financials against a peer group composite. Report average and total composite of your selected peer group.

 **AMB Credit Report - Business Professional** - provides three years of key financial data pr colorful charts and tables. Each report also features the latest Best's Ratings, Rating Rationa from our Business Review commentary.
**Data Status:** Contains data compiled as of 11/28/2007 (Quality Cross Checked).

 **Best's Key Rating Guide Presentation Report** - includes Best's Financial Strength Rating as provided in Best's Key Rating Guide products.
**Data Status:** 2006 Financial Data (Quality Cross Checked).

### Financial and Analytical Products

Best's Property/Casualty Center - Premium Data & Reports
Best's Key Rating Guide - P/C, US & Canada



Exhibit A

- Best's Statement File - P/C, US
- Best's Statement File - Global
- Best's Insurance Reports - P/C, US & Canada
- Best's State Line - P/C, US
- Best's Insurance Expense Exhibit (IEE) - P/C, US
- Best's Regulatory Center Market Share Reports
- Best's Schedule P (Loss Reserves) - P/C, US

---

Customer Service | Product Support | Member Center | Contact Info | Caree
About A.M. Best | Site Map | Privacy Policy | Security | Terms of Use | Legal & Lic

Copyright © 2007 A.M. Best Company, Inc. All rights reserved.
A.M. Best Worldwide Headquarters, Ambest Road, Oldwick, New Jersey, 08858, U.S.A