UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELM HAVEN CONSTRUCTION<br>LIMITED PARTNERSHIP | : | CIVIL ACTION NO. 3:01cv1307(WIG) |
| | : | |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| NERI CONSTRUCTION, LLC<br>and UNITED STATES FIDELITY &<br>GUARANTY COMPANY | : | |
| | : | |
| Defendants. | : | |
| NERI CONSTRUCTION, LLC | : | |
| | : | |
| Third-Party Plaintiff, | : | |
| VS. | : | |
| | : | |
| AMERICAN CASUALTY COMPANY<br>OF READING, PA | : | |
| | : | |
| Third-Party Defendant | : | DECEMBER 13, 2007 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2007, a copy of foregoing Defendant/Counterclaim Plaintiff, Neri Construction, LLC's Objection To Plaintiff's Motion For Stay was filed electronically and served by mail on anyone unable accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

NERI CONSTRUCTION, LLC

By_____
JOHN J. O'BRIEN, JR., ESQ. (CT04856)
Post Office Box 290942
Wethersfield, Connecticut 06109
Phone: 860.563.5500
Fax:   860.563.5520
E-mail: jobrien@cttrustcounsel.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELM HAVEN CONSTRUCTION<br>LIMITED PARTNERSHIP | : | CIVIL ACTION NO. 3:01cv1307(WIG) |
| Plaintiff, | : | |
| VS. | : | |
| NERI CONSTRUCTION, LLC<br>and UNITED STATES FIDELITY &<br>GUARANTY COMPANY | : | |
| Defendants. | : | |
| NERI CONSTRUCTION, LLC | : | |
| Third-Party Plaintiff, | : | |
| VS. | : | |
| AMERICAN CASUALTY COMPANY<br>OF READING, PA | : | |
| Third-Party Defendant | : | DECEMBER 13, 2007 |

## DEFENDANT/COUNTERCLAIM PLAINTIFF, NERI CONSTRUCTION, LLC'S OBJECTION TO PLAINTIFF'S MOTION FOR STAY

Plaintiff has requested that the Court exercise its discretion and grant a continued stay of execution in this matter. Plaintiff's request for a Fed. R. Civ. Pro. 62(b)(3) stay results from its request that the Court amend its judgment. NERI respectfully objects to any continued stay of execution for the reasons set forth in this Objection.

The Plaintiff has filed a Rule 59(e) motion requesting that the Court amend particular elements of the net damages awarded to NERI CONSTRUCTION, LLC ("NERI")[1]. The Plaintiff's requested amendment, if granted in full by the Court, would serve to reduce the net judgment, before prejudgment interest, by $114,661.18. As such, the judgment, if the Plaintiff's Motion is granted in full, would still stand at $658,137.82, before the addition of accrued prejudgment interest on that amount.

Clearly the total judgment remaining, irrespective of the Plaintiff's request, is a very significant number. NERI has been waiting at least seven (7) years to get paid the monies rightfully due it. NERI is not a large company and this situation has had a significant financial impact. To stay execution of the judgment any longer would only serve to exacerbate an already difficult financial situation.

A clear example of such financial hardship occasioned by the Plaintiff as a result of this matter is demonstrated by reference to <u>United States Fidelity & Guaranty Co. v. Neri Construction, LLC,</u> *3:02cv00524 (AWT)* (the "USF&G matter"). Originally included in this matter was a claim by the Plaintiff against UNITED STATES FIDELITY & GUARANTY COMPANY ("USF&G"), NERI's surety on the Project. Plaintiff claimed that USF&G was required to make payment for the costs Plaintiff incurred to finish the remaining work on the Project.

2

---

[1] **NERI** is reviewing that Motion and intends to separately file a response but did not want to wait to get this Objection filed with the Court.

Eventually, USF&G was granted summary judgment in this matter but not before it had incurred significant legal fees and costs for which it brought suit against NERI in the USF&G matter, and in which it ultimately obtained a judgment. To date, USF&G has been waiting to satisfy its judgment in the USF&G matter from any potential judgment in this matter. Nonetheless, USF&G does not intend to continue waiting and to the extent any execution in this matter is stayed, USF&G will look to satisfy its judgment in the USF&G matter from other NERI and personal financial resources. This has the potential of further exacerbating the financial hardships to NERI and potentially others resulting from this matter.

The Plaintiff has requested that the Court exercise its discretion under Fed. R. Civ. Pro. 62(b)(3) and stay any further execution. NERI respectfully submits that the circumstances and equities of this matter clearly do not warrant a further stay of execution. As such, NERI requests that the Court exercise its discretion and not grant the requested stay; and to the extent the Court considers such a stay, that the stay only apply to the $114,661.18 the Plaintiff seeks to amend and not the balance remaining unaffected by Plaintiff's request.

NERI CONSTRUCTION, LLC

By_____
JOHN J. O'BRIEN, JR., ESQ. (CT04856)
Post Office Box 290942
Wethersfield, Connecticut 06109

3

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 13th day of December, 2007 to the following counsel of record:

Thomas G. Librizzi, Esq.
Pepe & Hazard, LLP
Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103-4302

_____
JOHN J. O'BRIEN, JR., ESQ.