UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ELM HAVEN CONSTRUCTION
LIMITED PARTNERSHIP

    v.                                          3:01cv1307 WIG

NERI CONSTRUCTION, LLC

    v.

AMERICAN CASUALTY COMPANY OF
READING, PA

## AMENDED JUDGMENT

This matter came on before the Honorable William I. Garfinkel, United States Magistrate Judge, on a motion to amend or alter the judgment. A Consent to Proceed Before a U.S. Magistrate was entered on June 26, 2004.

The Court has reviewed all of the papers filed in conjunction with the motion and on January 17, 2008, filed a Ruling granting and denying the motion in part, such that Elm Haven is entitled to a decrease in the judgment in the amount of $23,094.00 and Neri is entitled to an increase in the judgment in the amount of $23,210.00 resulting in a net increase of $116.00. The defendant Neri Construction, LLC is to recover from Elm Haven Construction Limited Partnership the amount of $772,915.00, plus prejudgment interest at the rate of 10% per annum, or $211.76 per day, from January 1, 2002, to the date judgment is entered. The Third-Party Defendant, American Casualty Company of Reading, PA is also liable to Defendant Neri Construction, LLC in the same amount although defendant Neri is not entitled to a double recovery.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the

defendant Neri Construction, LLC against Elm Haven Construction Limited Partnership and American Casualty Company of Reading, PA, jointly and severally, in the amount of $772,915.00, plus prejudgment interest.

Dated at Bridgeport, Connecticut, this 18th day of January, 2008.

ROBERTA D. TABORA, Clerk

By _____
       Deputy-in-Charge

Entered on Docket _____