FILED

2008 JAN 22 P 12: 39

UNITED STATES DISTRICT COURT DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELM HAVEN CONSTRUCTION<br>LIMITED PARTNERSHIP | : | CIVIL ACTION NO. 3:01cv1307(WIG) |
| | : | |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| NERI CONSTRUCTION, LLC | : | |
| and UNITED STATES FIDELITY & | : | |
| GUARANTY COMPANY | : | |
| | : | |
| Defendants. | : | |
| | : | |
| NERI CONSTRUCTION, LLC | : | |
| | : | |
| Third-Party Plaintiff, | : | |
| VS. | : | |
| | : | |
| AMERICAN CASUALTY COMPANY | : | |
| OF READING, PA | : | |
| | : | |
| Third-Party Defendant | : | JANUARY 17, 2008 |

## MOTION FOR WITHDRAWAL OF APPEARANCE

TO:    Clerk of Court
       United States District Court
       District of Connecticut
       915 Lafayette Boulevard
       Bridgeport, Connecticut 06604

Pursuant to United States District Court, District of Connecticut, Local Rule 7(e), the

undersigned counsel hereby moves to withdraw his appearance on behalf of the Defendant/Third

Party Plaintiff, **NERI CONSTRUCTION, LLC ("NERI")**. In support thereof, the undersigned counsel represents as follows:

1.    During 2001, Benjamin T. Staskiewicz, Esq. of Peck and O'Brien, P.C. entered his appearance on behalf of the Defendant/Third Party Plaintiff, **NERI**.

2.    On or about January 30, 2006 the undersigned, Benjamin T. Staskiewicz, Esq. resigned his position with the law firm of Peck and O'Brien, P.C. and ceased his representation of the Defendant/Third Party Plaintiff, **NERI**.

3.    As of the filing of this Motion for Withdrawal of Appearance, the Defendant/ Third Party Plaintiff, **NERI**, continues to be represented by John J. O'Brien, Jr., Esq. and the law firm of Peck and O'Brien, PC.

4.    A copy of this Motion for Withdrawal of Appearance has been sent via facsimile with confirmation of receipt to the Defendant/Third Party Plaintiff, **NERI**, and respectfully requests that this Motion be granted.

**NERI CONSTRUCTION, LLC**

By_____
BENJAMIN T. STASKIEWICZ, ESQ.
Federal Bar No. ct21562
Post Office Box 290942
Wethersfield, Connecticut 06129-0942

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 17th

day of January, 2008 to the following counsel of record:

Thomas G. Librizzi, Esq.
Pepe & Hazard, LLP
Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103-4302

_____
BENJAMIN T. STASKIEWICZ, ESQ.