# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELM HAVEN CONSTRUCTION, L.P., )<br>    Plaintiff & Counterclaimed- )<br>    Defendant )<br>)<br>v. )<br>)<br>NERI CONSTRUCTION, LLC, )<br>    Defendant, Counterclaimant & )<br>    Third-Party Plaintiff )<br>)<br>v. )<br>)<br>AMERICAN CASUALTY COMPANY OF )<br>READING, PA., )<br>    Third-Party Defendant ) | CIVIL NO. 3:01 CV 01307 (WIG)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>JANUARY 31, 2008 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

**ELM HAVEN CONSTRUCTION, L.P. and
AMERICAN CASUALTY COMPANY OF READING, PA**

JANUARY 31, 2008
_Date_

_Signature_

ct27149
**Connecticut Federal Bar Number**

Frank A. Sherer III
**Print Clearly or Type Name**

860.522.5175
**Telephone Number**

225 Asylum Street, Goodwin Square
**Address**

203.522.2796
**Fax Number**

Hartford, Connecticut 06103-4302

fsherer@pepehazard.com
**E-mail address**

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2008, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Frank A. Sherer III
Pepe & Hazard LLP
Goodwin Square
Hartford, CT  06103-4302
Phone: (860) 241-2627
Fax: (860) 522-2796
Email: fsherer@pepehazard.com