UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Elm Haven Const

V.                                Case Number: 3:01cv1307(WIG)

Neri Const, et al

NOTICE TO COUNSEL/PRO SE PARTIES
--------------------

The above-entitled case was reported to the Court on 2/4/2008 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on March 5, 2008 unless closing papers are filed on or before that date, or unless counsel and/or pro se parties report prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, February 14, 2008.


ROBIN D. TABORA, CLERK

By: _/s/_____
    Carol Sanders
    Deputy Clerk