

2008 MAR 14 A 11: 59

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELM HAVEN CONSTRUCTION LIMITED PARTNERSHIP | : | CIVIL ACTION NO. 3:01cv1307(WIG) |
| | : | |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| NERI CONSTRUCTION, LLC and UNITED STATES FIDELITY & GUARANTY COMPANY | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

| | | |
|---|---|---|
| NERI CONSTRUCTION, LLC | : | |
| | : | |
| Third-Party Plaintiff, | : | |
| VS. | : | |
| | : | |
| AMERICAN CASUALTY COMPANY OF READING, PA | : | |
| | : | |
| Third-Party Defendant | : | MARCH 5, 2008 |

## SATISFACTION OF JUDGMENT

Payment having been made to **NERI CONSTRUCTION, LLC** by **ELM HAVEN CONSTRUCTION LIMITED PARTNERSHIP** and **AMERICAN CASUALTY COMPANY OF READING, PA,** the judgment entered in this matter is now fully satisfied.

**DEFENDANT/COUNTERCLAIM PLAINTIFF,
NERI CONSTRUCTION, LLC**

By _____
        JOHN J. O'BRIEN, JR., ESQ. (ct04856)
        Post Office Box 290942
        Wethersfield, Connecticut 06129-0942
        Telephone:    (860) 563-5500
        Facsimile:     (860) 563-5520
        Email:        jobrien@cttrustcounsel.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 5th day

of March, 2008 to the following counsel of record:

        Timothy Corey, Esq.
        Pepe & Hazard, LLP
        Goodwin Square
        225 Asylum Street
        Hartford, Connecticut 06103-4302

_____
        JOHN J. O'BRIEN, JR., ESQ.

2